# In the United States Court of Federal Claims

| | |
|---|---|
| DENISE M PESINA, ROBERT E CI<br><br>**Plaintiff(s),**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | 24-391 C<br>**Case No.** ________________<br><br>**Judge** ________________ |

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

PURSUANT TO THE WHISTLEBLOWER PROTECTION ENFORCEMENT ACT OF 2012, I, ROBERT E CRIMO III, AND DENISE M PESINA, SEEK IMMEDIATE INTERVENTION OF THE COURT IN CASE NO. 2022CF1130.
FEDERAL OFFICER REMOVAL STATUTE HAS BEEN DENIED, AS HAVE ALL RIGHTS OF SAID DEFENDANT, IN ATTEMPT TO HIDE THE CRIMES OF KNOWN PERPETRATORS. WE POSSESS THIS KNOWLEDGE AND EVIDENCE, AS WELL AS DOES THE PROSECUTOR IN ABOVE MENTIONED CASE.
THERE HAS BEEN EXTREME VIOLATIONS OF CRIMES OF HUMANITY, TERRORISM, DRUG TRAFFICKING, AND FIREARMS VIOLATIONS, AS WELL AS IMMIGRATION VIOLATIONS AND MONEY LAUNDERING. DEFRAUDING THE GOVERNMENT OF FUNDS, ACTING AGAINST THE GOVERNMENT IN AN ORGANIZED CRIMINAL ORGANIZATION OF FOREIGN CAPACITY, AS WELL AS EVIDENCE OF PREPLANNING DATING BACK TO 2017. IN OUR FIRST AND ONLY PLEA WITHOUT CHARGING ALL OF THE ACCUSED, (1.A) WE ARE SEEKING THE IMMEDIATE RELIEF CONSISTING OF PROTECTIVE ORDERS AGAINST ALL PROSECUTION, DEFENSE ATTORNEYS, JUDGES, STAFF, CORRECTION OFFICERS, JAIL STAFF, SHERIFFS OFFICES, FIRE DEPARTMENTS, LOCAL, CITY, STATE OFFICIALS AND INDIVIDUALS, AS WELL AS FEDERAL AGENCIES AND INDIVIDUALS, AND ALL PRIVATE AND NONPRIVATE CITIZENS, WITNESSES, AND VICTIMS IN AND PERTAINING TO THE ABOVE CASE. THE WITNESSES AND VICTIMS ARE NOT WHO THE PROSECUTOR CLAIMS THEM TO BE, AND THE

**2. PARTIES**

Plaintiff, _____, resides at_____
                                                          (Street Address)

_____,  _____
           (City, State, ZIP Code)                          (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

**3. PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal
Claims?                    ☐ Yes  ☐ No

If yes, please list cases: _____
_____

**4. STATEMENT OF THE CLAIM**. State as briefly as possible the facts of your case. Describe
how the United States is involved. You must state exactly what the United States did, or failed
to do, that has caused you to initiate this legal action. Be as specific as possible and use
additional paper as necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**5.   RELIEF.**   Briefly state exactly what you want the court to do for you.

_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, _____.
                 (day)                            (month)             (year)

_____
Signature of Plaintiff(s)