# In The United States Court of Federal Claims

## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)            **24-391 C**

Names: _____

Location of Plaintiff(s)/Petitioner(s) (city/state): _____
_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____
    Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:            _____
Street Address:             _____
City-State-ZIP:             _____
Telephone Number:           _____
E-mail Address:             _____

Is the attorney of record admitted to the Court of Federal Claims Bar?    Yes    No

---

Nature of Suit Code: _____        Agency Identification Code: _____
Select only one (three digit) nature-of-suit code from the attached sheet.        Number of Claims Involved: _____

Amount Claimed: $_____
    Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?            Yes    No
    Was this action proceeded by the filing of a    Yes    No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered?    Yes    No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed    Yes    No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.