| From: | Highland Park Manager <highlandparkmgr@evergreenreg.com> |
|---|---|
| Sent: | Friday, July 8, 2022 11:00 AM |
| To: | Later, Charmain |
| Subject: | RE: Ravinia sewer and water turn off notice |
| Attachments: | image003.jpg; image004.png; image005.png |

*[EXTERNAL EMAIL]*

Few of our residents actually attended the parade. None got hurt.

We posted the notice about  support services and crisis assistance available in the area.


Thank you,





Highland Park Housing
Peers/Walnut Place/Ravinia
**Nataliia Garnovska | Property Manager**
400 Central Avenue| Highland Park, IL 60035
T: 847-433-7694 |F: 847-433-2473
E: highlandparkmgr@evergreenreg.com
Website:  www.evergreenreg.com




**From:** Later, Charmain <clater@cityhpil.com>
**Sent:** Friday, July 8, 2022 10:50 AM
**To:** Highland Park Manager <highlandparkmgr@evergreenreg.com>
**Subject:** RE: Ravinia sewer and water turn off notice

How are the residents at Peers doing in light of the parade event?


**Charmain Later**
Deputy Director

*Effective February 3, 2020 all new submittals received on or after this date must comply with new adopted building codes.   Codes can be viewed at:*
*https://www.cityhpil.com/government/city_departments/community_development/building/index.php*

# Highland Park

Department of Community Development
1150 Half Day Road
Highland Park, Illinois 60035

847.926.1611

clater@cityhpil.com
cityhpil.com

---

**From:** Highland Park Manager <highlandparkmgr@evergreenreg.com>
**Sent:** Friday, July 8, 2022 10:48 AM
**To:** Later, Charmain <clater@cityhpil.com>; Irina Leykin <ileykin@evergreenreg.com>
**Cc:** Harold Eich <heich@evergreenreg.com>; Akash, Rati <rakash@cityhpil.com>; Coleman, Zubin <zcoleman@cityhpil.com>
**Subject:** RE: Ravinia sewer and water turn off notice

*[EXTERNAL EMAIL]*

Good morning,
Received.
Will provide the update once I will be able to get in touch with both households.
Thank you,



**EVERGREEN**
Real Estate Services, L.L.C.

Highland Park Housing
Peers/Walnut Place/Ravinia
**Nataliia Garnovska | Property Manager**
400 Central Avenue| Highland Park, IL 60035
T: 847-433-7694 |F: 847-433-2473
E: highlandparkmgr@evergreenreg.com
Website:  www.evergreenreg.com

---

**From:** Later, Charmain <clater@cityhpil.com>
**Sent:** Friday, July 8, 2022 10:44 AM
**To:** Irina Leykin <ileykin@evergreenreg.com>; Highland Park Manager <highlandparkmgr@evergreenreg.com>
**Cc:** Harold Eich <heich@evergreenreg.com>; Akash, Rati <rakash@cityhpil.com>; Coleman, Zubin <zcoleman@cityhpil.com>
**Subject:** Ravinia sewer and water turn off notice
**Importance:** High

Irina and Natalia,

Please see the attached notices that were sent to the City regarding two units at Ravinia that have received turnoff notices. Can you please follow up with these tenants and let Rati know the status so we don't have people living in units without water?

Rati - please follow up with Irina and Natalia and keep me informed of the status.

Thanks,
Charmain


**Charmain Later**
Deputy Director

*Effective February 3, 2020 all new submittals received on or after this date must comply with new adopted building codes.   Codes can be viewed at:*
*https://www.cityhpil.com/government/city_departments/community_development/building/index.php*

 Highland Park

Department of Community Development
1150 Half Day Road
Highland Park, Illinois 60035

847.926.1611

clater@cityhpil.com
cityhpil.com

**From:**   KENNETH KOTULA ███████████
**Sent:**   Friday, July 8, 2022 11:02 AM
**To:**     cityhp@cityhpil.com
**Subject:** Re: eNews: Investigation Update, Community Resources, Info Meeting in Spanish, Retrieving Belongings and more

*[EXTERNAL EMAIL]*

On 07/07/2022 1:30 PM City of Highland Park <cityhp@cityhpil.com> wrote:



**View as Webpage**      **July 7, 2022**

# Investigation Update

Highland Park Police are continuing to investigate the shooting at the Fourth of July Parade in partnership with the FBI, the Lake County Major Crimes Task Force, and law enforcement partners throughout the state. With the suspect now in custody in Lake County, law enforcement continues to focus on processing the crime scene within the secure perimeter in downtown Highland Park. Investigators are working to gather evidence as quickly and thoroughly as possible. The City is very grateful for the partnership of all responding agencies in supporting our team at this difficult time. Please know that your strong support for all of our first responders and law enforcement partners is greatly appreciated. Visit **hpstrong.info** for news updates, vigil information, resources, and more.

**Para leer este correo electrónico en Español, haga clic aquí y luego presione el botón azul en la parte superior de la página.**

## In Memoriam

The City grieves the loss of seven victims of this tragic shooting. Our hearts are broken for their loved ones, and we extend our deepest condolences to their family and friends:

Katherine Goldstein (64) of Highland Park
Irina McCarthy (35) of Highland Park
Kevin McCarthy (37) of Highland Park
Jacquelyn Sundheim (63) of Highland Park
Stephen Straus (88) of Highland Park
Nicolas Toledo-Zaragoza (78) of Morelos, Mexico
Eduardo Uvaldo (69) of Waukegan

May their memories forever be a blessing.

## FBI Victim Assistance Center at Highland Park High School

The FBI has opened a Family Assistance Center (FAC) at Highland Park High School, offering support services and crisis assistance including counseling and mental health services, spiritual care, and financial assistance, if needed.

FAC services are available to anyone directly impacted by the events at the Highland Park 4th of July Parade. Victims are not just those who are physically injured, but also those who were present and may be experiencing emotional distress. All affected individuals and families should feel safe accessing services at the FAC, regardless of immigration status.

Current hours are:

- Thursday, June 7: 9 AM - 9 PM
- Friday, June 8: 9 AM - 9 PM
- Saturday, June 9: TBD

Note: **The entrance to receive services at Highland Park High School has moved from the main entrance on Vine Street to the H-Entrance**. The H-Entrance is on the north side of the school, near St. Johns Avenue and Woodpath Lane. Only the H-Entrance will be open. All visitors will check in at the H-Entrance and per school standard operating procedures, anyone who is not a current District 113 student or staff member who wishes to take advantage of counseling services will need to provide a valid form of identification to be cleared to enter the school.

Learn more about **available support** in English & Spanish. The City greatly appreciates the partnership of the FBI and School District 113 in providing these essential services to our community.

# Community Information Meeting in Spanish

The City will host a community information meeting in Spanish today, Thursday, July 7, 7:00 PM at the Highland Park Public Library (494 Laurel Ave.) Following remarks from Mayor Rotering and Chief of Police Lou Jogmen, the City will share resources from community partners. Councilmember Andrés Tapia will provide Spanish-language interpretation.

# Retrieving Personal Belongings

Please do not remove personal property left along the parade route as this is still an active investigation. A secure perimeter around the crime scene has been established:



**Retrieving items outside the secure perimeter:**
Public Works has picked up items left along the parade route outside the secure area and placed them on the north lawn of City Hall, 1707 St. Johns Avenue. Items will be added as they are collected.

**Retrieving items within the secure perimeter**
Property within the secure area is being processed by the FBI to ensure that all relevant evidence is gathered. Items that are not being retained for evidence will be released as they are processed and may be picked up at the Family Assistance Center at Highland Park High School, 433 Vine Ave, Highland Park from 9:00 AM through 9:00 PM until Friday. Future dates and hours for item pick-up will be shared as it becomes available.

Items recovered from zones 1 and 5, items from the north side of zone 3, and limited items from zones 4 and 6 on the map below are available for pick-up at this time. There were no personal items recovered in area 2. Items at the intersection of Second and Central are not available for pick-up.

3

## July 11 City Council Meeting Canceled

The City Council meeting scheduled for Monday, July 11 has been canceled. The next City Council meeting will be held on Monday, July 25.

On Wednesday, July 13 at 7:00 PM, the City will host a vigil at City Hall for the community to gather and honor the memory of the victims. More information will be shared when available.

## Community Counseling

In addition to counseling services offered at the **Family Assistance Center** at Highland Park High School, **Family Service of Lake County** is offering free counseling sessions with expanded hours (9 AM - 7 PM) to community members in need. Family Service of Lake County is located at 777 Central Avenue. Appointments are not needed and walk-ins are welcome.

## July 12: Blood Drive at the City of Highland Park Senior Center

The City is partnering with the American Red Cross to host a Blood Drive on Tuesday, July 12, from 12 - 5 PM at the Highland Park Country Club, 1201 Park Avenue West.

Due to high interest, appointments are required. Please call 1.800.REDCROSS (1.800.733.2767) or visit **RedCrossBlood.org** and enter sponsor code: **HPSC** to schedule your appointment.

## City-Sponsored Community Events

The City has temporarily **paused** City-sponsored community events for this week and next, including Food Truck Thursdays (July 7 and July 14), Takeout Tuesday at The Lot (July 12), and World Music Fest at The Lot (July 16.) We anticipate resuming regular programming the week of July 17.

## Donations

To help those impacted by Monday's mass shooting, the **Highland Park**

4

**Community Foundation** has established a July 4th Highland Park Shooting Response Fund. The Highland Park Community Foundation is deeply embedded in our community and is best positioned to provide aid to those in need.

Here is also a **direct link to the donation form**. If you prefer, you may send a check, payable to the Highland Park Community Foundation, to P.O. Box 398, Highland Park, IL 60035.

The City urges individuals interested in donating to support those impacted by Monday's mass shooting to carefully consider all online and email requests for donations. 211 Lake County offers a **fact sheet** to assist in evaluating requests for donations.

## Safeguarding Victim Privacy

Our community is deeply generous, and we understand that many individuals are working to support impacted families. Please be careful to protect the privacy of victims' families when sharing posts on social media. Avoid sharing addresses or other information.

## 211 Lake County

The trained navigators at **211 Lake County** can help you and your family understand the many services and assistance available in the wake of Monday's tragedy. You may not be aware of the services that can support your family in recovering from this traumatic event. 211 offers support in English, Spanish, and many other languages. Support is available 24/7 online, by phone, and via text.

## Resilience Resources

The **National Mass Violence Victimization Resource Center** has prepared a wealth of **resources** for individuals impacted by Monday's tragedy. Events like this can affect everyone's sense of safety and may be a trauma cue for people who have previously experienced similar events or other types of victimization.

In addition, NMVVRC offers a free **self-help** app that victims and survivors may find helpful as they begin their difficult journey toward recovery and resilience. A **special guide for talking to kids** is available for parents.

The National Mass Violence Victimization Resource Center is at the Medical University of South Carolina, Department of Psychiatry & Behavioral Sciences, and receives funding from the U.S. Department of Justice, Office for Victims of Crime.

# Partner Updates

**Chicago Botanic Garden**
In a time of crisis, nature can be healing, a respite. To support our community, admission and parking to the Garden will be **free for all** from 3 to 8 PM starting through Sunday, July 10.

**Ravinia Festival**
In light of Monday's tragedy, and out of a deep respect for our community, Ravinia announced the **cancellation or postponement** of all concerts and events through Sunday, July 10.



City of Highland Park | 1707 St. Johns Avenue, Highland Park, IL 60035

Unsubscribe hi.arc@comcast.net

Update Profile | Constant Contact Data Notice

Sent by cityhp@cityhpil.com in collaboration with



Try email marketing for free today!

| | |
|---|---|
| **From:** | Results@tveyes-alerts.com |
| **Sent:** | Friday, July 8, 2022 11:03 AM |
| **To:** | gneukirch@cityhpil.com |
| **Subject:** | Media Alert - City of Highland Park |

*[EXTERNAL EMAIL]*



**TVEyes Trial**
TVEyes makes television and radio from around the world searchable.

**Schedule a Demo**



Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

**Your Sales Representative**

Chris Catropa
(203) 254-3600 x334  ccatropa@tveyes.com

# Media Alert - City of Highland Park


Play

**Highland Park police on KHNL-HON (NBC) - Honolulu, HI**
**Early Today**
7/8/2022 4:08:15 AM

meanwhile, the community is only beginning to process the attack. highland park police and fire chief say many of their staff were in the parade their families lined the sidewalks.


Play

**Highland Park illinois on K13XD (CBS) - Fairbanks, AK**
**CBS Overnight News**
7/8/2022 4:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



**Highland Park illinois on KTNV-LV (ABC) - Las Vegas, NV**
**Good Morning Las Vegas @ 5AM**
7/8/2022 5:02:47 AM

smooth sailing on the road so far. all right, justin, thank you. now to that highland park,

1

Play

illinois, where >> a devastating mass shooting took place at a 4th of july parade this morning. the



Play

## Highland Park illinois on KEYT (ABC) - Santa Barbara, CA

**Morning News at 5AM**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people



Play

## Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA

**Emeril Live**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people



Play

## Highland Park illinois on KXLY (ABC) - Spokane, WA

**4 News Now Good Morning Northwest at 5**
7/8/2022 5:03:40 AM

today... for victims of the july 4th parade shooting in highland park, illinois. while hundreds gathered for a candlelight vigil to honor the 7 people killed, the shooter's father is taking no



Play

## Highland Park illinois on KTVU-SF (FOX) - San Francisco, CA

**KTVU Mornings on 2**
7/8/2022 5:04:37 AM

started shooting at the crowd gathered for a parade in highland park, illinois, investigators say cremo, the third has confessed to being the shooter. they are still trying to figure out a motive happening



Play

## Highland Park illinois on KNSD-SD (NBC) - San Diego, CA

**NBC 7 News Today**
7/8/2022 5:05:59 AM

people killed in monday's mass shooting at a july 4th parade in highland park, illinois. 63-year-old jacqueline sundheim, steven straus and nicholas toledo. details for the remaining



Play

## Highland Park illinois on KERO-BFL (ABC) - Bakersfield, CA

**23ABC News at 5am**
7/8/2022 5:06:21 AM

a ribbon cutting for a new crenshaw to lax metro transit project. now to highland park, illinois, where the community is banding together after that deadly july 4th parade

shooting hundreds of people


Play

### Highland Park illinois on KGTV-SD (ABC) - San Diego, CA
**10News This Morning at 5AM**
7/8/2022 5:07:50 AM

coming to light after the deadly 4th of july shooting in highland park, illinois. a report from april 2019 says the suspect attempted to commit suicide by machete less than 6 months later, police


Play

### Highland Park illinois on KLAS-LV (CBS) - Las Vegas, NV
**Good Day Las Vegas**
7/8/2022 5:07:53 AM

along the parade route and loaded them into a u haul all around highland park, illinois residents are reflecting on friends neighbors and loved ones killed in the rampage everybody loved her she just


Play

### Highland Park illinois on KION (CBS) - Monterey, CA
**Wake Up KION 5/46 News Channel**
7/8/2022 5:09:02 AM

down... the water restrictions could go up. in highland park, illinois. the memorial services for the victims in the attack on a july 4th parade will begin today. seven people were killed and


Play

### Highland Park police on KIEM (NBC) - Eureka, CA
**Early Today**
7/8/2022 5:09:16 AM

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park


Play

### Highland Park illinois on KVIQ (CBS) - Eureka, CA
**CBS Overnight News**
7/8/2022 5:10:27 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions


Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 5:15:20 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the

Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had dives while there the police seize



Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 5:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police



Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 5:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police



Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 5:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police



Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 5:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police



Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 5:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police



Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 5:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 5:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 5am**
7/8/2022 5:38:14 AM

now despite seizing 60 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and maintain that they were



Play

### Highland Park illinois on KMVT (CBS) - Twin Falls, ID

**KMVT Rise & Shine at 6a**
7/8/2022 6:02:38 AM

in japan's history. the grieving community of highland park, illinois, is planning the first memorial services today for victims of monday's devastating attack on a july 4th parade that left



Play

### Highland Park illinois on KOAT-ABQ (ABC) - Albuquerque, NM

**Action 7 News More in the Morning 6am**
7/8/2022 6:02:59 AM

gma will have much more on this developing story at 7:00 a.m. well, the community of highland park, illinois is banding together following the deadly july fourth parade shooting. royale: it comes as we learn


Play

### Highland Park illinois on KMGH-DEN (ABC) - Denver, CO

**7 News Now at 6 AM**
7/8/2022 6:04:06 AM

home, the first funerals for victims of the july 4th parade, a shooting in highland park, illinois will be held today to beloved grandfathers and a former synagogue preschool teacher will be


Play

### Highland Park illinois on KJCT (ABC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:52 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged


Play

### Highland Park illinois on KKCO (NBC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:53 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged


Play

### Highland Park illinois on KBZK (CBS) - Butte, MT

**Montana This Morning**
7/8/2022 6:06:15 AM

>> back on the national stage. the grieving community of highland park, illinois plans the first memorial services today for victims of monday's devastating attack on a july 4th parade, the left 7 people


Play

### Highland Park illinois on KBOI (CBS) - Boise, ID

**KBOI 2 News This Morning**
7/8/2022 6:06:30 AM

under way this morning. the grieving community of highland park illinois plans the 1st memorial services today for victims of monday's devastating attack at a july 4th parade leaving 7


Play

### Highland Park illinois on KDVR-DEN (FOX) - Denver, CO

**FOX 31 Morning News at 6:00am**
7/8/2022 6:06:37 AM

friday. the deadly shooting at the 4th of july parade in highland park, illinois. >> not raising questions about what can be done to prevent these tragedies. >> on our political program,


Play

### Highland Park illinois on UniMás Nuevo México - Albuquerque, NM

**Noticias Univisión New Mexico EN**
7/8/2022 6:10:11 AM

estamos conociendo ms sobre las siete vctimas del tiroteo mortal del lunes en highland park, illinois... dos de ellos, irina y kevin mccarthy, estaban en el desfile del 4 de julio con su hijo de 18 meses...el niño


Play

### Highland Park police on KSKA - Anchorage, AK

7/8/2022 6:15:17 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 6:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 6am**
7/8/2022 6:37:21 AM

despite seizing 16 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were


Play

## Highland Park illinois on KERA (90.1) - Dallas, TX

7/8/2022 7:00:39 AM

leader before stepping down for health reasons. In 2020, we'll get more on this story. After the news the last Government in the Highland Park, Illinois mass shooting had previous run-ins is with the police, but there were never any charges police can't make an arrest unless there is probable cause to make an arrest or somebody is


Play

## Highland Park illinois on Fox 55/27 Illinois (WCCU) - Champaign, IL

**FOX Illinois sunrise**
7/8/2022 7:02:22 AM

gun control laws anywhere. obake was 67 years old and now closer to home to highland park illinois where the community there's banding together following that deadly july 4th parade shooting.


Play

## Highland Park illinois on WTVW (CW) - Evansville, IN

**Eyewitness News Daybreak**
7/8/2022 7:03:02 AM

leading base assassination coming up in our next half hour. and now to the highland park, illinois where community. the community is banding together following the deadly july 4th parade


Play

## Highland Park illinois on WTMJ-AM (Radio) - Milwaukee, WI

7/8/2022 7:03:21 AM

Blinken expressed condolences should so obvious was 67 years old. A candlelight vigil Hill last night in Highland Park, Illinois for the 7 victims of Monday's 4th of July parade rampage. Funeral services for 3 will happen today. This is newly revealed police reports show several disturbing incidents involving the


Play

## Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:06:52 AM

malena scholars law reporting. >>the 1st services begin today in highland park illinois for victims of july 4th parade mass shooting. i'm bradley blackburn with how the community is honoring the


Play

## Highland Park illinois on KRIV-HOU (FOX) - Houston, TX

**Houston's Morning Show 7am**
7/8/2022 7:06:59 AM

himself in quotes. seven people died as a result of the shooting in highland park, illinois.

dozens more were injured, and this comes as funeral services begin today. for some of those victims. this week's fourth of


Play

## Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:09:45 AM

>>welcome back. happening today, the grieving community of highland park illinois plans the 1st memorial services for victims of monday's independence day parade massacre that left 7


Play

## Highland Park illinois on WBKO (ABC) - Bowling Green, KY

**Good Morning America**
7/8/2022 7:11:20 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.


Play

## Highland Park illinois on KTXELP - San Angelo, TX

7/8/2022 7:11:22 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.


Play

## Highland Park illinois on KVHPDT2 (ABC) - Lake Charles, LA

**Good Morning America**
7/8/2022 7:11:24 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.


Play

## Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 7:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody of the home and had knives while there the police


Play

## Highland Park police on St. Louis Public Radio - St. Louis, MO

7/8/2022 7:15:30 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in

September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on 89.9 WWNO - New Orleans, LA

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on KJZZ 91.5 - Phoenix, AZ

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on KUT 90.5 - Austin, TX

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on KERA (90.1) - Dallas, TX

7/8/2022 7:15:38 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill Everybody in the home and had knives while there



Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 7:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Milwaukee Public Radio - Milwaukee, WI

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Texas Public Radio - San Antonio, TX

7/8/2022 7:15:51 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WBEZ-FM (Radio) - Chicago, IL

7/8/2022 7:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 7:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCUR-FM - Kansas City, MO

7/8/2022 7:15:55 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 7:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Michigan Radio - Detroit, MI

7/8/2022 7:15:57 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 7:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Mississippi Public Broadcasting - Columbus, MS

7/8/2022 7:16:05 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

12


Play

### Highland Park police on WVXU - Cincinnati, OH

7/8/2022 7:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They risk Wanted to a call that Bobby cream O was threatening to kill everybody in the home and had knives while


Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KNOW-FM (Radio) - Minneapolis, MN

7/8/2022 7:17:09 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 7:17:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WGN - Chicago, IL

**WGN Morning News**
7/8/2022 7:32:40 AM

he had a history of drug use and threaten to kill everyone. highland park police filed a clear and present danger but months later, the state police still gave him a gun permit. there were other red flags in



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 7am**
7/8/2022 7:37:33 AM

gun despite seizing 60 knives, a dagger in the sword from crimo's home in 2019 highland park. police say they did not seek a restraining order prevent him from buying guns and maintain they were not



Play

### Highland Park illinois on WBUR (Radio) - Boston, MA

7/8/2022 8:00:28 AM

attempts to overturn the election. Also this hour, the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police but was never charged urged police can't make an arrest unless there is probable cause to make an arrest or somebody is willing to sign complaints regarding the Russia



Play

### Highland Park illinois on 90.7 WFAE - Charlotte, NC

7/8/2022 8:01:28 AM

this is WFAA ease morning edition I'm Marshall Terry the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police. But there were never any charges police can't make an arrest and less there is probable cause to make an arrest or somebody is willing to sign complaints regarding the rest have



Play

### Highland Park illinois on WBEN-AM (Radio) - Buffalo, NY

7/8/2022 8:03:37 AM

world's safest Tom rivers AB scene is at the foreign desk and Highland Park, Illinois last night. A candlelight vigil was held for 7 shooting victims during Monday's 4th of July parade there. We're now learning more about one of the youngest survivors of the massacre eight-year-old Cooper



Play

### Highland Park illinois on WSB-AM (Radio) - Atlanta, GA

7/8/2022 8:04:27 AM

reporting live. Michelle right 95.5 WSB services are held today for 3 of the 7 people killed

in the 4th of July parade in Highland Park, Illinois. Dozens are wounded, including an eight-year-old with a severed spine not sure to the suffered spinal cord. Whether or not he'll be able to walk again.



### Highland Park illinois on WCCB - Charlotte, NC

**WCCB News Rising 8AM**
7/8/2022 8:04:42 AM

first funeral for one of the seven victims gunned down in highland park, illinois. >> lauren: there are also new details about the shooter. police records say the suspect threatened his family, in an



### Highland Park illinois on WNAC-PVD (FOX) - Providence, RI

**12 News on Fox Providence at 8:00am**
7/8/2022 8:06:20 AM

(patrick) the grieving community of highland park, illinois, is holding the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven



### Highland Park police on 90.3 WCPN - Cleveland, OH

7/8/2022 8:15:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while they



### Highland Park police on WHRV 89.5 - Norfolk, VA

7/8/2022 8:15:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



### Highland Park police on WHYY (Radio) - Philadelphia, PA

7/8/2022 8:15:23 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Vermont Public Radio - Burlington, VT

7/8/2022 8:15:34 AM

police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WNYC-FM (Radio) - New York, NY

7/8/2022 8:15:35 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the



Play

### Highland Park police on WLRN Radio - Miami, FL

7/8/2022 8:15:43 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

### Highland Park police on WUSF (89.7 FM) - Tampa Bay, FL

7/8/2022 8:15:45 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on National Public Radio - U.S. Cable

7/8/2022 8:15:47 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

16



Play

### Highland Park police on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:15:49 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 8:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WDDE 91.1 FM (Radio) - Philadelphia, PA

7/8/2022 8:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 89.1 WEMU - Detroit, MI

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WJCT - Jacksonville, FL

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Connecticut Public Radio (WNPR) - Hartford-New Haven, CT

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WBFO-FM (Radio) - Buffalo, NY

7/8/2022 8:16:07 AM

Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:16:08 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WAMU-FM (Radio) - Washington, D.C.

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody the home and had dives while there the police seize 16

18



Play

### Highland Park police on WSHU-FM (91.1 FM) - Hartford-New Haven, CT

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 8:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

### Highland Park police on WESA-FM (Radio) - Pittsburgh, PA

7/8/2022 8:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.7 WMFE - Orlando, FL

7/8/2022 8:16:18 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 89.7 WGBH - Boston, MA

7/8/2022 8:16:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.7 WFAE - Charlotte, NC

7/8/2022 8:16:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WFYI-FM (90.1 MHz) - Indianapolis, IN

7/8/2022 8:16:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WBUR (Radio) - Boston, MA

7/8/2022 8:17:06 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 8am**
7/8/2022 8:38:02 AM

seizing 16 knives, a dagger and a sword from his home 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were not



Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 9:18:04 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### City of Highland Park on MSNBC - U.S. Cable

**José Díaz-Balart Reports**
7/8/2022 10:48:46 AM

that pain and heartbreak will be on full display and you see it all across the city of highland park. for example, look at the vigil behind me. you see people bringing flowers,



Play

### City of Highland Park on WJBK-DET (FOX) - Detroit, MI

**FOX 2 News: Live at 11 AM**
7/8/2022 11:20:03 AM

risk families go to breathe a j c foundation .org. to purchase a ticket. the city of highland park, illinois, continues to mourn after monday's parade massacre. still ahead this morning, the community begins



1150
Post
Road
Fairfield, Unsubscribe
CT
06824

TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

| | |
|---|---|
| **From:** | Security <Security@enews-bnp.com> |
| **Sent:** | Friday, July 8, 2022 11:11 AM |
| **To:** | wwilling@cityhpil.com |
| **Subject:** | 7 Strategies to Address Crisis Management Burnout |

*[EXTERNAL EMAIL]*

Tips to Mitigate Workplace Violence in Healthcare; Using Drones & Video for Active Shooter Events                                                    Web Version

Home    Events    News    Latest Issue    Contact Us    Subscribe                        *7/8/2022*

https://www.securitymagazine.com/images/global/transparent.gif" alt="" width="1" height="20" />

## Addressing crisis management team burnout

What are seven tips and practical approaches security leaders and their organizations can use to keep crisis management response on track and burnout at bay?

## New & Noteworthy

1

## Understanding H.R. 1195: The Workplace Violence Prevention for Health Care and Social Service Workers Act

Until the Workplace Violence Prevention for Health Care and Social Service Workers Act is passed, there are certain security strategies that can help mitigate workplace violence and implement a prevention strategy that strengthens the workforce from within.

---

*Sponsored by ConvergeOne*

## The Next Frontier of Security in the Age of Cloud

The past two years have seen a drastic shift in the way we work, with many organizations having to quickly make the move from an office-based environment to a hybrid work environment. Now, with hybrid ways of working becoming standard, leaders are focusing on digitally transforming their businesses to adapt to and compete in the new normal. Yet in the rush to adjust, they can forget a foundational and business-critical issue – cyber security.



---

## More drones please: Why police departments need to see everything

With active shooter incidents on the rise, adopting drones and exploring video solutions could help police teams and first responders save lives and resources.

---

## WEBINAR
## Higher Education: Building a Travel Risk Management Program

Building a travel risk management program for universities and higher education institutions requires taking a holistic view of risk and mitigation. Learn how one university built its travel risk management program, identifying potential threats, incorporating existing technology to gain intelligence, and ensuring students and staff receive the assistance they need to stay safe, wherever they are. Register Now!

## The Security Benchmark Report survey is now open!



The survey gathers information about security budgets, numbers of security personnel, main concerns and responsibilities, and security missions and goals.

## Protecting utilities: Top criminal and terrorist targets

A comprehensive, layered security program is critical for utility or critical infrastructure organization's operations.

**Newswire**

## Transitioning from public to private sector security

Security leader Burke Brownfeld sits down with corporate security leader Adrian Arriaga, Executive Director of Security Services for the Wellstar Health System, to talk about the corporate security function inside healthcare.

https://www.securitymagazine.com/images/global/transparent.gif" alt="" width="1" height="20" />

## TSA intercepted 17 guns per day in first half of 2022

The Transportation Security Administration (TSA) has stopped over 3,000 firearms from entering passenger planes in the first six months of 2022.

**Top 5**

https://www.securitymagazine.com/images/global/transparent.gif" alt="" width="1" height="20" />

## Security's 2022 Women in Security

*Security* magazine presents its annual Women in Security awards program, honoring women who have shaped the

security function at their organizations and the industry as a whole. These professionals represent the depth, breadth and diversity that make up women across all functions, roles and responsibilities within the security industry.

## Future-proofing your organization against the unknown

To ensure business continuity, stakeholders must evaluate the way they manage physical security risk to avoid terrorism and other disastrous events.

## Risk assessment strategies: Be careful what you eat

Conducting risk assessments are a valuable piece of any security program. But, in order to achieve maximum return, there's a right and a wrong way to follow through.

## Holding up a black mirror to society

It is imperative security leaders constantly prepare their organizations for future threats — and watching a little TV may help.

## International experience can advance your security career

The global nature of today's senior-level security roles prefer or require international experience.



**This e-mail was sent to you on behalf of Security.**

Did this eNewsletter get forwarded to you? <u>Sign up</u> to receive the Security eNews.

BNP MEDIA I 2401 W. Big Beaver Road I Suite 700 I Troy, MI 48084

Copyright © 2022 by BNP Media II, LLC. All Rights Reserved.

<u>Unsubscribe</u>

Your privacy is important to us. You can visit our website to review our <u>Privacy Policy</u> to learn more about our privacy practices and to review our <u>Terms of Use</u>.

<u>DO NOT SELL MY PERSONAL INFORMATION</u>:

California residents can click on this link to opt-out of
the sale of their personal information.

By clicking on advertiser content within this email, you
consent for your information to be shared with BNP
Media's advertising partners.

| | |
|---|---|
| **From:** | Kevin Buzard <kbuzard@flowmsp.com> |
| **Sent:** | Friday, July 8, 2022 11:13 AM |
| **To:** | Schrage, Joe |
| **Subject:** | Re: HP Alumni Introduction |
| **Attachments:** | image001.png; image003.png; image005.png; image007.png; image009.png; image011.png; image013.png; image015.png; image017.png; image019.png |

*[EXTERNAL EMAIL]*

**Chief - just wanted to let you know that I've been thinking of you and the entire HP team of first responders. I can't imagine the scene your team ran towards and know lives were saved because of your response. This is a situation you train for, yet pray you never need to act on. Thank you for being heroes to our community.**

**With respect and gratitude,**
**Kevin**

--
Kevin Buzard
Chief Financial Officer
kbuzard@flowmsp.com

On Mon, Feb 14, 2022 at 8:41 AM Schrage, Joe <jschrage@cityhpil.com> wrote:

Hi Kevin,

You are correct.  The Phoenix G2 application is US Digital.  It is installed in all of our stations and will be going into service soon.  I expect that we may discontinue Active911 if the Phoenix G2 application is sufficient.

We have used ESO EMS for several years, but are new to ESO Fire.  Firehouse software was our mainstay for many years.  We started with ESO Fire in January and are in the process of inputting all of the data for properties.  We will have the capability to access data en-route to incidents.  Our dispatch uses Tyler New World which auto populates the address and information into ESO upon dispatch.  We continue to look at all of the ESO capabilities with the goal of keeping our data in a few isolated places.  ESO will house most of our data, but Vector Solutions is our primary training program.

I am always open to checking out a new option.  When you say program management, are you talking about our FD programs?  Or, are you talking about software?

Thank you.

Joe

**Joe Schrage**
Fire Chief

 Highland Park

City of Highland Park
1130 Central Avenue
Highland Park, Illinois 60035

Fire Department: 847.433.3110

Direct line: 847.926.1067

jschrage@cityhpil.com
cityhpil.com



---

**From:** Kevin Buzard <kbuzard@flowmsp.com>
**Sent:** Saturday, February 12, 2022 4:54 PM
**To:** Schrage, Joe <jschrage@cityhpil.com>
**Subject:** Re: HP Alumni Introduction

*[EXTERNAL EMAIL]*

Thanks for getting back to me, Chief. That's the Phoenix G2 application at US Digital, right? It certainly doesn't seem like you need another software program! Sounds like you will soon be using 3 programs for incident response:

- Active 911 for Mobile Dispatch
- Adding new US Digital mobile dispatch
- ESO for occupancy data (assume this is collected manually and inserted and inputted at the station). Do you access any of this en-route to an incident?

As the CFO, sales isn't my thing, so I won't go into full pitch mode on you. AND, part of my job is managing all of FlowMSP's software subscriptions, so I definitely understand the time and investment it takes to make decisions, train, roll out, get buy-in, etc.

2

It also sounds like you've got more programs than you probably want. If you are set on using Active 911 and/or US Digital for mobile dispatch over FlowMSP, at least let me encourage you to check out ESO's new solution. They acquired Emergency Reporting which offers a mobile dispatch program called Rover. While Flow is a better tool than Rover, moving to them might at least consolidate some of your programs. (Told you I wasn't a sales person...who recommends the competitors...).  Anyways, figured I'd mention it!

We are about to roll out a new web application that makes program management easy. If you are okay with it, let me create you an account after launch and I'll just keep it open for you for a while at no charge. If you ever want to poke around, it will be there.

Let me know if you ever want a sandwich. I'd love to bring one by to the station for lunch and just pick your brain on the fire service industry. I can even promise to not mention Flow!

No rush in getting back to me. Stay well. Stay safe.

Best,

Kevin

--

Kevin Buzard

Chief Financial Officer

kbuzard@flowmsp.com

3

(847) 942-1063

On Fri, Feb 11, 2022 at 11:41 AM Schrage, Joe <jschrage@cityhpil.com> wrote:

Hi Kevin,

We are currently using Active911 and ESO.  We will soon be using a mobile dispatch from US Digital.  I did look at your website and did find your service to be impressive.  Currently, with our recent investment into ESO and US Digital, I do not see that we would have interest.  I do appreciate your outreach.

Thank you.
Joe

**Joe Schrage**
Fire Chief

 Highland Park

City of Highland Park
1130 Central Avenue
Highland Park, Illinois 60035

Fire Department:  847.433.3110

Direct line:  847.926.1067

jschrage@cityhpil.com
cityhpil.com



**From:** Kevin Buzard <kbuzard@flowmsp.com>
**Sent:** Tuesday, February 8, 2022 2:20 PM
**To:** Schrage, Joe <jschrage@cityhpil.com>
**Subject:** HP Alumni Introduction

4

*[EXTERNAL EMAIL]*

Hi Chief Schrage,

My name is Kevin Buzard and I'm an ex-Highland Park resident who has found himself as the CFO of a fire service technology start-up. I've been meaning to reach out since the summer and almost yelled over the fence to introduce myself to members of your team when I was on hole 16 at Sunset Valley once. Anyways, the company I work for is called FlowMSP ([www.flowmsp.com](www.flowmsp.com)) and we offer mobile pre-planning and incident response applications. I'm not sure if you've heard of Flow or what you currently use for pre-planning and mobile dispatch, but we have a huge footprint in the South and West Chicago suburbs, including group deals with MABAS 22 and MABAS 19.

Unfortunately, we've never been able to break into the Northern Suburbs. I'd love the opportunity to speak with you to learn about why that may be and what technology the HP Fire Dept is currently using.

I hope to hear from you soon and look forward to the chance to meet you!

Best,

Kevin

--

Kevin Buzard

Chief Financial Officer

[kbuzard@flowmsp.com](kbuzard@flowmsp.com)

(847) 942-1063

6

**From:**     Results@tveyes-alerts.com
**Sent:**     Friday, July 8, 2022 11:14 AM
**To:**      acivitello@cityhpil.com
**Subject:**   Media Alert - City of Highland Park

*[EXTERNAL EMAIL]*



### TVEyes Trial
TVEyes makes television and radio from around the world searchable.

### Schedule a Demo

Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

## Your Sales Representative

Chris Catropa
(203) 254-3600 x334 ccatropa@tveyes.com

# Media Alert - City of Highland Park



### Highland Park police on KHNL-HON (NBC) - Honolulu, HI
**Early Today**
7/8/2022 4:08:15 AM

meanwhile, the community is only beginning to process the attack. highland park police and fire chief say many of their staff were in the parade their families lined the sidewalks.



### Highland Park illinois on K13XD (CBS) - Fairbanks, AK
**CBS Overnight News**
7/8/2022 4:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



### Highland Park illinois on CBS 5 Anchorage - Anchorage, AK
**CBS Overnight News**
7/8/2022 4:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park,

Play

illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



Play

## Highland Park illinois on KTNV-LV (ABC) - Las Vegas, NV

**Good Morning Las Vegas @ 5AM**
7/8/2022 5:02:47 AM

smooth sailing on the road so far. all right, justin, thank you. now to that highland park, illinois, where >> a devastating mass shooting took place at a 4th of july parade this morning. the



Play

## Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA

**Emeril Live**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people



Play

## Highland Park illinois on KEYT (ABC) - Santa Barbara, CA

**Morning News at 5AM**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people



Play

## Highland Park illinois on KXLY (ABC) - Spokane, WA

**4 News Now Good Morning Northwest at 5**
7/8/2022 5:03:40 AM

today... for victims of the july 4th parade shooting in highland park, illinois. while hundreds gathered for a candlelight vigil to honor the 7 people killed, the shooter's father is taking no



Play

## Highland Park illinois on KTVU-SF (FOX) - San Francisco, CA

**KTVU Mornings on 2**
7/8/2022 5:04:37 AM

started shooting at the crowd gathered for a parade in highland park, illinois, investigators say cremo, the third has confessed to being the shooter. they are still trying to figure out a motive happening



## Highland Park illinois on KNSD-SD (NBC) - San Diego, CA

**NBC 7 News Today**
7/8/2022 5:05:59 AM

people killed in monday's mass shooting at a july 4th parade in highland park, illinois. 63-

Play

year-old jacqueline sundheim, steven straus and nicholas toledo. details for the remaining



Play

### Highland Park illinois on KERO-BFL (ABC) - Bakersfield, CA

**23ABC News at 5am**
7/8/2022 5:06:21 AM

a ribbon cutting for a new crenshaw to lax metro transit project. now to highland park, illinois, where the community is banding together after that deadly july 4th parade shooting hundreds of people



Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 5:07:19 AM

the States red flag law would have invented the purchases of the weapons, however, Highland Park police didn't seek in order to do so. Nor were they required to after two visits to the home they seized 16 knives a sword and a dagger from criminals home but they said they didn't consider him a clear and present danger because



Play

### Highland Park illinois on KGTV-SD (ABC) - San Diego, CA

**10News This Morning at 5AM**
7/8/2022 5:07:50 AM

coming to light after the deadly 4th of july shooting in highland park, illinois. a report from april 2019 says the suspect attempted to commit suicide by machete less than 6 months later, police



Play

### Highland Park illinois on KLAS-LV (CBS) - Las Vegas, NV

**Good Day Las Vegas**
7/8/2022 5:07:53 AM

along the parade route and loaded them into a u haul all around highland park, illinois residents are reflecting on friends neighbors and loved ones killed in the rampage everybody loved her she just



Play

### Highland Park illinois on KION (CBS) - Monterey, CA

**Wake Up KION 5/46 News Channel**
7/8/2022 5:09:02 AM

down... the water restrictions could go up. in highland park, illinois. the memorial services for the victims in the attack on a july 4th parade will begin today. seven people were killed and



### Highland Park police on KIEM (NBC) - Eureka, CA

**Early Today**
7/8/2022 5:09:16 AM

Play

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park



Play

## Highland Park illinois on KVIQ (CBS) - Eureka, CA

**CBS Overnight News**
7/8/2022 5:10:27 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



Play

## Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 5:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

## Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 5:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 5:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 5:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 5:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police

Play



### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 5:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police

Play



### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 5:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police

Play



### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 5:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

Play



### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 5:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

Play

5


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 5am**
7/8/2022 5:38:14 AM

now despite seizing 60 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and maintain that they were


Play

### Highland Park illinois on KMVT (CBS) - Twin Falls, ID

**KMVT Rise & Shine at 6a**
7/8/2022 6:02:38 AM

in japan's history. the grieving community of highland park, illinois, is planning the first memorial services today for victims of monday's devastating attack on a july 4th parade that left


Play

### Highland Park illinois on KOAT-ABQ (ABC) - Albuquerque, NM

**Action 7 News More in the Morning 6am**
7/8/2022 6:02:59 AM

gma will have much more on this developing story at 7:00 a.m. well, the community of highland park, illinois is banding together following the deadly july fourth parade shooting. royale: it comes as we learn


Play

### Highland Park illinois on KMGH-DEN (ABC) - Denver, CO

**7 News Now at 6 AM**
7/8/2022 6:04:06 AM

home, the first funerals for victims of the july 4th parade, a shooting in highland park, illinois will be held today to beloved grandfathers and a former synagogue preschool teacher will be


Play

### Highland Park illinois on KJCT (ABC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:52 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged


Play

### Highland Park illinois on KKCO (NBC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:53 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged


Play

### Highland Park illinois on KBZK (CBS) - Butte, MT

**Montana This Morning**
7/8/2022 6:06:15 AM

>> back on the national stage. the grieving community of highland park, illinois plans the first memorial services today for victims of monday's devastating attack on a july 4th parade, the left 7 people


Play

### Highland Park illinois on KBOI (CBS) - Boise, ID

**KBOI 2 News This Morning**
7/8/2022 6:06:30 AM

under way this morning. the grieving community of highland park illinois plans the 1st memorial services today for victims of monday's devastating attack at a july 4th parade leaving 7


Play

### Highland Park illinois on KDVR-DEN (FOX) - Denver, CO

**FOX 31 Morning News at 6:00am**
7/8/2022 6:06:37 AM

friday. the deadly shooting at the 4th of july parade in highland park, illinois. >> not raising questions about what can be done to prevent these tragedies. >> on our political program,


Play

### Highland Park illinois on UniMás Nuevo México - Albuquerque, NM

**Noticias Univisión New Mexico EN**
7/8/2022 6:10:11 AM

estamos conociendo ms sobre las siete vctimas del tiroteo mortal del lunes en highland park, illinois... dos de ellos, irina y kevin mccarthy, estaban en el desfile del 4 de julio con su hijo de 18 meses...el niño


Play

### Highland Park police on KSKA - Anchorage, AK

7/8/2022 6:15:17 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 6:15:52 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in

September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 6am**
7/8/2022 6:37:21 AM

despite seizing 16 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were



Play

## Highland Park illinois on KERA (90.1) - Dallas, TX

7/8/2022 7:00:39 AM

leader before stepping down for health reasons. In 2020, we'll get more on this story. After the news the last Government in the Highland Park, Illinois mass shooting had previous run-ins is with the police, but there were never any charges police can't make an arrest unless there is probable cause to make an arrest or somebody is



Play

## Highland Park illinois on Fox 55/27 Illinois (WCCU) - Champaign, IL

**FOX Illinois sunrise**
7/8/2022 7:02:22 AM

gun control laws anywhere. obake was 67 years old and now closer to home to highland park illinois where the community there's banding together following that deadly july 4th parade shooting.



Play

## Highland Park illinois on WTVW (CW) - Evansville, IN

**Eyewitness News Daybreak**
7/8/2022 7:03:02 AM

leading base assassination coming up in our next half hour. and now to the highland park, illinois where community. the community is banding together following the deadly july 4th parade


Play

### Highland Park illinois on WTMJ-AM (Radio) - Milwaukee, WI

7/8/2022 7:03:21 AM

Blinken expressed condolences should so obvious was 67 years old. A candlelight vigil Hill last night in Highland Park, Illinois for the 7 victims of Monday's 4th of July parade rampage. Funeral services for 3 will happen today. This is newly revealed police reports show several disturbing incidents involving the


Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 7:03:54 AM

ventilator doctors now fearing he may be permanently paralyzed. A newly released records show that Highland Park police determined the suspect posed a clear and present danger 3 years ago after a family member claimed he threatened to kill everyone in the House. Texas governor greg abbott, doubling down on


Play

### Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:06:52 AM

malena scholars law reporting. >>the 1st services begin today in highland park illinois for victims of july 4th parade mass shooting. i'm bradley blackburn with how the community is honoring the


Play

### Highland Park illinois on KRIV-HOU (FOX) - Houston, TX

**Houston's Morning Show 7am**
7/8/2022 7:06:59 AM

himself in quotes. seven people died as a result of the shooting in highland park, illinois. dozens more were injured, and this comes as funeral services begin today. for some of those victims. this week's fourth of


Play

### Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:09:45 AM

>>welcome back. happening today, the grieving community of highland park illinois plans the 1st memorial services for victims of monday's independence day parade massacre that left 7


Play

### Highland Park illinois on WUPL 54 - New Orleans, LA

**Eyewitness Morning News at 7AM**
7/8/2022 7:09:55 AM

to take action against assault style weapons at the same time all around highland park, illinois where that shooting occurred, residents are reflecting on friends, neighbors and

loved ones who



Play

### Highland Park illinois on WBKO (ABC) - Bowling Green, KY

**Good Morning America**
7/8/2022 7:11:20 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.



Play

### Highland Park illinois on KVHPDT2 (ABC) - Lake Charles, LA

**Good Morning America**
7/8/2022 7:11:24 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.



Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 7:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody of the home and had knives while there the police



Play

### Highland Park police on KMUW - Wichita, KS

7/8/2022 7:15:24 AM

schaper reports the 21 year-old charged with shooting more than 40 people at the highland park parade, killing 7 of them was on the radar of highland park police in september of 2019. they responded to a call that bobby cream o was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on St. Louis Public Radio - St. Louis, MO

7/8/2022 7:15:30 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 89.9 WWNO - New Orleans, LA

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KJZZ 91.5 - Phoenix, AZ

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KUT 90.5 - Austin, TX

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KERA (90.1) - Dallas, TX

7/8/2022 7:15:38 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill Everybody in the home and had knives while there


Play

### Highland Park police on Milwaukee Public Radio - Milwaukee, WI

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 7:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WBEZ-FM (Radio) - Chicago, IL

7/8/2022 7:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on Texas Public Radio - San Antonio, TX

7/8/2022 7:15:51 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCUR-FM - Kansas City, MO

7/8/2022 7:15:55 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 7:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 7:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Michigan Radio - Detroit, MI

7/8/2022 7:15:57 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 7:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Mississippi Public Broadcasting - Columbus, MS

7/8/2022 7:16:05 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WVXU - Cincinnati, OH

7/8/2022 7:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They risk Wanted to a call that Bobby cream O was threatening to kill everybody in the home and had knives while



Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KNOW-FM (Radio) - Minneapolis, MN

7/8/2022 7:17:09 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

## Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 7:17:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

## Highland Park police on WGN - Chicago, IL

**WGN Morning News**
7/8/2022 7:32:40 AM

he had a history of drug use and threaten to kill everyone. highland park police filed a clear and present danger but months later, the state police still gave him a gun permit. there were other red flags in


Play

## Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 7am**
7/8/2022 7:37:33 AM

gun despite seizing 60 knives, a dagger in the sword from crimo's home in 2019 highland park. police say they did not seek a restraining order prevent him from buying guns and maintain they were not


Play

## Highland Park illinois on WBUR (Radio) - Boston, MA

7/8/2022 8:00:28 AM

attempts to overturn the election. Also this hour, the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police but was never charged urged police can't make an arrest unless there is probable cause to make an arrest or somebody is willing to sign complaints regarding the Russia


Play

## Highland Park illinois on 90.7 WFAE - Charlotte, NC

7/8/2022 8:01:28 AM

this is WFAA ease morning edition I'm Marshall Terry the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police. But there were never any charges police can't make an arrest and less there is probable cause to make an arrest or somebody is willing to sign complaints regarding the rest have


Play

## Highland Park illinois on WBEN-AM (Radio) - Buffalo, NY

7/8/2022 8:03:37 AM

world's safest Tom rivers AB scene is at the foreign desk and Highland Park, Illinois last

night. A candlelight vigil was held for 7 shooting victims during Monday's 4th of July parade there. We're now learning more about one of the youngest survivors of the massacre eight-year-old Cooper



Play

### Highland Park illinois on WSB-AM (Radio) - Atlanta, GA

7/8/2022 8:04:27 AM

reporting live. Michelle right 95.5 WSB services are held today for 3 of the 7 people killed in the 4th of July parade in Highland Park, Illinois. Dozens are wounded, including an eight-year-old with a severed spine not sure to the suffered spinal cord. Whether or not he'll be able to walk again.



Play

### Highland Park illinois on WCCB - Charlotte, NC
**WCCB News Rising 8AM**
7/8/2022 8:04:42 AM

first funeral for one of the seven victims gunned down in highland park, illinois. >> lauren: there are also new details about the shooter. police records say the suspect threatened his family, in an



Play

### Highland Park illinois on WNAC-PVD (FOX) - Providence, RI
**12 News on Fox Providence at 8:00am**
7/8/2022 8:06:20 AM

(patrick) the grieving community of highland park, illinois, is holding the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven



Play

### Highland Park police on 90.1 FM WABE - Atlanta, GA

7/8/2022 8:15:10 AM

been flagged by police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.3 WCPN - Cleveland, OH

7/8/2022 8:15:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while they


Play

### Highland Park police on WHRV 89.5 - Norfolk, VA

7/8/2022 8:15:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WHYY (Radio) - Philadelphia, PA

7/8/2022 8:15:23 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on Vermont Public Radio - Burlington, VT

7/8/2022 8:15:34 AM

police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WNYC-FM (Radio) - New York, NY

7/8/2022 8:15:35 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the


Play

### Highland Park police on WLRN Radio - Miami, FL

7/8/2022 8:15:43 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see


Play

### Highland Park police on WUSF (89.7 FM) - Tampa Bay, FL

7/8/2022 8:15:45 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on National Public Radio - U.S. Cable

7/8/2022 8:15:47 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:15:49 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 8:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WDDE 91.1 FM (Radio) - Philadelphia, PA

7/8/2022 8:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police

18


Play

### Highland Park police on Connecticut Public Radio (WNPR) - Hartford-New Haven, CT

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 89.1 WEMU - Detroit, MI

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WJCT - Jacksonville, FL

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WBFO-FM (Radio) - Buffalo, NY

7/8/2022 8:16:07 AM

Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:16:08 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on WSHU-FM (91.1 FM) - Hartford-New Haven, CT

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

## Highland Park police on WAMU-FM (Radio) - Washington, D.C.

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody the home and had dives while there the police seize 16



Play

## Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 8:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

## Highland Park police on WESA-FM (Radio) - Pittsburgh, PA

7/8/2022 8:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.7 WMFE - Orlando, FL

7/8/2022 8:16:18 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 89.7 WGBH - Boston, MA

7/8/2022 8:16:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.7 WFAE - Charlotte, NC

7/8/2022 8:16:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WFYI-FM (90.1 MHz) - Indianapolis, IN

7/8/2022 8:16:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WBUR (Radio) - Boston, MA

7/8/2022 8:17:06 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 8am**
7/8/2022 8:38:02 AM

seizing 16 knives, a dagger and a sword from his home 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were not


Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 9:18:04 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### City of Highland Park on MSNBC - U.S. Cable

**José Díaz-Balart Reports**
7/8/2022 10:48:46 AM

that pain and heartbreak will be on full display and you see it all across the city of highland park. for example, look at the vigil behind me. you see people bringing flowers,


Play

### City of Highland Park on WJBK-DET (FOX) - Detroit, MI

**FOX 2 News: Live at 11 AM**
7/8/2022 11:20:03 AM

risk families go to breathe a j c foundation .org. to purchase a ticket. the city of highland park, illinois, continues to mourn after monday's parade massacre. still ahead this morning, the community begins



1150 Post Road Fairfield, CT 06824

Unsubscribe

TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

**From:**      Results@tveyes-alerts.com
**Sent:**      Friday, July 8, 2022 11:14 AM
**To:**        apalbitska@cityhpil.com
**Subject:**   Media Alert - City of Highland Park

*[EXTERNAL EMAIL]*



### Your Sales Representative

Chris Catropa
(203) 254-3600 x334  ccatropa@tveyes.com

# Media Alert - City of Highland Park


Play

### Highland Park illinois on KGMB-HON (CBS) - Honolulu, HI
**CBS Overnight News**
7/8/2022 2:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions


Play

### Highland Park illinois on CBS 5 Anchorage - Anchorage, AK
**CBS Overnight News**
7/8/2022 4:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



Play

### Highland Park illinois on K13XD (CBS) - Fairbanks, AK

**CBS Overnight News**
7/8/2022 4:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



Play

### Highland Park illinois on KTNV-LV (ABC) - Las Vegas, NV

**Good Morning Las Vegas @ 5AM**
7/8/2022 5:02:47 AM

smooth sailing on the road so far. all right, justin, thank you. now to that highland park, illinois, where >> a devastating mass shooting took place at a 4th of july parade this morning. the



Play

### Highland Park illinois on KEYT (ABC) - Santa Barbara, CA

**Morning News at 5AM**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people



Play

### Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA

**Emeril Live**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people



Play

### Highland Park illinois on KXLY (ABC) - Spokane, WA

**4 News Now Good Morning Northwest at 5**
7/8/2022 5:03:40 AM

today... for victims of the july 4th parade shooting in highland park, illinois. while hundreds gathered for a candlelight vigil to honor the 7 people killed, the shooter's father is taking no



Play

### Highland Park illinois on KTVU-SF (FOX) - San Francisco, CA

**KTVU Mornings on 2**
7/8/2022 5:04:37 AM

started shooting at the crowd gathered for a parade in highland park, illinois, investigators say cremo, the third has confessed to being the shooter. they are still trying to figure out a motive happening

2



Play

### Highland Park illinois on KNSD-SD (NBC) - San Diego, CA

**NBC 7 News Today**
7/8/2022 5:05:59 AM

people killed in monday's mass shooting at a july 4th parade in highland park, illinois. 63-year-old jacqueline sundheim, steven straus and nicholas toledo. details for the remaining



Play

### Highland Park illinois on KERO-BFL (ABC) - Bakersfield, CA

**23ABC News at 5am**
7/8/2022 5:06:21 AM

a ribbon cutting for a new crenshaw to lax metro transit project. now to highland park, illinois, where the community is banding together after that deadly july 4th parade shooting hundreds of people



Play

### Highland Park illinois on KGTV-SD (ABC) - San Diego, CA

**10News This Morning at 5AM**
7/8/2022 5:07:50 AM

coming to light after the deadly 4th of july shooting in highland park, illinois. a report from april 2019 says the suspect attempted to commit suicide by machete less than 6 months later, police



Play

### Highland Park illinois on KLAS-LV (CBS) - Las Vegas, NV

**Good Day Las Vegas**
7/8/2022 5:07:53 AM

along the parade route and loaded them into a u haul all around highland park, illinois residents are reflecting on friends neighbors and loved ones killed in the rampage everybody loved her she just



Play

### Highland Park illinois on KION (CBS) - Monterey, CA

**Wake Up KION 5/46 News Channel**
7/8/2022 5:09:02 AM

down... the water restrictions could go up. in highland park, illinois. the memorial services for the victims in the attack on a july 4th parade will begin today. seven people were killed and



Play

### Highland Park police on KMIR (NBC) - Palm Springs, CA

**Early Today**
7/8/2022 5:09:18 AM

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park


Play

## Highland Park illinois on KVIQ (CBS) - Eureka, CA

**CBS Overnight News**
7/8/2022 5:10:27 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions


Play

## Highland Park illinois on KERO-BFL (ABC) - Bakersfield, CA

**23ABC News at 5am**
7/8/2022 5:12:23 AM

funerals for victims from the july 4th parade shooting in highland park. illinois will be held today. services are scheduled for 2 beloved grandparents and a former synagogue preschool teacher


Play

## Highland Park illinois on KIRO-SEA (CBS) - Seattle, WA

**KIRO 7 News at 5am**
7/8/2022 5:14:28 AM

>> that's 5.14 right now. funerals for the victims of the shooting in highland park, illinois begin today as a community grapples with how to move forward. and a couple of revealing the moment they save


Play

## Highland Park illinois on KEPR (CBS) - Yakima, WA

**Action News at 5am**
7/8/2022 5:15:13 AM

welcome back, everybody. the grieving community of highland park illinois is planning the 1st memorial services today for victims of monday's devastating shooting that left 7 people dead and


Play

## Highland Park illinois on KOGO-AM (Radio) - San Diego, CA

7/8/2022 5:16:53 AM

about the past the accused gunman who police say has confessed to the deadly mass shooting at the 4th of July parade in Highland Park, Illinois. Garrett tenney is there and as more we now have a copy of the police report from 2019, when the alleged gunman sister told police she was afraid to go home because he had threatened to kill


Play

## Highland Park illinois on KOMO-AM (Radio) - Seattle, WA

7/8/2022 5:19:19 AM

in the coming days. Could a new federal gun law have prevented the Highland Park, Illinois shooting which left 7 people dead and dozens more wounded on the 4th of July. Well that law requires enhanced background checks for people under 21 ABC news senior

investigative



### Highland Park illinois on KPBS-FM - San Diego, CA

7/8/2022 5:20:53 AM

today, just call one 805.6 5 7 to 7 or go online to KPBS dot org Highland Park, Illinois, becomes the latest city to reckon with a mass shooting Donald Trump's White House Council prepares for his day before the January 6th Committee and in georgia I think that people thought that we came into this as some kind

**Play**



### Highland Park illinois on KEYT (ABC) - Santa Barbara, CA

**Morning News at 5AM**
7/8/2022 5:30:20 AM

to deal with a historic drought. . the first services begin today in highland park illinois for victims of the fourth of july mass shooting. . how the community is honoring the victims... as

**Play**



### Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA

**Emeril Live**
7/8/2022 5:30:20 AM

to deal with a historic drought. . the first services begin today in highland park illinois for victims of the fourth of july mass shooting. . how the community is honoring the victims... as

**Play**



### Highland Park illinois on KOIN-POR (CBS) - Portland, OR

**KOIN 6 News at 5am**
7/8/2022 5:31:53 AM

happening today, the first memorial services will be held in highland park, illinois, for the 3 victims of the 4th of july parade, mass shooting. 7 people were killed. dozens more hurt. authorities are

**Play**



### Highland Park illinois on Portland's CW - Portland, OR

**KOIN 6 News at 5:00**
7/8/2022 5:32:06 AM

happening today, the first memorial services will be held in highland park, illinois, for the 3 victims of the 4th of july parade, mass shooting. 7 people were killed. dozens more hurt. authorities are

**Play**



### Highland Park illinois on KNSD-SD (NBC) - San Diego, CA

**NBC 7 News Today**
7/8/2022 5:32:46 AM

5

Play

japan where gun violence is very rare, virtually nonexistent. >>> back in highland park, illinois, continuing to mourn the seven people killed in an independence day parade. >> they are coming together to



Play

### Highland Park illinois on KFSN-FRES (ABC) - Fresno, CA

**Action News AM Live 5AM**
7/8/2022 5:33:05 AM

decide if they would legally permit the medical procedure. now to highland park, illinois, where the community is banding together following the deadly july fourth parade shooting.



Play

### Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA

**Emeril Live**
7/8/2022 5:35:01 AM

health. . he was 67 years old. . now to highland park illinois where the community is banding together following the deadly july fourth parade shooting.



Play

### Highland Park illinois on KEYT (ABC) - Santa Barbara, CA

**Morning News at 5AM**
7/8/2022 5:35:00 AM

health. . he was 67 years old. . now to highland park illinois where the community is banding together following the deadly july fourth parade shooting.



Play

### Highland Park illinois on KMVT (CBS) - Twin Falls, ID

**KMVT Rise & Shine at 6a**
7/8/2022 6:02:38 AM

in japan's history. the grieving community of highland park, illinois, is planning the first memorial services today for victims of monday's devastating attack on a july 4th parade that left



Play

### Highland Park illinois on KOAT-ABQ (ABC) - Albuquerque, NM

**Action 7 News More in the Morning 6am**
7/8/2022 6:02:59 AM

gma will have much more on this developing story at 7:00 a.m. well, the community of highland park, illinois is banding together following the deadly july fourth parade shooting. royale: it comes as we learn



Play

### Highland Park illinois on KMGH-DEN (ABC) - Denver, CO

**7 News Now at 6 AM**
7/8/2022 6:04:06 AM

home, the first funerals for victims of the july 4th parade, a shooting in highland park,

illinois will be held today to beloved grandfathers and a former synagogue preschool teacher will be



Play

### Highland Park illinois on KJCT (ABC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:52 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged



Play

### Highland Park illinois on KKCO (NBC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:53 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged



Play

### Highland Park illinois on KBZK (CBS) - Butte, MT

**Montana This Morning**
7/8/2022 6:06:15 AM

>> back on the national stage. the grieving community of highland park, illinois plans the first memorial services today for victims of monday's devastating attack on a july 4th parade, the left 7 people



Play

### Highland Park illinois on KBOI (CBS) - Boise, ID

**KBOI 2 News This Morning**
7/8/2022 6:06:30 AM

under way this morning. the grieving community of highland park illinois plans the 1st memorial services today for victims of monday's devastating attack at a july 4th parade leaving 7



Play

### Highland Park illinois on KDVR-DEN (FOX) - Denver, CO

**FOX 31 Morning News at 6:00am**
7/8/2022 6:06:37 AM

friday. the deadly shooting at the 4th of july parade in highland park, illinois. >> not raising questions about what can be done to prevent these tragedies. >> on our political program,



Play

### Highland Park illinois on UniMás Nuevo México - Albuquerque, NM

**Noticias Univisión New Mexico EN**
7/8/2022 6:10:11 AM

estamos conociendo ms sobre las siete vctimas del tiroteo mortal del lunes en highland

park, illinois... dos de ellos, irina y kevin mccarthy, estaban en el desfile del 4 de julio con su hijo de 18 meses...el niño



Play

## Highland Park illinois on KOAA (NBC) - Colorado Springs, CO

**News 5 Today at 6AM**
7/8/2022 6:14:29 AM

funerals for victims from the 4th of july parade shooting in highland park, illinois are going to be held today. those services are scheduled today for 2 beloved grandfathers and a former synagogue preschool



Play

## Highland Park illinois on KOTA (ABC) - Rapid City, SD

**Good Morning KOTA Territory**
7/8/2022 6:20:39 AM

friday in fort pierre... in fort pierre, austin goss. now to highland park illinois... where the community is banding together following



Play

## Highland Park illinois on KBZK (CBS) - Butte, MT

**Montana This Morning**
7/8/2022 6:20:43 AM

gathering with her neighbors to attend the local holiday parade in highland park, illinois had some women and horses. >> and then some vets. and then the highland park high



Play

## Highland Park illinois on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:21:05 AM

Sorrento designed for performance and capability more info at Kia Dotcom Highland Park, Illinois, becomes the latest city to reckon with a mass shooting Donald Trump's White House Council prepares for his day before the January 6th Committee and in Georgia



Play

## Highland Park illinois on KCNC-DEN (CBS) - Denver, CO

**CBS4 This Morning-6AM**
7/8/2022 6:27:09 AM

>>> 6:26 right now. the first services begin today in highland park, illinois for victims of the fourth of july a trip to the high country may cost you a little if you take a new lane on i-70.



Play

## Highland Park illinois on KERA (90.1) - Dallas, TX

7/8/2022 7:00:39 AM

leader before stepping down for health reasons. In 2020, we'll get more on this story. After

the news the last Government in the Highland Park, Illinois mass shooting had previous run-ins is with the police, but there were never any charges police can't make an arrest unless there is probable cause to make an arrest or somebody is



Play

## Highland Park illinois on Fox 55/27 Illinois (WCCU) - Champaign, IL

**FOX Illinois sunrise**
7/8/2022 7:02:22 AM

gun control laws anywhere. obake was 67 years old and now closer to home to highland park illinois where the community there's banding together following that deadly july 4th parade shooting.



Play

## Highland Park illinois on WTVW (CW) - Evansville, IN

**Eyewitness News Daybreak**
7/8/2022 7:03:02 AM

leading base assassination coming up in our next half hour. and now to the highland park, illinois where community. the community is banding together following the deadly july 4th parade



Play

## Highland Park illinois on WTMJ-AM (Radio) - Milwaukee, WI

7/8/2022 7:03:21 AM

Blinken expressed condolences should so obvious was 67 years old. A candlelight vigil Hill last night in Highland Park, Illinois for the 7 victims of Monday's 4th of July parade rampage. Funeral services for 3 will happen today. This is newly revealed police reports show several disturbing incidents involving the



Play

## Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:06:52 AM

malena scholars law reporting. >>the 1st services begin today in highland park illinois for victims of july 4th parade mass shooting. i'm bradley blackburn with how the community is honoring the



Play

## Highland Park illinois on KRIV-HOU (FOX) - Houston, TX

**Houston's Morning Show 7am**
7/8/2022 7:06:59 AM

himself in quotes. seven people died as a result of the shooting in highland park, illinois. dozens more were injured, and this comes as funeral services begin today. for some of those victims. this week's fourth of



Play

## Highland Park illinois on Newsradio 740 KTRH - Houston, TX

7/8/2022 7:08:12 AM

charge in Thirty-five 100 dollars for a theft of service charge. There are more calls for the father of the Highland Park, Illinois. Shooter to face criminal charges following the July 4th parade parade shooting in suburban Chicago. In an interview with ABC news. He said he doesn't know why his son carried out this attack. And



Play

## Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:09:45 AM

>>welcome back. happening today, the grieving community of highland park illinois plans the 1st memorial services for victims of monday's independence day parade massacre that left 7



Play

## Highland Park illinois on WUPL 54 - New Orleans, LA

**Eyewitness Morning News at 7AM**
7/8/2022 7:09:55 AM

to take action against assault style weapons at the same time all around highland park, illinois where that shooting occurred, residents are reflecting on friends, neighbors and loved ones who



Play

## Highland Park illinois on WCPT 820 - Chicago, IL

7/8/2022 7:11:11 AM

of these gunman on the sandi jackson show as he opened fire during the 4th of july parade in highland park, illinois, where 7 people were killed and dozens of others were wounded and see a lot of rooftop of them and shot at parade goes and unless the gun behind it was how we walk to his mother's house got her car joke to wisconsin came back he's



Play

## Highland Park illinois on WBKO (ABC) - Bowling Green, KY

**Good Morning America**
7/8/2022 7:11:20 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.



Play

## Highland Park illinois on KTXELP - San Angelo, TX

7/8/2022 7:11:22 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.



Play

### Highland Park illinois on KVHPDT2 (ABC) - Lake Charles, LA

**Good Morning America**
7/8/2022 7:11:24 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.



Play

### Highland Park illinois on Talk 980 (KMBZ) - Kansas City, MO

7/8/2022 7:21:27 AM

news, deputy political director Avery Harper joining us this morning from Washington. Good morning. Avery that 4th July rampage in Highland Park, Illinois has the governor there and his opponent, both talking definitely it is really reignited the conversation around gun reform and the debate around changes



Play

### Highland Park illinois on WBOK 1230AM - New Orleans, LA

7/8/2022 7:23:51 AM

restricting assault weapons the very weapons used to commit mass shootings like the one in you've Ali and the one in Highland Park, Illinois, elementary school kids were killed in Texas in Highland Park, more than 40 were wounded and 7 were killed as they attended a holiday parade now why on God's Green Earth would we think that's



Play

### Highland Park illinois on WLUK (FOX) - Green Bay, WI

**Good Day Wisconsin**
7/8/2022 7:28:30 AM

every day that the have to get to my store and passed by. >>highland park, illinois, residents are doing their best to return to a normal life, but july 4th parade. mass shooting is still heavy on



Play

### Highland Park illinois on 89.9 WWNO - New Orleans, LA

7/8/2022 7:31:46 AM

ruled too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news. The national weather service says this will be another hot day across the southern US heat advisories and excessive heat warnings are posted

11



Play

### Highland Park illinois on KFJX (FOX) - Joplin, MO

**KOAM Morning News on FOX 14**
7/8/2022 7:33:46 AM

department immediately. several vigils took place around highland park, illinois on thursday. it's been 4 days since a gunman opened fire on the 4th of july parade. 7 people were killed. dozens were



Play

### Highland Park illinois on WBUR (Radio) - Boston, MA

7/8/2022 8:00:28 AM

attempts to overturn the election. Also this hour, the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police but was never charged urged police can't make an arrest unless there is probable cause to make an arrest or somebody is willing to sign complaints regarding the Russia



Play

### Highland Park illinois on 90.7 WFAE - Charlotte, NC

7/8/2022 8:01:28 AM

this is WFAA ease morning edition I'm Marshall Terry the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police. But there were never any charges police can't make an arrest and less there is probable cause to make an arrest or somebody is willing to sign complaints regarding the rest have



Play

### Highland Park illinois on WBEN-AM (Radio) - Buffalo, NY

7/8/2022 8:03:37 AM

world's safest Tom rivers AB scene is at the foreign desk and Highland Park, Illinois last night. A candlelight vigil was held for 7 shooting victims during Monday's 4th of July parade there. We're now learning more about one of the youngest survivors of the massacre eight-year-old Cooper



Play

### Highland Park illinois on WSB-AM (Radio) - Atlanta, GA

7/8/2022 8:04:27 AM

reporting live. Michelle right 95.5 WSB services are held today for 3 of the 7 people killed in the 4th of July parade in Highland Park, Illinois. Dozens are wounded, including an eight-year-old with a severed spine not sure to the suffered spinal cord. Whether or not he'll be able to walk again.


Play

### Highland Park illinois on WCCB - Charlotte, NC

**WCCB News Rising 8AM**
7/8/2022 8:04:42 AM

first funeral for one of the seven victims gunned down in highland park, illinois. >> lauren: there are also new details about the shooter. police records say the suspect threatened his family, in an


Play

### Highland Park illinois on WNAC-PVD (FOX) - Providence, RI

**12 News on Fox Providence at 8:00am**
7/8/2022 8:06:20 AM

(patrick) the grieving community of highland park, illinois, is holding the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven


Play

### Highland Park illinois on WLRN Radio - Miami, FL

7/8/2022 8:07:23 AM

and acoustic music Sunday afternoon at two coming up on morning edition. The alleged coming in this week's mass shooting in Highland Park, Illinois had previous run-ins with the police, but there were never any charges police can't make an arrest unless there is probable cause to make an arrest or somebody is


Play

### Highland Park illinois on WDBO-FM (Radio) - Orlando, FL

7/8/2022 8:10:04 AM

morning news on wdbo what no 7 3 FM, and am 5 80 on the way to the mass shooting at the independence day parade in Highland Park, Illinois. Earlier this week with the enhanced background checks. It requires for those under 21 have stopped Robert cream Let's go in depth now because our goal is for


Play

### Highland Park illinois on WFTX-FTM (FOX) - Fort Myers, FL

**Fox 4 Morning News at 8am**
7/8/2022 8:15:42 AM

first funerals for victims from the july 4th parade shooting in highland park, illinois. we'll have services today. they're scheduled for 2 beloved grandfathers and a former synagogue preschool


Play

### Highland Park illinois on WHRV 89.5 - Norfolk, VA

7/8/2022 8:19:38 AM

Antic locking them it's the BBC news hour coming up. The alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with the police, but there

13

were never any charges police can't make an Arrest unless there is probable cause to make an arrest or somebody is willing to sign complaints


Play

### Highland Park illinois on WAHU Fox 27 - Charlottesville, VA

**Good Morning Charlottesville**
7/8/2022 8:20:24 AM

being the gunman in the fourth of july mass shooting in highland park, illinois. prosecutors say it's just the beginning. the deadly attack killed seven people, dozens injured


Play

### Highland Park illinois on 1340 WEPM - Clarksburg, WV

7/8/2022 8:23:57 AM

Ryan Clark, ABC news police reports show several disturbing incidents involving the suspected Highland Park, Illinois parade shooter and his family maybe sees Moto coaster Abdi has more. A report from April 2019, saying the suspect attempted to commit suicide by machete less than 6 months later, police were called to the home again


Play

### Highland Park illinois on WFQX (FOX) - Traverse City, MI

**Michigan This Morning on Fox 32**
7/8/2022 8:24:54 AM

elsewhere in the state. >> the grieving community of highland park, illinois, planning the first memorial services today for victims of monday's devastating attack on a july 4th parade. it left 7


Play

### Highland Park illinois on WUSF (89.7 FM) - Tampa Bay, FL

7/8/2022 8:32:00 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news with WSFA 89.7 news I'm craig Cup for the second straight year. Donors to a United way sun coast contest were entered


Play

### Highland Park illinois on National Public Radio - U.S. Cable

7/8/2022 8:32:01 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news in Connecticut officials in new Haven's say the city will change how it transports in two chains prisoners mayor Justin Elgar and police chief Carl



### Highland Park illinois on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:32:04 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news. The national weather service says this will be another hot day across the southern US heat advisories and excessive heat warnings are posted,



### Highland Park illinois on WJCT - Jacksonville, FL

7/8/2022 8:32:13 AM

ruled too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news. It's now 8 31 this is W JCT news 89 9 Florida state University has announced new initiatives to attract more students to its nursing



### Highland Park illinois on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:32:17 AM

ruled too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news and this is your NPR news station 88 one W when NPR it is 8 32 years to have her short with traffic sobeit slow on the outer loop from Harford road



### Highland Park illinois on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:32:23 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news and I'm PAP answer there with news from W. Det. At 8 31. The legislature's Republican leaders of asked a



### Highland Park illinois on WHDH-BOS - Boston, MA

**7News Today in New England**
7/8/2022 8:34:42 AM

formed in response to the supreme court, reversing roe v. wade. and today, the highland park, illinois community is saying a final goodbye to three of the seven people killed when a gunman opened fire at 1/4 of



### City of Highland Park on MSNBC - U.S. Cable

**José Díaz-Balart Reports**
7/8/2022 10:48:46 AM

that pain and heartbreak will be on full display and you see it all across the city of highland

Play

park. for example, look at the vigil behind me. you see people bringing flowers,



## City of Highland Park on WJBK-DET (FOX) - Detroit, MI

**FOX 2 News: Live at 11 AM**
7/8/2022 11:20:03 AM

Play

risk families go to breathe a j c foundation .org. to purchase a ticket. the city of highland park, illinois, continues to mourn after monday's parade massacre. still ahead this morning, the community begins



1150
Post
Road
Fairfield, Unsubscribe
CT
06824

TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

| | |
|---|---|
| **From:** | Anita Busch <anita@victimsfirst.org> |
| **Sent:** | Friday, July 8, 2022 11:16 AM |
| **To:** | ██████████ |
| **Cc:** | Stone, Kim |
| **Subject:** | Re: Jacqueline, please meet shooting victim Karen Martinez |

*[EXTERNAL EMAIL]*


Regan,

Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.

Thank you!

Anita


On Thu, Jul 7, 2022 at 8:23 PM Regan Putz ██████████████████ wrote:
Anita,

Thank you very much for the introduction.  Karen & Jacqueline, if I can help in any way, please let me know.

██████

On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:


Jacqueline and Karen, please meet.

██████ is cc'd on this email and is helping ████ ███████ z was at the parade on Monday with her husband, yo son and ████ son. ███ She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

1

| | |
|---|---|
| **From:** | etaub@cityhpil.com |
| **Sent:** | Friday, July 8, 2022 11:17 AM |
| **To:** | ejason@cityhpil.com |
| **Subject:** | RE: Declaration of Emergency |

Done.

-----Original Message-----
From: Jason, Erin
Sent: Friday, July 8, 2022 10:15 AM
To: Taub, Emily <etaub@cityhpil.com>
Subject: FW: Declaration of Emergency

Could you please post for us - than kyou.

-----Original Message-----
From: Neukirch, Ghida <gneukirch@cityhpil.com>
Sent: Thursday, July 7, 2022 10:46 PM
To: Palbitska, Ashley <apalbitska@cityhpil.com>; Jason, Erin <ejason@cityhpil.com>
Cc: Civitello, Amanda <acivitello@cityhpil.com>; Elrod, Steve <Steven.elrod@elrodfriedman.com>
Subject: Declaration of Emergency

Ashley - Doc attached for our files.

Erin - can you post on our web site.

Thanks ladies!

Ghida S. Neukirch, CM
City Manager


1707 St Johns Avenue
Highland Park, Illinois 60035

Direct: 847.926.1003
gneukirch@cityhpil.com




-----Original Message-----
From: CH_CMO@noreply.com <CH_CMO@noreply.com>
Sent: Thursday, July 7, 2022 3:43 PM
To: Neukirch, Ghida <gneukirch@cityhpil.com>
Subject: City of Highland Park

[EXTERNAL EMAIL]

Internally sent message from CH_CMO

| | |
|---|---|
| **From:** | Rosenberg, Rebecca <Rebecca.Rosenberg@FOX.COM> |
| **Sent:** | Friday, July 8, 2022 11:17 AM |
| **To:** | Dayboll, Debbie |
| **Subject:** | Re: police records related to Denise Pesina |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png |

*[EXTERNAL EMAIL]*


Thank you so much!!

---

**From:** Dayboll, Debbie <ddayboll@cityhpil.com>
**Sent:** Friday, July 8, 2022 11:18 AM
**To:** Rosenberg, Rebecca <Rebecca.Rosenberg@FOX.COM>
**Subject:** RE: police records related to Denise Pesina

Good morning,
Anything that has been provided to other FOIA requesters including the the DailyMail is available at this website:
www.cityhpil.com/July4foia

Thank you.



**Debbie Dayboll**
Police Records Supervisor

City of Highland Park

Police Department
1677 Old Deerfield Road
Highland Park, Illinois 60035


847.432.7730 - Main
847.926.1087 - Direct
847.432.7706 - Fax

ddayboll@cityhpil.com

cityhpil.com

  

**From:** Rosenberg, Rebecca <Rebecca.Rosenberg@FOX.COM>
**Sent:** Friday, July 8, 2022 9:51 AM
**To:** PDRecords <PDRecords@cityhpil.com>
**Subject:** Re: police records related to Denise Pesina

*[EXTERNAL EMAIL]*

Good afternoon,

I'm looking for all police reports related to Denis Pesina (DOB <span style="background:black">    </span>
Address: 1566 MCDANIELS AVE, HIGHLAND PARK, IL 60035-3650, LAKE COUNTY.

I'm trying to obtain the same documents that DailyMail received for this article. Please let me know if you need any other information to process this request.

Thank you!

https://www.dailymail.co.uk/news/article-10994923/Highland-Park-shooters-parents-constantly-fighting-records-show.html



### Highland Park shooter's parents were constantly fighting, records show | Daily Mail Online

The reports paint a picture of the unstable upbringing of 21-year-old Robert 'Bobby' Crimo III, who is facing first degree murder charges for shooting dozens at a Fourth of July parade Monday.

www.dailymail.co.uk

Rebecca Rosenberg
**Senior Digital Reporter**
**Fox News | FOX Business**
(929) 458-5084 (office)
<span style="background:black">    </span> (cell)

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox

Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.


This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

**From:**        Joshua Eaton ███████████████
**Sent:**        Friday, July 8, 2022 11:20 AM
**To:**          Debbie Dayboll
**Subject:**     Re: Highland Park FOIA Request
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png

*[EXTERNAL EMAIL]*

Many thanks!

Best,
Joshua

--
Joshua Eaton
Investigative Reporter

████████████ (cell/Signal/WhatsApp)
joshuaeaton.net
@joshua_eaton

On Wed, Jul 06, 2022 at 6:39 PM, Debbie Dayboll <ddayboll@cityhpil.com> wrote:

Dear Freedom of Information Act Requester:

The City of Highland Park has received and is processing your Freedom of Information Act ("FOIA") request regarding the July 4, 2022, shooting at the City's parade.

Please understand that the City has received FOIA requests for what could be tens of thousands of records related to the shooting and is working as quickly as possible to process these requests. In addition, the investigation remains active and ongoing. Many of the records that have been requested have not yet been created or are only in draft form.

The City is committed to being as transparent as possible about this incident and will be releasing records on the following webpage on a rolling basis as soon as they become available:

http://www.cityhpil.com/july4foia

Some of the records that you may have requested may be found at the above website.

Thank you in advance for your patience as the City works diligently to provide the records that can be made public.

**Debbie Dayboll**
Police Records Supervisor

 City of Highland Park

Police Department
1677 Old Deerfield Road
Highland Park, Illinois 60035

847.432.7730 - Main
847.926.1087 - Direct
847.432.7706 - Fax

ddayboll@cityhpil.com

cityhpil.com



**From:** kstone@cityhpil.com
**Sent:** Friday, July 8, 2022 11:20 AM
**To:** anita@victimsfirst.org
**Subject:** Re: Jacqueline, please meet shooting victim ███

I hate to ask, but it sounds like he is still in a precarious position. Is it better to start the process once we know he will make it, or to get it in place in advance and hope he needs it? I'm assuming this is ███████
███

There is an accessible van place in Skokie, IL.

Kim Stone
Highland Park Councilwoman
Kstone@cityhpil.com
(847) 780-7432

On Jul 8, 2022, at 11:15 AM, Anita Busch <anita@victimsfirst.org> wrote:

> *[EXTERNAL EMAIL]*
>
> 
>
> Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.
>
> Thank you!
>
> Anita
>
>
> On Thu, Jul 7, 2022 at 8:23 PM Regan Putz <█████████████████  > wrote:
>> Anita,
>>
>> Thank you very much for the introduction. ███ & Jacqueline, if I can help in any way, please let me know.
>>
>> 
>>
>> On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:
>>
>> Jacqueline and ████ please meet.

1

███████ is cc'd on this email and is helping ███████ was at the parade on Monday with her husband, ██ vo son and ███████████████ She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

2

| | |
|---|---|
| **From:** | Results@tveyes-alerts.com |
| **Sent:** | Friday, July 8, 2022 11:21 AM |
| **To:** | ljogmen@cityhpil.com |
| **Subject:** | Media Alert - Highland Park police |

*[EXTERNAL EMAIL]*



## TVEyes Trial
TVEyes makes television and radio from around the world searchable.

### Schedule a Demo



Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

**Your Sales Representative**

Chris Catropa
(203) 254-3600 x334 ccatropa@tveyes.com

# Media Alert - Highland Park police



Play

### Highland Park police on KHNL-HON (NBC) - Honolulu, HI

**Early Today**
7/8/2022 4:08:15 AM

meanwhile, the community is only beginning to process the attack. highland park police and fire chief say many of their staff were in the parade their families lined the sidewalks.



Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 5:07:19 AM

the States red flag law would have Invented the purchases of the weapons, however, Highland Park police didn't seek in order to do so. Nor were they required to after two visits to the home they seized 16 knives a sword and a dagger from criminals home but they said they didn't consider him a clear and present danger because


Play

### Highland Park police on KIEM (NBC) - Eureka, CA

**Early Today**
7/8/2022 5:09:16 AM

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park


Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 5:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize


Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 5:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 5:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police

Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 5:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 5:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 5:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 5:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 5:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 5:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 5am**
7/8/2022 5:38:14 AM

now despite seizing 60 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and maintain that they were



Play

### Highland Park police on KSKA - Anchorage, AK

7/8/2022 6:15:17 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 6:15:52 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:16:13 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 6am**
7/8/2022 6:37:21 AM

despite seizing 16 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were

4



Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 7:03:54 AM

ventilator doctors now fearing he may be permanently paralyzed. A newly released records show that Highland Park police determined the suspect posed a clear and present danger 3 years ago after a family member claimed he threatened to kill everyone in the House. Texas governor greg abbott, doubling down on



Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 7:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody of the home and had knives while there the police



Play

### Highland Park police on KMUW - Wichita, KS

7/8/2022 7:15:24 AM

schaper reports the 21 year-old charged with shooting more than 40 people at the highland park parade, killing 7 of them was on the radar of highland park police in september of 2019. they responded to a call that bobby cream o was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on St. Louis Public Radio - St. Louis, MO

7/8/2022 7:15:30 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KJZZ 91.5 - Phoenix, AZ

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on 89.9 WWNO - New Orleans, LA

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KUT 90.5 - Austin, TX

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KERA (90.1) - Dallas, TX

7/8/2022 7:15:38 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill Everybody in the home and had knives while there


Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Milwaukee Public Radio - Milwaukee, WI

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 7:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WBEZ-FM (Radio) - Chicago, IL

7/8/2022 7:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Texas Public Radio - San Antonio, TX

7/8/2022 7:15:51 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 7:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCUR-FM - Kansas City, MO

7/8/2022 7:15:55 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 7:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Michigan Radio - Detroit, MI

7/8/2022 7:15:57 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 7:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Mississippi Public Broadcasting - Columbus, MS

7/8/2022 7:16:05 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WVXU - Cincinnati, OH

7/8/2022 7:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They risk Wanted to a call that Bobby cream O was threatening to kill everybody in the home and had knives while



Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KNOW-FM (Radio) - Minneapolis, MN

7/8/2022 7:17:09 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 7:17:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on WGN - Chicago, IL

**WGN Morning News**
7/8/2022 7:32:40 AM

he had a history of drug use and threaten to kill everyone. highland park police filed a clear and present danger but months later, the state police still gave him a gun permit. there were other red flags in



Play

## Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 7am**
7/8/2022 7:37:33 AM

gun despite seizing 60 knives, a dagger in the sword from crimo's home in 2019 highland park. police say they did not seek a restraining order prevent him from buying guns and maintain they were not



Play

## Highland Park police on 90.1 FM WABE - Atlanta, GA

7/8/2022 8:15:10 AM

been flagged by police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on 90.3 WCPN - Cleveland, OH

7/8/2022 8:15:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while they



Play

## Highland Park police on WHRV 89.5 - Norfolk, VA

7/8/2022 8:15:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on WHYY (Radio) - Philadelphia, PA

7/8/2022 8:15:23 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the

Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



## Highland Park police on Vermont Public Radio - Burlington, VT

Play

7/8/2022 8:15:34 AM

police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



## Highland Park police on WNYC-FM (Radio) - New York, NY

Play

7/8/2022 8:15:35 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the



## Highland Park police on WLRN Radio - Miami, FL

Play

7/8/2022 8:15:43 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



## Highland Park police on WUSF (89.7 FM) - Tampa Bay, FL

Play

7/8/2022 8:15:45 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



## Highland Park police on National Public Radio - U.S. Cable

Play

7/8/2022 8:15:47 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:15:49 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 8:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WDDE 91.1 FM (Radio) - Philadelphia, PA

7/8/2022 8:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Connecticut Public Radio (WNPR) - Hartford-New Haven, CT

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 89.1 WEMU - Detroit, MI

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WJCT - Jacksonville, FL

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WBFO-FM (Radio) - Buffalo, NY

7/8/2022 8:16:07 AM

Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:16:08 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WAMU-FM (Radio) - Washington, D.C.

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody the home and had dives while there the police seize 16

13



Play

## Highland Park police on WSHU-FM (91.1 FM) - Hartford-New Haven, CT

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

## Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 8:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

## Highland Park police on WESA-FM (Radio) - Pittsburgh, PA

7/8/2022 8:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on 90.7 WMFE - Orlando, FL

7/8/2022 8:16:18 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on 90.7 WFAE - Charlotte, NC

7/8/2022 8:16:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

14



Play

## Highland Park police on 89.7 WGBH - Boston, MA

7/8/2022 8:16:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on WFYI-FM (90.1 MHz) - Indianapolis, IN

7/8/2022 8:16:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on WBUR (Radio) - Boston, MA

7/8/2022 8:17:06 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 8am**
7/8/2022 8:38:02 AM

seizing 16 knives, a dagger and a sword from his home 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were not



Play

## Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 9:18:04 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

15

1150
Post
Road
Fairfield, <u>Unsubscribe</u>
CT
06824



TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

| | |
|---|---|
| **From:** | Results@tveyes-alerts.com |
| **Sent:** | Friday, July 8, 2022 11:21 AM |
| **To:** | coneill@cityhpil.com |
| **Subject:** | Media Alert - Highland Park police |

*[EXTERNAL EMAIL]*



**TVEyes Trial**

TVEyes makes television and radio from around the world searchable.

**Schedule a Demo**



**Your Sales Representative**

Chris Catropa
(203) 254-3600 x334 ccatropa@tveyes.com

Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

# Media Alert - Highland Park police



Play

### Highland Park police on KHNL-HON (NBC) - Honolulu, HI

**Early Today**
7/8/2022 4:08:15 AM

meanwhile, the community is only beginning to process the attack. highland park police and fire chief say many of their staff were in the parade their families lined the sidewalks.



Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 5:07:19 AM

the States red flag law would have Invented the purchases of the weapons, however, Highland Park police didn't seek in order to do so. Nor were they required to after two visits to the home they seized 16 knives a sword and a dagger from criminals home but they said they didn't consider him a clear and present danger because



Play

### Highland Park police on KIEM (NBC) - Eureka, CA

**Early Today**
7/8/2022 5:09:16 AM

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park



Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 5:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 5:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 5:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 5:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 5:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 5:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 5:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 5:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 5:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

3



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 5am**
7/8/2022 5:38:14 AM

now despite seizing 60 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and maintain that they were



Play

### Highland Park police on KSKA - Anchorage, AK

7/8/2022 6:15:17 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 6:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 6am**
7/8/2022 6:37:21 AM

despite seizing 16 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were


Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 7:03:54 AM

ventilator doctors now fearing he may be permanently paralyzed. A newly released records show that Highland Park police determined the suspect posed a clear and present danger 3 years ago after a family member claimed he threatened to kill everyone in the House. Texas governor greg abbott, doubling down on


Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 7:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody of the home and had knives while there the police


Play

### Highland Park police on KMUW - Wichita, KS

7/8/2022 7:15:24 AM

schaper reports the 21 year-old charged with shooting more than 40 people at the highland park parade, killing 7 of them was on the radar of highland park police in september of 2019. they responded to a call that bobby cream o was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on St. Louis Public Radio - St. Louis, MO

7/8/2022 7:15:30 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KJZZ 91.5 - Phoenix, AZ

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on 89.9 WWNO - New Orleans, LA

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KUT 90.5 - Austin, TX

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KERA (90.1) - Dallas, TX

7/8/2022 7:15:38 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill Everybody in the home and had knives while there



Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Milwaukee Public Radio - Milwaukee, WI

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 7:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WBEZ-FM (Radio) - Chicago, IL

7/8/2022 7:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on Texas Public Radio - San Antonio, TX

7/8/2022 7:15:51 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 7:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCUR-FM - Kansas City, MO

7/8/2022 7:15:55 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 7:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Michigan Radio - Detroit, MI

7/8/2022 7:15:57 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 7:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Mississippi Public Broadcasting - Columbus, MS

7/8/2022 7:16:05 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

8



Play

### Highland Park police on WVXU - Cincinnati, OH

7/8/2022 7:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They risk Wanted to a call that Bobby cream O was threatening to kill everybody in the home and had knives while



Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KNOW-FM (Radio) - Minneapolis, MN

7/8/2022 7:17:09 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 7:17:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WGN - Chicago, IL

**WGN Morning News**
7/8/2022 7:32:40 AM

he had a history of drug use and threaten to kill everyone. highland park police filed a clear and present danger but months later, the state police still gave him a gun permit. there were other red flags in


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 7am**
7/8/2022 7:37:33 AM

gun despite seizing 60 knives, a dagger in the sword from crimo's home in 2019 highland park. police say they did not seek a restraining order prevent him from buying guns and maintain they were not


Play

### Highland Park police on 90.1 FM WABE - Atlanta, GA

7/8/2022 8:15:10 AM

been flagged by police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 90.3 WCPN - Cleveland, OH

7/8/2022 8:15:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while they


Play

### Highland Park police on WHRV 89.5 - Norfolk, VA

7/8/2022 8:15:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WHYY (Radio) - Philadelphia, PA

7/8/2022 8:15:23 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the

10

Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on Vermont Public Radio - Burlington, VT

7/8/2022 8:15:34 AM

police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on WNYC-FM (Radio) - New York, NY

7/8/2022 8:15:35 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the



Play

## Highland Park police on WLRN Radio - Miami, FL

7/8/2022 8:15:43 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

## Highland Park police on WUSF (89.7 FM) - Tampa Bay, FL

7/8/2022 8:15:45 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on National Public Radio - U.S. Cable

7/8/2022 8:15:47 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:15:49 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 8:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WDDE 91.1 FM (Radio) - Philadelphia, PA

7/8/2022 8:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Connecticut Public Radio (WNPR) - Hartford-New Haven, CT

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 89.1 WEMU - Detroit, MI

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WJCT - Jacksonville, FL

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WBFO-FM (Radio) - Buffalo, NY

7/8/2022 8:16:07 AM

Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:16:08 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WAMU-FM (Radio) - Washington, D.C.

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody the home and had dives while there the police seize 16

13



Play

## Highland Park police on WSHU-FM (91.1 FM) - Hartford-New Haven, CT

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

## Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 8:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

## Highland Park police on WESA-FM (Radio) - Pittsburgh, PA

7/8/2022 8:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on 90.7 WMFE - Orlando, FL

7/8/2022 8:16:18 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on 90.7 WFAE - Charlotte, NC

7/8/2022 8:16:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on 89.7 WGBH - Boston, MA

7/8/2022 8:16:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WFYI-FM (90.1 MHz) - Indianapolis, IN

7/8/2022 8:16:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WBUR (Radio) - Boston, MA

7/8/2022 8:17:06 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA
**FOX40 News at 8am**
7/8/2022 8:38:02 AM

seizing 16 knives, a dagger and a sword from his home 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were not


Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 9:18:04 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



1150
Post
Road
Fairfield, Unsubscribe
CT
06824

TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

**From:** Results@tveyes-alerts.com
**Sent:** Friday, July 8, 2022 11:21 AM
**To:** sgallagher@cityhpil.com
**Subject:** Media Alert - Highland Park police

*[EXTERNAL EMAIL]*



### TVEyes Trial
TVEyes makes television and radio from around the world searchable.

### Schedule a Demo



Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

## Your Sales Representative

Chris Catropa
(203) 254-3600 x334  ccatropa@tveyes.com

# Media Alert - Highland Park police



Play

### Highland Park police on KHNL-HON (NBC) - Honolulu, HI

**Early Today**
7/8/2022 4:08:15 AM

meanwhile, the community is only beginning to process the attack. highland park police and fire chief say many of their staff were in the parade their families lined the sidewalks.



Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 5:07:19 AM

the States red flag law would have Invented the purchases of the weapons, however, Highland Park police didn't seek in order to do so. Nor were they required to after two visits to the home they seized 16 knives a sword and a dagger from criminals home but they said they didn't consider him a clear and present danger because



Play

### Highland Park police on KIEM (NBC) - Eureka, CA

**Early Today**
7/8/2022 5:09:16 AM

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park



Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 5:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 5:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 5:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 5:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 5:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 5:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 5:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 5:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 5:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

3


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 5am**
7/8/2022 5:38:14 AM

now despite seizing 60 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and maintain that they were


Play

### Highland Park police on KSKA - Anchorage, AK

7/8/2022 6:15:17 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 6:15:52 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:16:13 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 6am**
7/8/2022 6:37:21 AM

despite seizing 16 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were


Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 7:03:54 AM

ventilator doctors now fearing he may be permanently paralyzed. A newly released records show that Highland Park police determined the suspect posed a clear and present danger 3 years ago after a family member claimed he threatened to kill everyone in the House. Texas governor greg abbott, doubling down on


Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 7:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody of the home and had knives while there the police


Play

### Highland Park police on KMUW - Wichita, KS

7/8/2022 7:15:24 AM

schaper reports the 21 year-old charged with shooting more than 40 people at the highland park parade, killing 7 of them was on the radar of highland park police in september of 2019. they responded to a call that bobby cream o was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on St. Louis Public Radio - St. Louis, MO

7/8/2022 7:15:30 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KJZZ 91.5 - Phoenix, AZ

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on 89.9 WWNO - New Orleans, LA

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KUT 90.5 - Austin, TX

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KERA (90.1) - Dallas, TX

7/8/2022 7:15:38 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill Everybody in the home and had knives while there



Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police

6



Play

### Highland Park police on Milwaukee Public Radio - Milwaukee, WI

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 7:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WBEZ-FM (Radio) - Chicago, IL

7/8/2022 7:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Texas Public Radio - San Antonio, TX

7/8/2022 7:15:51 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 7:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KCUR-FM - Kansas City, MO

7/8/2022 7:15:55 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 7:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Michigan Radio - Detroit, MI

7/8/2022 7:15:57 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 7:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Mississippi Public Broadcasting - Columbus, MS

7/8/2022 7:16:05 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WVXU - Cincinnati, OH

7/8/2022 7:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They risk Wanted to a call that Bobby cream O was threatening to kill everybody in the home and had knives while



Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KNOW-FM (Radio) - Minneapolis, MN

7/8/2022 7:17:09 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 7:17:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WGN - Chicago, IL

**WGN Morning News**
7/8/2022 7:32:40 AM

he had a history of drug use and threaten to kill everyone. highland park police filed a clear and present danger but months later, the state police still gave him a gun permit. there were other red flags in


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 7am**
7/8/2022 7:37:33 AM

gun despite seizing 60 knives, a dagger in the sword from crimo's home in 2019 highland park. police say they did not seek a restraining order prevent him from buying guns and maintain they were not


Play

### Highland Park police on 90.1 FM WABE - Atlanta, GA

7/8/2022 8:15:10 AM

been flagged by police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 90.3 WCPN - Cleveland, OH

7/8/2022 8:15:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while they


Play

### Highland Park police on WHRV 89.5 - Norfolk, VA

7/8/2022 8:15:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WHYY (Radio) - Philadelphia, PA

7/8/2022 8:15:23 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the

10

Highland Park parade, killing 7 of them was on the radar of Highland Park police it
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police see



Play

### Highland Park police on Vermont Public Radio - Burlington, VT

7/8/2022 8:15:34 AM

police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40
people at the Highland Park parade, killing 7 of them was on the radar of Highland Park
police in September of 2019. They responded to a call that Bobby cream O was
threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WNYC-FM (Radio) - New York, NY

7/8/2022 8:15:35 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the



Play

### Highland Park police on WLRN Radio - Miami, FL

7/8/2022 8:15:43 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had dives while there the police see



Play

### Highland Park police on WUSF (89.7 FM) - Tampa Bay, FL

7/8/2022 8:15:45 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police



Play

### Highland Park police on National Public Radio - U.S. Cable

7/8/2022 8:15:47 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the
Highland Park parade, killing 7 of them was on the radar of Highland Park police in
September of 2019. They responded to a call that Bobby cream O was threatening to kill
everybody in the home and had knives while there the police see



Play

### Highland Park police on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:15:49 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 8:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WDDE 91.1 FM (Radio) - Philadelphia, PA

7/8/2022 8:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Connecticut Public Radio (WNPR) - Hartford-New Haven, CT

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 89.1 WEMU - Detroit, MI

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WJCT - Jacksonville, FL

7/8/2022 8:15:58 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:16:03 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WBFO-FM (Radio) - Buffalo, NY

7/8/2022 8:16:07 AM

Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:16:08 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WAMU-FM (Radio) - Washington, D.C.

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody the home and had dives while there the police seize 16

13


Play

### Highland Park police on WSHU-FM (91.1 FM) - Hartford-New Haven, CT

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize


Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 8:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see


Play

### Highland Park police on WESA-FM (Radio) - Pittsburgh, PA

7/8/2022 8:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 90.7 WMFE - Orlando, FL

7/8/2022 8:16:18 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 90.7 WFAE - Charlotte, NC

7/8/2022 8:16:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on 89.7 WGBH - Boston, MA

7/8/2022 8:16:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WFYI-FM (90.1 MHz) - Indianapolis, IN

7/8/2022 8:16:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WBUR (Radio) - Boston, MA

7/8/2022 8:17:06 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 8am**
7/8/2022 8:38:02 AM

seizing 16 knives, a dagger and a sword from his home 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were not


Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 9:18:04 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



1150
Post
Road
Fairfield, <u>Unsubscribe</u>
CT
06824

TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

| | |
|---|---|
| **From:** | Results@tveyes-alerts.com |
| **Sent:** | Friday, July 8, 2022 11:21 AM |
| **To:** | rmontemayor@cityhpil.com |
| **Subject:** | Media Alert - Highland Park police |

*[EXTERNAL EMAIL]*



### TVEyes Trial

TVEyes makes television and radio from around the world searchable.

### Schedule a Demo



Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

## Your Sales Representative

Chris Catropa
(203) 254-3600 x334 ccatropa@tveyes.com

# Media Alert - Highland Park police



Play

### Highland Park police on KHNL-HON (NBC) - Honolulu, HI

**Early Today**
7/8/2022 4:08:15 AM

meanwhile, the community is only beginning to process the attack. highland park police and fire chief say many of their staff were in the parade their families lined the sidewalks.



Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 5:07:19 AM

the States red flag law would have Invented the purchases of the weapons, however, Highland Park police didn't seek in order to do so. Nor were they required to after two visits to the home they seized 16 knives a sword and a dagger from criminals home but they said they didn't consider him a clear and present danger because


Play

### Highland Park police on KIEM (NBC) - Eureka, CA

**Early Today**
7/8/2022 5:09:16 AM

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park


Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 5:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize


Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 5:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 5:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 5:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 5:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 5:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 5:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 5:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 5:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see

3



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 5am**
7/8/2022 5:38:14 AM

now despite seizing 60 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and maintain that they were



Play

### Highland Park police on KSKA - Anchorage, AK

7/8/2022 6:15:17 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 6:15:52 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:16:13 AM

Schaper reports the 21-year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 6am**
7/8/2022 6:37:21 AM

despite seizing 16 knives, a dagger and a sword from crimo's home in 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were



Play

### Highland Park police on KMET 1490AM - Los Angeles, CA

7/8/2022 7:03:54 AM

ventilator doctors now fearing he may be permanently paralyzed. A newly released records show that Highland Park police determined the suspect posed a clear and present danger 3 years ago after a family member claimed he threatened to kill everyone in the House. Texas governor greg abbott, doubling down on



Play

### Highland Park police on KUNR Public Radio - Reno, NV

7/8/2022 7:15:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody of the home and had knives while there the police



Play

### Highland Park police on KMUW - Wichita, KS

7/8/2022 7:15:24 AM

schaper reports the 21 year-old charged with shooting more than 40 people at the highland park parade, killing 7 of them was on the radar of highland park police in september of 2019. they responded to a call that bobby cream o was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on St. Louis Public Radio - St. Louis, MO

7/8/2022 7:15:30 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on KJZZ 91.5 - Phoenix, AZ

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on 89.9 WWNO - New Orleans, LA

7/8/2022 7:15:31 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on KUT 90.5 - Austin, TX

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KUOW-FM (Radio) - Seattle, WA

7/8/2022 7:15:34 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KERA (90.1) - Dallas, TX

7/8/2022 7:15:38 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill Everybody in the home and had knives while there


Play

### Highland Park police on KPBS-FM - San Diego, CA

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Milwaukee Public Radio - Milwaukee, WI

7/8/2022 7:15:42 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KQED-FM (Radio) - San Francisco, CA

7/8/2022 7:15:41 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WBEZ-FM (Radio) - Chicago, IL

7/8/2022 7:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Texas Public Radio - San Antonio, TX

7/8/2022 7:15:51 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 88.5 KNKX - Seattle, WA

7/8/2022 7:15:54 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCUR-FM - Kansas City, MO

7/8/2022 7:15:55 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KCRW-FM (Radio) - Los Angeles, CA

7/8/2022 7:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Michigan Radio - Detroit, MI

7/8/2022 7:15:57 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Capital Public Radio - Sacramento, CA

7/8/2022 7:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Mississippi Public Broadcasting - Columbus, MS

7/8/2022 7:16:05 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WVXU - Cincinnati, OH

7/8/2022 7:16:15 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They risk Wanted to a call that Bobby cream O was threatening to kill everybody in the home and had knives while



Play

### Highland Park police on News KNPR (Radio) - Las Vegas, NV

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KOPB-FM (Radio) - Portland, OR

7/8/2022 7:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on KNOW-FM (Radio) - Minneapolis, MN

7/8/2022 7:17:09 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 7:17:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WGN - Chicago, IL

**WGN Morning News**
7/8/2022 7:32:40 AM

he had a history of drug use and threaten to kill everyone. highland park police filed a clear and present danger but months later, the state police still gave him a gun permit. there were other red flags in



Play

### Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 7am**
7/8/2022 7:37:33 AM

gun despite seizing 60 knives, a dagger in the sword from crimo's home in 2019 highland park. police say they did not seek a restraining order prevent him from buying guns and maintain they were not



Play

### Highland Park police on 90.1 FM WABE - Atlanta, GA

7/8/2022 8:15:10 AM

been flagged by police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.3 WCPN - Cleveland, OH

7/8/2022 8:15:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while they



Play

### Highland Park police on WHRV 89.5 - Norfolk, VA

7/8/2022 8:15:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on WHYY (Radio) - Philadelphia, PA

7/8/2022 8:15:23 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the

Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

### Highland Park police on Vermont Public Radio - Burlington, VT

7/8/2022 8:15:34 AM

police. Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on WNYC-FM (Radio) - New York, NY

7/8/2022 8:15:35 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the



Play

### Highland Park police on WLRN Radio - Miami, FL

7/8/2022 8:15:43 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

### Highland Park police on WUSF (89.7 FM) - Tampa Bay, FL

7/8/2022 8:15:45 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on National Public Radio - U.S. Cable

7/8/2022 8:15:47 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:15:49 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on KCFR-FM - Denver, CO

7/8/2022 8:15:52 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WDDE 91.1 FM (Radio) - Philadelphia, PA

7/8/2022 8:15:56 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on Connecticut Public Radio (WNPR) - Hartford-New Haven, CT

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 89.1 WEMU - Detroit, MI

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WJCT - Jacksonville, FL

7/8/2022 8:15:58 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:16:03 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see


Play

### Highland Park police on WBFO-FM (Radio) - Buffalo, NY

7/8/2022 8:16:07 AM

Npr's David Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:16:08 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police


Play

### Highland Park police on WAMU-FM (Radio) - Washington, D.C.

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police it September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody the home and had dives while there the police seize 16

13



Play

### Highland Park police on WSHU-FM (91.1 FM) - Hartford-New Haven, CT

7/8/2022 8:16:12 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police seize



Play

### Highland Park police on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 8:16:13 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had dives while there the police see



Play

### Highland Park police on WESA-FM (Radio) - Pittsburgh, PA

7/8/2022 8:16:16 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.7 WMFE - Orlando, FL

7/8/2022 8:16:18 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

### Highland Park police on 90.7 WFAE - Charlotte, NC

7/8/2022 8:16:21 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on 89.7 WGBH - Boston, MA

7/8/2022 8:16:20 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on WFYI-FM (90.1 MHz) - Indianapolis, IN

7/8/2022 8:16:22 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police



Play

## Highland Park police on WBUR (Radio) - Boston, MA

7/8/2022 8:17:06 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



Play

## Highland Park police on KTXL-SAC (FOX) - Sacramento, CA

**FOX40 News at 8am**
7/8/2022 8:38:02 AM

seizing 16 knives, a dagger and a sword from his home 2019 highland park. police say they did not seek a restraining order to prevent him from buying guns and they maintain they were not



Play

## Highland Park police on Nashville Public Radio - Nashville, TN

7/8/2022 9:18:04 AM

Schaper reports the 21 year-old charged with shooting more than 40 people at the Highland Park parade, killing 7 of them was on the radar of Highland Park police in September of 2019. They responded to a call that Bobby cream O was threatening to kill everybody in the home and had knives while there the police see



1150
Post
Road
Fairfield, <u>Unsubscribe</u>
CT
06824

TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

**From:** Results@tveyes-alerts.com
**Sent:** Friday, July 8, 2022 11:21 AM
**To:** nRotering@cityhpil.com
**Subject:** Media Alert - City of Highland Park

*[EXTERNAL EMAIL]*



**TVEyes Trial**
TVEyes makes television and radio from around the world searchable.

**Schedule a Demo**



Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

**Your Sales Representative**

Chris Catropa
(203) 254-3600 x334  ccatropa@tveyes.com

# Media Alert - City of Highland Park



Play

## Highland Park illinois on KGMB-HON (CBS) - Honolulu, HI
**CBS Overnight News**
7/8/2022 2:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



Play

## Highland Park illinois on CBS 5 Anchorage - Anchorage, AK
**CBS Overnight News**
7/8/2022 4:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions


Play

### Highland Park illinois on K13XD (CBS) - Fairbanks, AK
**CBS Overnight News**
7/8/2022 4:10:29 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions


Play

### Highland Park illinois on KTNV-LV (ABC) - Las Vegas, NV
**Good Morning Las Vegas @ 5AM**
7/8/2022 5:02:47 AM

smooth sailing on the road so far. all right, justin, thank you. now to that highland park, illinois, where >> a devastating mass shooting took place at a 4th of july parade this morning. the


Play

### Highland Park illinois on KEYT (ABC) - Santa Barbara, CA
**Morning News at 5AM**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people


Play

### Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA
**Emeril Live**
7/8/2022 5:03:37 AM

unwavering ally of the u-s." meantime, highland park, illinois, plans the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven people


Play

### Highland Park illinois on KXLY (ABC) - Spokane, WA
**4 News Now Good Morning Northwest at 5**
7/8/2022 5:03:40 AM

today... for victims of the july 4th parade shooting in highland park, illinois. while hundreds gathered for a candlelight vigil to honor the 7 people killed, the shooter's father is taking no


Play

### Highland Park illinois on KTVU-SF (FOX) - San Francisco, CA
**KTVU Mornings on 2**
7/8/2022 5:04:37 AM

started shooting at the crowd gathered for a parade in highland park, illinois, investigators say cremo, the third has confessed to being the shooter. they are still trying to figure out a motive happening


Play

### Highland Park illinois on KNSD-SD (NBC) - San Diego, CA

**NBC 7 News Today**
7/8/2022 5:05:59 AM

people killed in monday's mass shooting at a july 4th parade in highland park, illinois. 63-year-old jacqueline sundheim, steven straus and nicholas toledo. details for the remaining


Play

### Highland Park illinois on KERO-BFL (ABC) - Bakersfield, CA

**23ABC News at 5am**
7/8/2022 5:06:21 AM

a ribbon cutting for a new crenshaw to lax metro transit project. now to highland park, illinois, where the community is banding together after that deadly july 4th parade shooting hundreds of people


Play

### Highland Park illinois on KGTV-SD (ABC) - San Diego, CA

**10News This Morning at 5AM**
7/8/2022 5:07:50 AM

coming to light after the deadly 4th of july shooting in highland park, illinois. a report from april 2019 says the suspect attempted to commit suicide by machete less than 6 months later, police


Play

### Highland Park illinois on KLAS-LV (CBS) - Las Vegas, NV

**Good Day Las Vegas**
7/8/2022 5:07:53 AM

along the parade route and loaded them into a u haul all around highland park, illinois residents are reflecting on friends neighbors and loved ones killed in the rampage everybody loved her she just


Play

### Highland Park illinois on KION (CBS) - Monterey, CA

**Wake Up KION 5/46 News Channel**
7/8/2022 5:09:02 AM

down... the water restrictions could go up. in highland park, illinois. the memorial services for the victims in the attack on a july 4th parade will begin today. seven people were killed and


Play

### Highland Park police on KMIR (NBC) - Palm Springs, CA

**Early Today**
7/8/2022 5:09:18 AM

6:00 a.m. brought coffee, bagels and handwritten cards from these children to the highland park police department. >> it's the least we could do. >> reporter: the group made up of residents of highland park



Play

### Highland Park illinois on KVIQ (CBS) - Eureka, CA

**CBS Overnight News**
7/8/2022 5:10:27 AM

>> announcer: this is the "cbs overnight news." >> the community of highland park, illinois is rallying together three days after that july 4th parade shooting. tonight there are new questions



Play

### Highland Park illinois on KERO-BFL (ABC) - Bakersfield, CA

**23ABC News at 5am**
7/8/2022 5:12:23 AM

funerals for victims from the july 4th parade shooting in highland park. illinois will be held today. services are scheduled for 2 beloved grandparents and a former synagogue preschool teacher



Play

### Highland Park illinois on KIRO-SEA (CBS) - Seattle, WA

**KIRO 7 News at 5am**
7/8/2022 5:14:28 AM

>> that's 5.14 right now. funerals for the victims of the shooting in highland park, illinois begin today as a community grapples with how to move forward. and a couple of revealing the moment they save



Play

### Highland Park illinois on KEPR (CBS) - Yakima, WA

**Action News at 5am**
7/8/2022 5:15:13 AM

welcome back, everybody. the grieving community of highland park illinois is planning the 1st memorial services today for victims of monday's devastating shooting that left 7 people dead and



Play

### Highland Park illinois on KOGO-AM (Radio) - San Diego, CA

7/8/2022 5:16:53 AM

about the past the accused gunman who police say has confessed to the deadly mass shooting at the 4th of July parade in Highland Park, Illinois. Garrett tenney is there and as more we now have a copy of the police report from 2019, when the alleged gunman sister told police she was afraid to go home because he had threatened to kill



Play

### Highland Park illinois on KOMO-AM (Radio) - Seattle, WA

7/8/2022 5:19:19 AM

in the coming days. Could a new federal gun law have prevented the Highland Park, Illinois shooting which left 7 people dead and dozens more wounded on the 4th of July. Well that law requires enhanced background checks for people under 21 ABC news senior

investigative



## Highland Park illinois on KPBS-FM - San Diego, CA

7/8/2022 5:20:53 AM

today, just call one 805.6 5 7 to 7 or go online to KPBS dot org Highland Park, Illinois, becomes the latest city to reckon with a mass shooting Donald Trump's White House Council prepares for his day before the January 6th Committee and in georgia I think that people thought that we came into this as some kind



## Highland Park illinois on KEYT (ABC) - Santa Barbara, CA
**Morning News at 5AM**
7/8/2022 5:30:20 AM

to deal with a historic drought. . the first services begin today in highland park illinois for victims of the fourth of july mass shooting. . how the community is honoring the victims... as



## Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA
**Emeril Live**
7/8/2022 5:30:20 AM

to deal with a historic drought. . the first services begin today in highland park illinois for victims of the fourth of july mass shooting. . how the community is honoring the victims... as



## Highland Park illinois on KOIN-POR (CBS) - Portland, OR
**KOIN 6 News at 5am**
7/8/2022 5:31:53 AM

happening today, the first memorial services will be held in highland park, illinois, for the 3 victims of the 4th of july parade, mass shooting. 7 people were killed. dozens more hurt. authorities are



## Highland Park illinois on Portland's CW - Portland, OR
**KOIN 6 News at 5:00**
7/8/2022 5:32:06 AM

happening today, the first memorial services will be held in highland park, illinois, for the 3 victims of the 4th of july parade, mass shooting. 7 people were killed. dozens more hurt. authorities are



## Highland Park illinois on KNSD-SD (NBC) - San Diego, CA
**NBC 7 News Today**
7/8/2022 5:32:46 AM

Play

japan where gun violence is very rare, virtually nonexistent. >>> back in highland park, illinois, continuing to mourn the seven people killed in an independence day parade. >> they are coming together to



Play

## Highland Park illinois on KFSN-FRES (ABC) - Fresno, CA

**Action News AM Live 5AM**
7/8/2022 5:33:05 AM

decide if they would legally permit the medical procedure. now to highland park, illinois, where the community is banding together following the deadly july fourth parade shooting.



Play

## Highland Park illinois on KCOY-SBA (CBS) - Santa Barbara, CA

**Emeril Live**
7/8/2022 5:35:01 AM

health. . he was 67 years old. . now to highland park illinois where the community is banding together following the deadly july fourth parade shooting.



Play

## Highland Park illinois on KEYT (ABC) - Santa Barbara, CA

**Morning News at 5AM**
7/8/2022 5:35:00 AM

health. . he was 67 years old. . now to highland park illinois where the community is banding together following the deadly july fourth parade shooting.



Play

## Highland Park illinois on KMVT (CBS) - Twin Falls, ID

**KMVT Rise & Shine at 6a**
7/8/2022 6:02:38 AM

in japan's history. the grieving community of highland park, illinois, is planning the first memorial services today for victims of monday's devastating attack on a july 4th parade that left



Play

## Highland Park illinois on KOAT-ABQ (ABC) - Albuquerque, NM

**Action 7 News More in the Morning 6am**
7/8/2022 6:02:59 AM

gma will have much more on this developing story at 7:00 a.m. well, the community of highland park, illinois is banding together following the deadly july fourth parade shooting. royale: it comes as we learn



Play

## Highland Park illinois on KMGH-DEN (ABC) - Denver, CO

**7 News Now at 6 AM**
7/8/2022 6:04:06 AM

home, the first funerals for victims of the july 4th parade, a shooting in highland park,

illinois will be held today to beloved grandfathers and a former synagogue preschool teacher will be


Play

### Highland Park illinois on KJCT (ABC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:52 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged


Play

### Highland Park illinois on KKCO (NBC) - Grand Junction, CO

**Daybreak at 6A**
7/8/2022 6:05:53 AM

visit this story on our website.... now to highland park illinois where the community is banding together following the deadly july fourth parade shooting. the alleged


Play

### Highland Park illinois on KBZK (CBS) - Butte, MT

**Montana This Morning**
7/8/2022 6:06:15 AM

>> back on the national stage. the grieving community of highland park, illinois plans the first memorial services today for victims of monday's devastating attack on a july 4th parade, the left 7 people


Play

### Highland Park illinois on KBOI (CBS) - Boise, ID

**KBOI 2 News This Morning**
7/8/2022 6:06:30 AM

under way this morning. the grieving community of highland park illinois plans the 1st memorial services today for victims of monday's devastating attack at a july 4th parade leaving 7


Play

### Highland Park illinois on KDVR-DEN (FOX) - Denver, CO

**FOX 31 Morning News at 6:00am**
7/8/2022 6:06:37 AM

friday. the deadly shooting at the 4th of july parade in highland park, illinois. >> not raising questions about what can be done to prevent these tragedies. >> on our political program,


Play

### Highland Park illinois on UniMás Nuevo México - Albuquerque, NM

**Noticias Univisión New Mexico EN**
7/8/2022 6:10:11 AM

estamos conociendo ms sobre las siete vctimas del tiroteo mortal del lunes en highland

7

park, illinois... dos de ellos, irina y kevin mccarthy, estaban en el desfile del 4 de julio con
su hijo de 18 meses...el niño


Play

### Highland Park illinois on KOAA (NBC) - Colorado Springs, CO

**News 5 Today at 6AM**
7/8/2022 6:14:29 AM

funerals for victims from the 4th of july parade shooting in highland park, illinois are
going to be held today. those services are scheduled today for 2 beloved grandfathers and a
former synagogue preschool


Play

### Highland Park illinois on KOTA (ABC) - Rapid City, SD

**Good Morning KOTA Territory**
7/8/2022 6:20:39 AM

friday in fort pierre... in fort pierre, austin goss. now to highland park illinois... where the
community is banding together following


Play

### Highland Park illinois on KBZK (CBS) - Butte, MT

**Montana This Morning**
7/8/2022 6:20:43 AM

gathering with her neighbors to attend the local holiday parade in highland park, illinois
had some women and horses. >> and then some vets. and then the highland park high


Play

### Highland Park illinois on KUER 90.1, NPR Utah - Salt Lake City, UT

7/8/2022 6:21:05 AM

Sorrento designed for performance and capability more info at Kia Dotcom Highland Park,
Illinois, becomes the latest city to reckon with a mass shooting Donald Trump's White
House Council prepares for his day before the January 6th Committee and in Georgia


Play

### Highland Park illinois on KCNC-DEN (CBS) - Denver, CO

**CBS4 This Morning-6AM**
7/8/2022 6:27:09 AM

>>> 6:26 right now. the first services begin today in highland park, illinois for victims of
the fourth of july a trip to the high country may cost you a little if you take a new lane on i-
70.


Play

### Highland Park illinois on KERA (90.1) - Dallas, TX

7/8/2022 7:00:39 AM

leader before stepping down for health reasons. In 2020, we'll get more on this story. After

the news the last Government in the Highland Park, Illinois mass shooting had previous run-ins is with the police, but there were never any charges police can't make an arrest unless there is probable cause to make an arrest or somebody is


Play

### Highland Park illinois on Fox 55/27 Illinois (WCCU) - Champaign, IL

**FOX Illinois sunrise**
7/8/2022 7:02:22 AM

gun control laws anywhere. obake was 67 years old and now closer to home to highland park illinois where the community there's banding together following that deadly july 4th parade shooting.


Play

### Highland Park illinois on WTVW (CW) - Evansville, IN

**Eyewitness News Daybreak**
7/8/2022 7:03:02 AM

leading base assassination coming up in our next half hour. and now to the highland park, illinois where community. the community is banding together following the deadly july 4th parade


Play

### Highland Park illinois on WTMJ-AM (Radio) - Milwaukee, WI

7/8/2022 7:03:21 AM

Blinken expressed condolences should so obvious was 67 years old. A candlelight vigil Hill last night in Highland Park, Illinois for the 7 victims of Monday's 4th of July parade rampage. Funeral services for 3 will happen today. This is newly revealed police reports show several disturbing incidents involving the


Play

### Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:06:52 AM

malena scholars law reporting. >>the 1st services begin today in highland park illinois for victims of july 4th parade mass shooting. i'm bradley blackburn with how the community is honoring the


Play

### Highland Park illinois on KRIV-HOU (FOX) - Houston, TX

**Houston's Morning Show 7am**
7/8/2022 7:06:59 AM

himself in quotes. seven people died as a result of the shooting in highland park, illinois. dozens more were injured, and this comes as funeral services begin today. for some of those victims. this week's fourth of



Play

### Highland Park illinois on Newsradio 740 KTRH - Houston, TX

7/8/2022 7:08:12 AM

charge in Thirty-five 100 dollars for a theft of service charge. There are more calls for the father of the Highland Park, Illinois. Shooter to face criminal charges following the July 4th parade parade shooting in suburban Chicago. In an interview with ABC news. He said he doesn't know why his son carried out this attack. And



Play

### Highland Park illinois on KFXA-IOW (FOX) - Iowa City, IA

**Emeril Live**
7/8/2022 7:09:45 AM

>>welcome back. happening today, the grieving community of highland park illinois plans the 1st memorial services for victims of monday's independence day parade massacre that left 7



Play

### Highland Park illinois on WUPL 54 - New Orleans, LA

**Eyewitness Morning News at 7AM**
7/8/2022 7:09:55 AM

to take action against assault style weapons at the same time all around highland park, illinois where that shooting occurred, residents are reflecting on friends, neighbors and loved ones who



Play

### Highland Park illinois on WCPT 820 - Chicago, IL

7/8/2022 7:11:11 AM

of these gunman on the sandi jackson show as he opened fire during the 4th of july parade in highland park, illinois, where 7 people were killed and dozens of others were wounded and see a lot of rooftop of them and shot at parade goes and unless the gun behind it was how we walk to his mother's house got her car joke to wisconsin came back he's



Play

### Highland Park illinois on WBKO (ABC) - Bowling Green, KY

**Good Morning America**
7/8/2022 7:11:20 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.



Play

### Highland Park illinois on KTXELP - San Angelo, TX

7/8/2022 7:11:22 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.

10


Play

### Highland Park illinois on KVHPDT2 (ABC) - Lake Charles, LA

**Good Morning America**
7/8/2022 7:11:24 AM

details on those harrowing moments at that fourth of july massacre in highland park, illinois. the parade an annual tradition for the roberts family ending in tragedy.


Play

### Highland Park illinois on Talk 980 (KMBZ) - Kansas City, MO

7/8/2022 7:21:27 AM

news, deputy political director Avery Harper joining us this morning from Washington. Good morning. Avery that 4th July rampage in Highland Park, Illinois has the governor there and his opponent, both talking definitely it is really reignited the conversation around gun reform and the debate around changes


Play

### Highland Park illinois on WBOK 1230AM - New Orleans, LA

7/8/2022 7:23:51 AM

restricting assault weapons the very weapons used to commit mass shootings like the one in you've Ali and the one in Highland Park, Illinois, elementary school kids were killed in Texas in Highland Park, more than 40 were wounded and 7 were killed as they attended a holiday parade now why on God's Green Earth would we think that's


Play

### Highland Park illinois on WLUK (FOX) - Green Bay, WI

**Good Day Wisconsin**
7/8/2022 7:28:30 AM

every day that the have to get to my store and passed by. >>highland park, illinois, residents are doing their best to return to a normal life, but july 4th parade. mass shooting is still heavy on


Play

### Highland Park illinois on 89.9 WWNO - New Orleans, LA

7/8/2022 7:31:46 AM

ruled too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news. The national weather service says this will be another hot day across the southern US heat advisories and excessive heat warnings are posted



### Highland Park illinois on KFJX (FOX) - Joplin, MO

**KOAM Morning News on FOX 14**
7/8/2022 7:33:46 AM

department immediately. several vigils took place around highland park, illinois on thursday. it's been 4 days since a gunman opened fire on the 4th of july parade. 7 people were killed. dozens were



### Highland Park illinois on WBUR (Radio) - Boston, MA

7/8/2022 8:00:28 AM

attempts to overturn the election. Also this hour, the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police but was never charged urged police can't make an arrest unless there is probable cause to make an arrest or somebody is willing to sign complaints regarding the Russia



### Highland Park illinois on 90.7 WFAE - Charlotte, NC

7/8/2022 8:01:28 AM

this is WFAA ease morning edition I'm Marshall Terry the alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with police. But there were never any charges police can't make an arrest and less there is probable cause to make an arrest or somebody is willing to sign complaints regarding the rest have



### Highland Park illinois on WBEN-AM (Radio) - Buffalo, NY

7/8/2022 8:03:37 AM

world's safest Tom rivers AB scene is at the foreign desk and Highland Park, Illinois last night. A candlelight vigil was held for 7 shooting victims during Monday's 4th of July parade there. We're now learning more about one of the youngest survivors of the massacre eight-year-old Cooper



### Highland Park illinois on WSB-AM (Radio) - Atlanta, GA

7/8/2022 8:04:27 AM

reporting live. Michelle right 95.5 WSB services are held today for 3 of the 7 people killed in the 4th of July parade in Highland Park, Illinois. Dozens are wounded, including an eight-year-old with a severed spine not sure to the suffered spinal cord. Whether or not he'll be able to walk again.



Play

### Highland Park illinois on WCCB - Charlotte, NC

**WCCB News Rising 8AM**
7/8/2022 8:04:42 AM

first funeral for one of the seven victims gunned down in highland park, illinois. >> lauren: there are also new details about the shooter. police records say the suspect threatened his family, in an



Play

### Highland Park illinois on WNAC-PVD (FOX) - Providence, RI

**12 News on Fox Providence at 8:00am**
7/8/2022 8:06:20 AM

(patrick) the grieving community of highland park, illinois, is holding the first memorial services today for victims of monday's devastating attack on a july 4th parade that left seven



Play

### Highland Park illinois on WLRN Radio - Miami, FL

7/8/2022 8:07:23 AM

and acoustic music Sunday afternoon at two coming up on morning edition. The alleged coming in this week's mass shooting in Highland Park, Illinois had previous run-ins with the police, but there were never any charges police can't make an arrest unless there is probable cause to make an arrest or somebody is



Play

### Highland Park illinois on WDBO-FM (Radio) - Orlando, FL

7/8/2022 8:10:04 AM

morning news on wdbo what no 7 3 FM, and am 5 80 on the way to the mass shooting at the independence day parade in Highland Park, Illinois. Earlier this week with the enhanced background checks. It requires for those under 21 have stopped Robert cream Let's go in depth now because our goal is for



Play

### Highland Park illinois on WFTX-FTM (FOX) - Fort Myers, FL

**Fox 4 Morning News at 8am**
7/8/2022 8:15:42 AM

first funerals for victims from the july 4th parade shooting in highland park, illinois. we'll have services today. they're scheduled for 2 beloved grandfathers and a former synagogue preschool



Play

### Highland Park illinois on WHRV 89.5 - Norfolk, VA

7/8/2022 8:19:38 AM

Antic locking them it's the BBC news hour coming up. The alleged gunman in this week's mass shooting in Highland Park, Illinois had previous run-ins with the police, but there

were never any charges police can't make an Arrest unless there is probable cause to make an arrest or somebody is willing to sign complaints


Play

## Highland Park illinois on WAHU Fox 27 - Charlottesville, VA

**Good Morning Charlottesville**
7/8/2022 8:20:24 AM

being the gunman in the fourth of july mass shooting in highland park, illinois. prosecutors say it's just the beginning. the deadly attack killed seven people, dozens injured


Play

## Highland Park illinois on 1340 WEPM - Clarksburg, WV

7/8/2022 8:23:57 AM

Ryan Clark, ABC news police reports show several disturbing incidents involving the suspected Highland Park, Illinois parade shooter and his family maybe sees Moto coaster Abdi has more. A report from April 2019, saying the suspect attempted to commit suicide by machete less than 6 months later, police were called to the home again


Play

## Highland Park illinois on WFQX (FOX) - Traverse City, MI

**Michigan This Morning on Fox 32**
7/8/2022 8:24:54 AM

elsewhere in the state. >> the grieving community of highland park, illinois, planning the first memorial services today for victims of monday's devastating attack on a july 4th parade. it left 7


Play

## Highland Park illinois on WUSF (89.7 FM) - Tampa Bay, FL

7/8/2022 8:32:00 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news with WSFA 89.7 news I'm craig Cup for the second straight year. Donors to a United way sun coast contest were entered


Play

## Highland Park illinois on National Public Radio - U.S. Cable

7/8/2022 8:32:01 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news in Connecticut officials in new Haven's say the city will change how it transports in two chains prisoners mayor Justin Elgar and police chief Carl

14



Play

### Highland Park illinois on WUNC-FM (Radio) - Raleigh, NC

7/8/2022 8:32:04 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news. The national weather service says this will be another hot day across the southern US heat advisories and excessive heat warnings are posted,



Play

### Highland Park illinois on WJCT - Jacksonville, FL

7/8/2022 8:32:13 AM

ruled too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news. It's now 8 31 this is WJCT news 89 9 Florida state University has announced new initiatives to attract more students to its nursing



Play

### Highland Park illinois on WYPR-FM (Radio) - Baltimore, MD

7/8/2022 8:32:17 AM

ruled too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news and this is your NPR news station 88 one W when NPR it is 8 32 years to have her short with traffic sobeit slow on the outer loop from Harford road



Play

### Highland Park illinois on 101.9 WDET (radio) - Detroit, MI

7/8/2022 8:32:23 AM

too dangerous to have a firearm services are being held today for 3 of those killed this week in Highland Park, Illinois this is NPR news and I'm PAP answer there with news from W. Det. At 8 31. The legislature's Republican leaders of asked a



Play

### Highland Park illinois on WHDH-BOS - Boston, MA

**7News Today in New England**
7/8/2022 8:34:42 AM

formed in response to the supreme court, reversing roe v. wade. and today, the highland park, illinois community is saying a final goodbye to three of the seven people killed when a gunman opened fire at 1/4 of



### City of Highland Park on MSNBC - U.S. Cable

**José Diaz-Balart Reports**
7/8/2022 10:48:46 AM

that pain and heartbreak will be on full display and you see it all across the city of highland

Play

park. for example, look at the vigil behind me. you see people bringing flowers,



### City of Highland Park on WJBK-DET (FOX) - Detroit, MI
**FOX 2 News: Live at 11 AM**
7/8/2022 11:20:03 AM

Play

risk families go to breathe a j c foundation .org. to purchase a ticket. the city of highland park, illinois, continues to mourn after monday's parade massacre. still ahead this morning, the community begins



1150
Post
Road
Fairfield,    Unsubscribe
CT
06824

TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

| | |
|---|---|
| **From:** | Anita Busch <anita@victimsfirst.org> |
| **Sent:** | Friday, July 8, 2022 11:23 AM |
| **To:** | Stone, Kim |
| **Subject:** | Re: Jacqueline, please meet shooting victim ████████ |

*[EXTERNAL EMAIL]*

Yes, ████████████████ Want to make the connections now so we can be ready. It is the same reason for lining up the accessibility folks. It saves us from scrambling at the last minute. Having things in place and ready if needed and necessary.

Anita

On Fri, Jul 8, 2022 at 9:19 AM Stone, Kim <kstone@cityhpil.com> wrote:
I hate to ask, but it sounds like he is still in a precarious position. Is it better to start the process once we know he will make it, or to get it in place in advance and hope he needs it? I'm assuming this is the ████████ hospital.

There is an accessible van place in Skokie, IL.

Kim Stone
Highland Park Councilwoman
Kstone@cityhpil.com
(847) 780-7432

On Jul 8, 2022, at 11:15 AM, Anita Busch <anita@victimsfirst.org> wrote:

*[EXTERNAL EMAIL]*

Regan,

Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.

Thank you!

Anita

On Thu, Jul 7, 2022 at 8:23 PM ████████████████████████████ wrote:

Anita,

Thank you very much for the introduction. ████ & Jacqueline, if I can help in any way, please let me know.

Regan

On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:

Jacqueline and ████ please meet.

████████ cc'd on this email and is helping ████████████ was at the parade on Monday with her husband, ██ o son and ████ son ████████████████████████ She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

2

| | |
|---|---|
| **From:** | clater@cityhpil.com |
| **Sent:** | Friday, July 8, 2022 11:23 AM |
| **To:** | highlandparkmgr@evergreenreg.com |
| **Subject:** | RE: Ravinia sewer and water turn off notice |
| **Attachments:** | image001.png; image002.png; image003.jpg |

Thank you Natalia.

**Charmain Later**
Deputy Director

*Effective February 3, 2020 all new submittals received on or after this date must comply with new adopted building codes.   Codes can be viewed at:*
https://www.cityhpil.com/government/city_departments/community_development/building/index.php

 Highland Park

Department of Community Development
1150 Half Day Road
Highland Park, Illinois 60035

847.926.1611

clater@cityhpil.com
cityhpil.com

**From:** Highland Park Manager <highlandparkmgr@evergreenreg.com>
**Sent:** Friday, July 8, 2022 11:00 AM
**To:** Later, Charmain <clater@cityhpil.com>
**Subject:** RE: Ravinia sewer and water turn off notice

*[EXTERNAL EMAIL]*

Few of our residents actually attended the parade. None got hurt.

We posted the notice about  support services and crisis assistance available in the area.

Thank you,

 EVERGREEN
Real Estate Services, L.L.C.
Highland Park Housing

1

Peers/Walnut Place/Ravinia
**Nataliia Garnovska | Property Manager**
400 Central Avenue| Highland Park, IL 60035
T: 847-433-7694 |F: 847-433-2473
E: highlandparkmgr@evergreenreg.com
Website:  www.evergreenreg.com

---

**From:** Later, Charmain <clater@cityhpil.com>
**Sent:** Friday, July 8, 2022 10:50 AM
**To:** Highland Park Manager <highlandparkmgr@evergreenreg.com>
**Subject:** RE: Ravinia sewer and water turn off notice

How are the residents at Peers doing in light of the parade event?

**Charmain Later**
Deputy Director

*Effective February 3, 2020 all new submittals received on or after this date must comply with new adopted building codes.    Codes can be viewed at:*
*https://www.cityhpil.com/government/city_departments/community_development/building/index.php*

 Highland Park

Department of Community Development
1150 Half Day Road
Highland Park, Illinois 60035

847.926.1611

clater@cityhpil.com
cityhpil.com

---

**From:** Highland Park Manager <highlandparkmgr@evergreenreg.com>
**Sent:** Friday, July 8, 2022 10:48 AM
**To:** Later, Charmain <clater@cityhpil.com>; Irina Leykin <ileykin@evergreenreg.com>
**Cc:** Harold Eich <heich@evergreenreg.com>; Akash, Rati <rakash@cityhpil.com>; Coleman, Zubin <zcoleman@cityhpil.com>
**Subject:** RE: Ravinia sewer and water turn off notice

*[EXTERNAL EMAIL]*

Good morning,
Received.
Will provide the update once I will be able to get in touch with both households.
Thank you,



**EVERGREEN**
Real Estate Services, L.L.C.

Highland Park Housing
Peers/Walnut Place/Ravinia
**Nataliia Garnovska | Property Manager**
400 Central Avenue| Highland Park, IL 60035
T: 847-433-7694 |F: 847-433-2473
E: highlandparkmgr@evergreenreg.com
Website:  www.evergreenreg.com

**From:** Later, Charmain <clater@cityhpil.com>
**Sent:** Friday, July 8, 2022 10:44 AM
**To:** Irina Leykin <ileykin@evergreenreg.com>; Highland Park Manager <highlandparkmgr@evergreenreg.com>
**Cc:** Harold Eich <heich@evergreenreg.com>; Akash, Rati <rakash@cityhpil.com>; Coleman, Zubin <zcoleman@cityhpil.com>
**Subject:** Ravinia sewer and water turn off notice
**Importance:** High

Irina and Natalia,

Please see the attached notices that were sent to the City regarding two units at Ravinia that have received turnoff notices. Can you please follow up with these tenants and let Rati know the status so we don't have people living in units without water?
Rati - please follow up with Irina and Natalia and keep me informed of the status.

Thanks,
Charmain

**Charmain Later**
Deputy Director

*Effective February 3, 2020 all new submittals received on or after this date must comply with new adopted building codes.   Codes can be viewed at:*
*https://www.cityhpil.com/government/city_departments/community_development/building/index.php*



Highland Park

Department of Community Development
1150 Half Day Road
Highland Park, Illinois 60035

847.926.1611

clater@cityhpil.com
cityhpil.com

| | |
|---|---|
| **From:** | Regan Putz <████████████████ |
| **Sent:** | Friday, July 8, 2022 11:24 AM |
| **To:** | Anita Busch |
| **Cc:** | Stone, Kim |
| **Subject:** | Re: Jacqueline, please meet shooting victim Karen Martinez |

*[EXTERNAL EMAIL]*

Here is the company I purchased my van from in 2019.

**Affordable Mobility Solutions, LLC.**
1320 E. Kellogg Drive
Wichita, KS 67211
(316) 730-5423
https://www.mobility316.com/

Just let me know when you want to pick up the wheelchair. Its been in my garage so it needs a quick wipedown and needs to be charged.

Thanks,

Regan

On Friday, July 8, 2022 at 11:16:21 AM CDT, Anita Busch <anita@victimsfirst.org> wrote:

Regan,

Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.

Thank you!

Anita

On Thu, Jul 7, 2022 at 8:23 PM Regan Putz <████████████████ wrote:

Anita,

Thank you very much for the introduction. ████ & Jacqueline, if I can help in any way, please let me know.

████████

On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:

Jacqueline and Karen, please meet.

████████ is cc'd on this email and is helping ████████████████ was at the parade on Monday with her husband, ████ son and ████ son. ████████████████████

1

█████████████ She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

**From:**          lewbelp@cityhpil.com on behalf of Communications@cityhpil.com
**Sent:**          Friday, July 8, 2022 11:25 AM
**To:**
**Subject:**       Re: Why did Crimo flee to Madison?

Hi Tim,

That is all part of the ongoing and active investigation and we cannot release any details.

Paris Lewbel
Public Information Officer
*assisting Highland Park Police Department*
Aurora Police Department

---

**From:** tim haering
**Sent:** Friday, July 8, 2022 10:41:38 AM
**To:** Communications
**Subject:** Why did Crimo flee to Madison?

*[EXTERNAL EMAIL]*

Good morning. Chris Covelli directed me to you.

I'm just a guy from Shorewood, WI. But nobody seems to have asked why Crimo chose to escape to Madison. Covelli said Crimo did not "research" enough to do another shooting there.

But if Crimo is a researching kinda guy, why did he plan to come to Madison? If he'd turned up US41 instead of I- 90, he coulda ended up in kenosha or racine or here. If he'd turned left, he could ended up in Merrillville, IN. He coulda gone anywhere, there is nothing inevitable about Madison when fleeing HIghland Park. He left his phone in Middleton, which is a long meander down University Blvd from downtown Madison. WHy did he go to MIddleton? WHy leave your phone there?

Can you answer any of these?

Thanks.

Tim haering, shorewood

1

| | |
|---|---|
| **From:** | Anita Busch <anita@victimsfirst.org> |
| **Sent:** | Friday, July 8, 2022 11:25 AM |
| **To:** | Regan Putz |
| **Cc:** | Stone, Kim |
| **Subject:** | Re: Jacqueline, please meet shooting victim ████████ |

*[EXTERNAL EMAIL]*

Thank you. Going to call and get prices.

On Fri, Jul 8, 2022 at 9:24 AM ████████████████████████> wrote:
Here is the company I purchased my van from in 2019.

**Affordable Mobility Solutions, LLC.**
1320 E. Kellogg Drive
Wichita, KS 67211
(316) 730-5423
https://www.mobility316.com/

Just let me know when you want to pick up the wheelchair. Its been in my garage so it needs a quick wipedown and needs to be charged.

Thanks,



On Friday, July 8, 2022 at 11:16:21 AM CDT, Anita Busch <anita@victimsfirst.org> wrote:



Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.

Thank you!

Anita

On Thu, Jul 7, 2022 at 8:23 PM ████████████████████████ wrote:
Anita,

Thank you very much for the introduction. ████ & Jacqueline, if I can help in any way, please let me know.

████████

On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:

1

Jacqueline and Karen, please meet.

████████ s cc'd on this email and is helping ████████ ████████ was at the parade on Monday with her husband, ████████ son and ████████ son. ████████. She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

2

| | |
|---|---|
| **From:** | Anita Busch <anita@victimsfirst.org> |
| **Sent:** | Friday, July 8, 2022 11:26 AM |
| **To:** | Regan Putz |
| **Cc:** | Stone, Kim |
| **Subject:** | Re: Jacqueline, please meet shooting victim ▓▓▓▓▓ |

*[EXTERNAL EMAIL]*

Where are you located? Going to call some families in Chicago, Crystal Lake to see if they can pick up the wheelchair and store it for future use when an adult is paralyzed. Thank you▓▓▓.

On Fri, Jul 8, 2022 at 9:24 AM Anita Busch <anita@victimsfirst.org> wrote:
Thank you. Going to call and get prices.

On Fri, Jul 8, 2022 at 9:24 AM ▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
Here is the company I purchased my van from in 2019.

**Affordable Mobility Solutions, LLC.**
1320 E. Kellogg Drive
Wichita, KS 67211
(316) 730-5423
https://www.mobility316.com/

Just let me know when you want to pick up the wheelchair.  Its been in my garage so it needs a quick wipedown and needs to be charged.

Thanks,



On Friday, July 8, 2022 at 11:16:21 AM CDT, Anita Busch <anita@victimsfirst.org> wrote:

▓▓▓▓▓▓

Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.

Thank you!

Anita

On Thu, Jul 7, 2022 at 8:23 PM Regan Putz ▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
Anita,

Thank you very much for the introduction. ▓▓▓▓ & Jacqueline, if I can help in any way, please let me know.

1

Regan

On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:

Jacqueline and ████ please meet.

Regan Putz is cc'd on this email and is helping ████ ████ was at the parade on Monday with her husband, ████ ████ ██. She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

| | |
|---|---|
| **From:** | lewbelp@cityhpil.com on behalf of Communications@cityhpil.com |
| **Sent:** | Friday, July 8, 2022 11:27 AM |
| **To:** | Peter.Facini@FOX.COM |
| **Subject:** | Re: Highland Park shooting |

Hi Peter,

We can add you to future releases, but most information regarding this case will now come from the Lake County State's Attorney's Office.

Paris Lewbel
Public Information Officer
*assisting Highland Park Police Department*
Aurora Police Department
Cell: █████████
Email: lewbelp@aurora.il.us

---

**From:** Facini, Peter <Peter.Facini@FOX.COM>
**Sent:** Friday, July 8, 2022 9:15:09 AM
**To:** Communications
**Subject:** Highland Park shooting

*[EXTERNAL EMAIL]*

# Hello

Please consider this request to add me to the media distribution email list for any evidence released regarding the Highland Park Shootings. Including the previously released gun photo.

Thank you.

Peter Facini
Managing Editor
WNYW Fox5NY
(212) 452-5535

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee(s). If you are not an addressee indicated in this message (or responsible for delivery of the message to an addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox Corporation, or its subsidiaries must be taken not to have been sent or endorsed by any of them. No representation is made that this email or its attachments are without defect.

| | |
|---|---|
| **From:** | Regan Putz ◀ ██████████████ |
| **Sent:** | Friday, July 8, 2022 11:28 AM |
| **To:** | Anita Busch |
| **Cc:** | Stone, Kim |
| **Subject:** | Re: Jacqueline, please meet shooting victim ██████ |

*[EXTERNAL EMAIL]*

I am located in Deerfield.

On Friday, July 8, 2022 at 11:26:19 AM CDT, Anita Busch <anita@victimsfirst.org> wrote:

Where are you located? Going to call some families in Chicago, Crystal Lake to see if they can pick up the wheelchair and store it for future use when an adult is paralyzed. Thank you ████

On Fri, Jul 8, 2022 at 9:24 AM Anita Busch <anita@victimsfirst.org> wrote:
  Thank you. Going to call and get prices.

  On Fri, Jul 8, 2022 at 9:24 AM ████████████████████████ wrote:
  Here is the company I purchased my van from in 2019.

  **Affordable Mobility Solutions, LLC.**
  **1320 E. Kellogg Drive**
  **Wichita, KS 67211**
  **(316) 730-5423**
  https://www.mobility316.com/

  Just let me know when you want to pick up the wheelchair.  Its been in my garage so it needs a quick wipedown and needs to be charged.

  Thanks,

  Regan

  On Friday, July 8, 2022 at 11:16:21 AM CDT, Anita Busch <anita@victimsfirst.org> wrote:

  Regan,

  Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.

  Thank you!

  Anita

  On Thu, Jul 7, 2022 at 8:23 PM ██████████████████████ wrote:
  Anita,

1

Thank you very much for the introduction. ██████ & Jacqueline, if I can help in any way, please let me know.

Regan

On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:


Jacqueline and ██████ please meet.

██████ is cc'd on this email and is helping ██████ ██████ was at the parade on Monday with her husband, son and ██████ son. ██████ She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

**From:**        lewbelp@cityhpil.com on behalf of Communications@cityhpil.com
**Sent:**        Friday, July 8, 2022 11:29 AM
**To:**          qmccarthy@salemmediachicago.com
**Subject:**     Re: Media Request - Salem Radio Chicago

Hi Quin,

At this time, we will not be doing any additional interviews regarding the investigation.

Paris Lewbel
Public Information Officer
*assisting Highland Park Police Department*
Aurora Police Department
Cell: ███████
Email: lewbelp@aurora.il.us

---

**From:** Quin McCarthy <qmccarthy@salemmediachicago.com>
**Sent:** Friday, July 8, 2022 6:16:42 AM
**To:** Communications
**Subject:** Media Request - Salem Radio Chicago

*[EXTERNAL EMAIL]*

Good morning,

My name is Quin McCarthy and I am a producer for Chicago's Morning Answer. I am writing in hopes we could schedule an interview with a member of the Lake County Sherriff's Office regarding the Highland Park shooting.

This would be a live, 10-14 min interview, by phone or skype, between 5:40 - 8:40 am CT.

Please let me know if there is any availability for next week and thank you for your time.

Quin McCarthy
Producer
*Chicago's Morning Answer*
AM 560 WIND
Salem Radio Network
(847) 437-5200
███████ cell

| | |
|---|---|
| **From:** | Brian Smith <Brian@lsattorneys.com> |
| **Sent:** | Friday, July 8, 2022 11:29 AM |
| **To:** | Jogmen, Lou; Bonaguidi, William |
| **Cc:** | Lawrence LaLuzerne |
| **Subject:** | FW: WORDS OF APPRECIATION |
| **Attachments:** | image001.jpg |

*[EXTERNAL EMAIL]*

Lou and Bill-

We received these emails last night from an attorney who is a Highland Park resident and business owner and wanted you and your officers to be aware of his sentiments, which we certainly echo.



Brian G. Smith
LaLuzerne & Smith, Ltd.
One North County Street
Waukegan IL 60085-4303
847/775-7700; 847/662-6834 (FAX)
brian@lsattorneys.com

LaLuzerne ▲▼▲ Smith, ltd
A T T O R N E Y S   A T   L A W

The pages accompanying this e-mail originate from the law firm of LaLuzerne & Smith, Ltd. and may be confidential and/or privileged pursuant to the attorney/client privilege and work-product doctrine. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to disclose, copy, distribute or use the contents of this message if you are not the intended recipient. The contents may not be copied or distributed without this disclaimer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by LaLuzerne & Smith, Ltd for any loss or damage arising in any way from its use.

If you receive this message in error, please delete the message and advise the sender by reply e-mail or notify us immediately at 847/775-7700. All personal messages express views solely of the sender, which are not to be attributed to LaLuzerne & Smith, Ltd.

**From:** Hank Samuels <hsamuels@sambernlaw.com>
**Sent:** Friday, July 08, 2022 8:47 AM
**To:** Brian Smith <Brian@lsattorneys.com>
**Cc:** Lawrence LaLuzerne <Larry@lsattorneys.com>
**Subject:** Re: WORDS OF APPRECIATION

You're very welcome and well deserved! I felt compelled to reach out to you guys and express our collective gratitude.
Thanks for passing this along.
Have a great weekend!!!
Hank

Henry B. Samuels, Esq.
Samuels & Bernstein
484 Central Avenue #202
Highland Park, Illinois 60035
(847) 433-1980
Fax: (847) 433-4740

On Jul 8, 2022, at 8:37 AM, Brian Smith <Brian@lsattorneys.com> wrote:

Henry-

Thank you for the kind words.

We can't take any credit for how the members of the department performed, but we are indeed very proud of how they handled an unimaginably terrible day. I'll be sure to pass your thoughts along to the officers and command staff.

Thanks again.

Brian G. Smith
LaLuzerne & Smith, Ltd.
One North County Street
Waukegan IL 60085-4303
847/775-7700; 847/662-6834 (FAX)
brian@lsattorneys.com

LALUZERNE ⚊▲⚊ SMITH, LTD
A T T O R N E Y S   A T   L A W

The pages accompanying this e-mail originate from the law firm of LaLuzerne & Smith, Ltd. and may be confidential and/or privileged pursuant to the attorney/client privilege and work-product doctrine. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to disclose, copy, distribute or use the contents of this message if you are not the intended recipient. The contents may not be copied or distributed without this disclaimer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by LaLuzerne & Smith, Ltd for any loss or damage arising in any way from its use.

If you receive this message in error, please delete the message and advise the sender by reply e-mail or notify us immediately at 847/775-7700. All personal messages express views solely of the sender, which are not to be attributed to LaLuzerne & Smith, Ltd.

**From:** Henry B. Samuels <hsamuels@sambernlaw.com>
**Sent:** Thursday, July 07, 2022 4:44 PM
**To:** Lawrence LaLuzerne <Larry@lsattorneys.com>; Brian Smith <Brian@lsattorneys.com>
**Subject:** RE: WORDS OF APPRECIATION

Gentleman,

What took place in Highland Park on the 4th of July was an incredible tragedy. I want to let you know how much I appreciate all you and the Highland Park PD's help and assistance regarding the 4th of July shooting in Highland Park. Your courageous efforts have been stellar.

I have had my office in Highland Park for many years. As you know, we have been on opposite sides with you and the HPPD in criminal litigation matters over the years as well.

Nevertheless, despite or differences, we have always handled those matter with utmost professionalism. I want you to know that I don't think words can properly describe how great you, your staff and the HPPD handled that tragedy.

We are all very grateful and fortunate for all that was done by you and everyone involved.

I felt that I needed to reach out to you to let you know my feelings on this. A sincere thank you to is well deserved.

Best regards,

Hank

Henry B. Samuels, Esq.
Samuels & Bernstein
484 Central Avenue Suite #202
Highland Park, Illinois 60035
(847) 433-1980
Fax: (847) 433-4740

Please note: The information contained in this email is attorney privileged and confidential information intended only for the use of the individual or entity above named. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

| | |
|---|---|
| **From:** | Regan Putz ███████████████ |
| **Sent:** | Friday, July 8, 2022 11:31 AM |
| **To:** | Anita Busch |
| **Cc:** | Stone, Kim |
| **Subject:** | Re: Jacqueline, please meet shooting victim ████████ |

*[EXTERNAL EMAIL]*

Sorry. sent by accident. I am located and Deerfield, not that far from Crystal Lake. I'm so sorry I can't store this much longer. Its been bothering my kids to walk past it for a while. I'd like to have it out of the garage before August if possible but can be flexible. He only used it for less than 6 mos and it's top of the line. I would love for it to go to a deserving individual.

My cell phone is ████████ and I generally work from home so able to coordinate pickup.

Also, if there is anything else I can do to help other victims in HP or elsewhere, I'm more than happy to try.

Thank you so much.

████████

On Friday, July 8, 2022 at 11:27:46 AM CDT, ████████████████████████████ wrote:

████████████████

On Friday, July 8, 2022 at 11:26:19 AM CDT, Anita Busch <anita@victimsfirst.org> wrote:

Where are you located? Going to call some families in Chicago, Crystal Lake to see if they can pick up the wheelchair and store it for future use when an adult is paralyzed. Thank you, Regan.

On Fri, Jul 8, 2022 at 9:24 AM Anita Busch <anita@victimsfirst.org> wrote:
Thank you. Going to call and get prices.

On Fri, Jul 8, 2022 at 9:24 AM ████████████████████ wrote:
Here is the company I purchased my van from in 2019.

**Affordable Mobility Solutions, LLC.**
1320 E. Kellogg Drive
Wichita, KS 67211
(316) 730-5423
https://www.mobility316.com/

Just let me know when you want to pick up the wheelchair. Its been in my garage so it needs a quick wipedown and needs to be charged.

Thanks,

████████

On Friday, July 8, 2022 at 11:16:21 AM CDT, Anita Busch <anita@victimsfirst.org> wrote:



Where is the accessibility van place that you know of in Kansas City? Is it United Access? We want to start the process to get that donated and find an angel sponsor for both the van and motorized wheelchair.

Thank you!

Anita

On Thu, Jul 7, 2022 at 8:23 PM Regan Putz <██████████████████████ wrote:
Anita,

Thank you very much for the introduction. ██████ & Jacqueline, if I can help in any way, please let me know.

██████████

On Thursday, July 7, 2022 at 10:14:32 PM CDT, Anita Busch <anita@victimsfirst.org> wrote:

Jacqueline and ██████ please meet.

██████████ is cc'd on this email and is helping ███████████████ was at the parade on Monday with her husband, yo son and ██████ son. ██████████ She will have significant medical bills. She also cannot work for at least a few weeks. They do not have insurance and money is tight.

She had spoken to Lake County major crime task force investigator Davis.

Anita Busch
VictimsFirst
(213) 440-1771

2

| | |
|---|---|
| **From:** | Chad Kreindler <chad@thecoderschool.com> |
| **Sent:** | Friday, July 8, 2022 11:37 AM |
| **Cc:** | northshore |
| **Subject:** | We support you Highland Park & Deerfield |
| **Attachments:** | 1.png |

*[EXTERNAL EMAIL]*

Dear Friends,

I wanted to reach out to all of you to show our support during this difficult time. I realize that all of you are stretched thin and also have a lot of people to lean on. However, as a business owner in the North Shore community who works with many of you, a participant in the Highland Park Parade (and Deerfield parade), a resident of Deerfield, a parent of D109 kids who utilize the Highland Park and Deerfield park district services, and an employee of T-Mobile who has partnered with many of you, I want to give back to you for everything that you have given to us.

If there is ANYTHING that you need, please let us know. We are here for you!

#hpstrong

----------------------

Thank you,

**Chad Kreindler, Owner**
827 Waukegan Rd. Deerfield, IL 60015 - Please Note Our **New Address**



| | |
|---|---|
| **From:** | gneukirch@cityhpil.com |
| **Sent:** | Friday, July 8, 2022 11:42 AM |
| **To:** | jhaydon@ravinia.org; ███████████████ |
| **Cc:** | terri@hpcfil.org; bsmith@ravinia.org; acivitello@cityhpil.com; mark.gerstein@lw.com; |
| **Subject:** | RE: Ravinia's Support of HP Community |
| **Attachments:** | image003.png; image004.png; image005.png; image006.png; image001.png; image007.png; image011.jpg; image012.jpg |

Jeff,

We're so grateful for your generosity. The outpouring of love and support from the residents in our community and the region is wonderful. Our community is grieving, but we are all certainly stronger together.

We have information about your closure this week on our web site – thank you for coordinating with us on that.

We will amplify the other information as soon as Blake and team shares the information with Amanda.

Thank you so much for your care, concern and partnership – it is appreciated beyond words!

**Ghida S. Neukirch, CM**
City Manager

 City of Highland Park

1707 St Johns Avenue
Highland Park, Illinois 60035

Direct: 847.926.1003
gneukirch@cityhpil.com

  

**From:** Jeff Haydon <jhaydon@ravinia.org>
**Sent:** Thursday, July 7, 2022 12:45 PM
**To:** Neukirch, Ghida <gneukirch@cityhpil.com>; Rotering, Nancy (contact) ◄ ████████████████
**Cc:** terri@hpcfil.org; Blake Smith <bsmith@ravinia.org>; Civitello, Amanda <acivitello@cityhpil.com>; Mark Gerstein (Julia) <mark.gerstein@lw.com>; Don Civgin ◄ ██████████████
**Subject:** FYI: Ravinia's Support of HP Community

*[EXTERNAL EMAIL]*

Dear Nancy and Ghida,

Thank you for the leadership you provided this week in the aftermath of the horrible tragedy on Monday.

I want to give you a quick update on some ways that Ravinia is responding to the tragedy to support the community.  Most of these are not public yet; however, I thought it might be helpful for you to know about them in advance:

- We cancelled our scheduled concerts through Sunday out of respect for the community and to ease the burden on the neighborhood and law enforcement.  (announcement below)
- We will invite the community to come for free to the CSO concert on Sunday July 17th at 5pm for the and to provide pavilion seats to first responders.   At the concert, we will be encouraging everyone to make a donation to the special HP Foundation fund (already in contact with Terri).  We plan to announce this on Tuesday morning, after the week anniversary of the shooting.  Blake on our team will reach out to Amanda and Terri to coordinate messaging.
- We are adding a dedication piece to the opening of the CSO concert on 7/15 (broadcast on WFMT),
- Connecting the Ravinia Music Music Box's message of the healing role of music
- Collaborating with our food provider (Levy Foods whose CEO grew up in HP) to provide dinner to workers tonight
- Lastly, our trustees are in the process of raising money on behalf of Ravinia to contribute to the HP Foundation fund.
- We also have a few other ideas in the works...

Our hope is that these actions will join others in the healing process for the community.

Thank you again for your leadership.

Jeff



**Jeff Haydon**
President and CEO
Work: (847) 266-2818

www.ravinia.org
418 Sheridan Road, Highland Park, IL 60035 (map)

**From:** Doreen Washington ███████████
**Sent:** Friday, July 8, 2022 11:42 AM
**To:** communications@cityhpil.com
**Subject:** request number of television press conferences and frequency from July 4th incident to suspect's appearance in court

*[EXTERNAL EMAIL]*

Congratulations on job well done!!!!
███████████

*"The will of God never takes you where the grace of God won't protect you."*

| | |
|---|---|
| **From:** | gneukirch@cityhpil.com |
| **Sent:** | Friday, July 8, 2022 11:42 AM |
| **To:** | ▇▇▇▇▇▇▇▇▇ |
| **Subject:** | RE: Murders at the Parade. |
| **Attachments:** | image002.png; image003.png; image004.png; image005.png; image006.png |

Thank you Jim!


**Ghida S. Neukirch, CM**
City Manager

 City of Highland Park

1707 St Johns Avenue
Highland Park, Illinois 60035

Direct: 847.926.1003
gneukirch@cityhpil.com




**From:** Jim Johnston ▇▇▇▇▇▇▇▇
**Sent:** Thursday, July 7, 2022 11:52 AM
**To:** Neukirch, Ghida <gneukirch@cityhpil.com>
**Subject:** Murders at the Parade.


*[EXTERNAL EMAIL]*


I am a lifelong 2A supporter and former firearm dealer. I am not an arrorney, but the facts so far reveal this act includes more than the shooter. Great police work.

If I was in charge there, the shooter's accomplice, his father, would be arrested as a competent accomplice to first degree Murder. Why?

He became such when he co signed his FFL form. That act says he endorses his son's competence.

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Friday, July 8, 2022 11:43 AM |
| **To:** | wevans@cityhpil.com; ldelaney@cityhpil.com; bsoldano@cityhpil.com; egirona@cityhpil.com; dbekov@cityhpil.com; edecristofaro@cityhpil.com; jeldridge@cityhpil.com; sgallagher@cityhpil.com; agalati@cityhpil.com |
| **Subject:** | Lake County Police? |

*[EXTERNAL EMAIL]*


       Ask the secretary of defense his comments on protecting or punish the police depts. in Lake County, etc.?

       Angry attorneys advise?

-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com <dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; jeldridge@cityhpil.com <jeldridge@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; agalati@cityhpil.com <agalati@cityhpil.com>
Sent: Fri, Jul 8, 2022 12:30 am
Subject: Lake County Punish Residents?

    **Beware**: HP punish its residents?

    As the violence could and should have been prevented was it to **punish innocent people for the sins of Lake Cty residents?**

    1.  The violence to continue as long as other nations enter the country condemning USA citizens,

       stop law enforcement, our movement and expect us to follow, pay, serve them while they destroy people, our property, religion.

    2.  As long as USA is involved in war with Asia, etc.

    3.  Medicine is sick, withholding healthcare cause mental illness, worse...

    **\*4.**  The largest employer is the military equipped w guns in the Lake County Injustice system pattern of abuse bring retaliation?

       What are US soldiers equipped with?
         M1911 pistol, M11 pistol, M590 shotgun, M14 enhanced battle rifle, M16A2 rifle, M240L medium machine gun,
         M110 semi-automatic sniper system. M107 long-range sniper rifle.

-----Original Message-----
From: ███████████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; jeldridge@cityhpil.com
<jeldridge@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>
Sent: Thu, Jul 7, 2022 3:57 pm
Subject: Preventable

Ask Mr. Crimo who his employees were and where they live?
   They may live and work in HP.
His business began nearly 2 decades ago, were his employees' illegal immigrants at the time.
He wasn't aware those employees reported suspicious behavior and the
   police w attorney advise ignored **knowing the problem would get bigger**.


HP signs:
1. **Responsible People Think Ahead, (**opposite do nothing**)**,
2. **Citizenship,** (opposite immigration eliminate USA citizens),
3. Good Citizens are good neighbors... (support other nations),
4. Be honest (opposite arrest people for crimes they don't commit),
5. Respect,
6. Care (opposite do nothing)


Democrats are doing the opposite.


-----Original Message-----
From: ███████████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>
Sent: Thu, Jul 7, 2022 1:24 pm
Subject: Violence to Cause USA Citizens to Surrender to Other Nations

Violence causing USA citizens **numb to surrender** to opposing country, customs, religion...


-----Original Message-----
From: ███████████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaredo@cityhpil.com>; agalati@cityhpil.com
<agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com
<jeldridge@cityhpil.com>
Sent: Wed, Jul 6, 2022 8:20 pm
Subject: HP Incident was Preventable

HP had full knowledge of the father his business (money) and son offender.

The tragedy was preventable and should have been.
   July 5, 2022 News mentioned Chgo mayor w HP mayor
stand together indicating violence has no boundaries.

2

Threats? Schools, hospitals in Lake County?

HP signs:

1. **Responsible People Think Ahead, (**opposite, do nothing**)**
2. **Citizenship,** (opposite, immigration eliminate USA citizens)
3. Good Citizens are good neighbors... (opposite, support other nations)
4. Etc....


Democrats are doing the opposite.  Nothing.


-----Original Message-----
From: ███████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com
<agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com
<jeldridge@cityhpil.com>
Sent: Wed, Jul 6, 2022 1:28 pm
Subject: Schools at Risk ???

**Privileged and Confidential**

HP, Highwood, Deerfield Schools..... at risk?
Mr. Crimo convenience store conveniently located near Braeside school and his child gets
charged.
HP is part of the problem.

Self-defense, if you see something, say something.


-----Original Message-----
From: ███████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com
<agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com
<jeldridge@cityhpil.com>
Sent: Tue, Jul 5, 2022 11:24 pm
Subject: Premeditated - Retalliation???

HP has many schools and blame the abused children victims for its problems.

This seems to be a democrat pattern **blame children** to surrender to violence.
Highland Park is ignoring the signs displayed in the community,
"responsibility," don't blame others,..." the signs likely were placed in the city due to history of
lawlessness
and reports from its friends caring for the victims.

3

The city is aware of **all** the residents in its area and probably nearby suburbs as well as HP Chase bank and Fire Dept. serves HP and Highwood, especially the businesses near schools.

Mr. Crimos' convenient store w employees that reside in HP reported to police any unusual behavior in the store.

Mr. Crimo was a mayoral candidate likely to know who his support system the persons voting for him are. **Retaliation**????

Note: I voted for the current mayor.

The "Do Nothing" bench at the veteran's memorial is democrat policy.

Democrats illegal policies, Blame children a pattern of abuse to surrender to violence, worse.

-----Original Message-----
From: ███████████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com <dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com <agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com <jeldridge@cityhpil.com>
Sent: Tue, Jul 5, 2022 10:52 am
Subject: Hire/House Mother F__k_rs

HP gave father Crimo a business license  and allowed him to run for mayor likely to spy on his voters (supporters)
   many, many years ago to monitor his family w the intention of blaming his son.
The city certainly is permitting more mother f__k_rs to house in HP for more
violence blame children and prejudice.

-----Original Message-----
From: ███████████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com <dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com <agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com <jeldridge@cityhpil.com>
Sent: Tue, Jul 5, 2022 8:28 am
Subject: HP Blame the Children

HP pattern of abuse.  Religiously Observant Community, Irresponsible.
Bible:  Deuteronomy 'Get away w crime,

HP lie in wait til the children reach the age of majority and blame the children the next generation, stopped.
The fathers (mother f__k_rs) are the problem and get away the children get the blame, guilt trip to surrender.

Ex:  "Feb 9, 2018 — Carly Rousso, who was 18 when she killed a young girl after "huffing" a cleaning product behind the wheel,"

-----Original Message-----
From: ▓▓▓▓▓▓▓▓
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; dbekov@cityhpil.com <dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com <agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com <jeldridge@cityhpil.com>
Sent: Tue, Jul 5, 2022 12:25 am
Subject: Italians Get Lawsuits

Italians get lawsuits.
HP was aware of Crimo for 12+ yrs criminal behavior and they arrested me for taking a tennis lesson.

-----Original Message-----
From: ▓▓▓▓▓▓▓▓
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; dbekov@cityhpil.com <dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com <agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com <jeldridge@cityhpil.com>
Sent: Mon, Jul 4, 2022 9:51 pm
Subject: Do Nothing

If Crimo? (suspect father) was HP mayor running mate, the city was certainly aware of the problems as
Crimos underlined employees certainly knew and reported the suspicious behavior.
The city protected those employees as they live in HP,
The city bench "Do Nothing" is what HP gov't is doing.

-----Original Message-----
From: ▓▓▓▓▓▓▓▓
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; dbekov@cityhpil.com <dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com <agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com <jeldridge@cityhpil.com>
Sent: Mon, Jul 4, 2022 1:02 pm
Subject: HP Gatherings

Gatherings in HP:
Due to Lake County hospital**S** and its' Drug stores injury and **withhold cure**, other problems below

it can only **expect problems** therefore it should **Not** have public gatherings.

5

"Nov 4, 2018 — An Itasca man **drowned** and an **Elgin** woman remains missing after being swept away

while swimming with a group at **Park** Avenue Beach Sunday."

The sick victims have more knowledge than the Ivy League attorney's.

-----Original Message-----
From: ▒▒▒▒▒▒▒▒▒▒▒▒▒
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
egirona@cityhpil.com <egirona@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edbristofaro@cityhpil.com <edecristofaro@cityhpil.com>; agalati@cityhpil.com
<agalati@cityhpil.com>; sgallagher@cityhpil.com <sgallagher@cityhpil.com>; jeldridge@cityhpil.com
<jeldridge@cityhpil.com>
Sent: Sun, Jul 3, 2022 12:58 pm
Subject: Beware: Lake County at Risk

Spiderman protecting Medicine is sick (stopped), King of the Road sex offenders, home wreckers,

opposition and other violence against USA citizens.

The HP City Hall landscaping is full of weeds and bare trees poorly maintained:
"A neglected, poorly maintained landscape isn't just an eyesore. It could be a serious health hazard!
A landscape that isn't cared for won't just kill your home's curb appeal: It could very well kill you too."

-----Original Message-----
From: ▒▒▒▒▒▒▒▒▒▒▒▒
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
egirona@cityhpil.com <egirona@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>
Sent: Sun, Jul 3, 2022 11:37 am
Subject: Change: 911

The system that caused the NY 911 tragedy is likely involved w USA continued violence recruiting others.

-----Original Message-----
From: ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>;
egirona@cityhpil.com <egirona@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; dbekov@cityhpil.com
<dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>
Sent: Sun, Jul 3, 2022 11:10 am
Subject: Change: Go to the Dogs

Irresponsible Blame Innocent Children ADHD run away to military Not making their own decisions.

Sex offenders want followers (go to the dogs, etc.) mother raped violated repeatedly

her children misdiagnose w ADHD to run away to military, surrender life to stranger danger to blame others.

Phrase "go to the dogs" "to deteriorate, **SLIP**, to become ruined : **to change** to a much worse condition"

Prisoners have more knowledge than the Ivy League attorneys.

Offenders being released from prisons to work both ways?  Beware.

Immigration to fight w USA citizens and overseas surrender to MEast takes control?

Correct Mistakes, **Stop MBG**, give mother (me) my children.

-----Original Message-----
From: ███████████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>; bsoldano@cityhpil.com <bsoldano@cityhpil.com>; dbekov@cityhpil.com <dbekov@cityhpil.com>; edecristofaro@cityhpil.com <edecristofaro@cityhpil.com>; jeldridge@cityhpil.com <jeldridge@cityhpil.com>
Sent: Sat, Jul 2, 2022 9:52 pm
Subject: Beware - Offenders Demand Payment

Democrats illegal policies entrap USA citizens to pay violence.

HP organization arresting USA citizens for crimes we don't commit wants a commitment.

Entrap anger (accidents, violate privacy, smash/grab...) to pay the violence.

Police are to protect the violence and USA citizens pay the violent offenders.

Crime and stalking allowed to resident's intent to cause anger crybabies to make false charges of prejudice to pay violence.
"a person or thing that offends, does something wrong, or **causes problems**."
"a person who commits an illegal act."

A pattern of abuse spread to Lake County "**wealthy** North Shore **suburbs** of Chicago"

No Traffic Stops,

No house calls for domestic violence...

-----Original Message-----
From: ███████████████
To: wevans@cityhpil.com <wevans@cityhpil.com>; ldelaney@cityhpil.com <ldelaney@cityhpil.com>; egirona@cityhpil.com <egirona@cityhpil.com>
Sent: Sat, Jul 2, 2022 8:09 pm
Subject: Accidents, No Accident

Accidents are no accident; police take report and blame me.

Police aid and abet a dangerous crime against mother to entrap the children to stranger danger, bugs, worse.

Religiously observant communities' separate children are physical and mental abuse.

My windshield was smashed, rear bumpers (2) dented, car keys stolen and the HP police take report and blame me.

The car is legally parked and no one is inside why are the police blaming me?

I suspect the police involved w car report incidents blaming me may know who the angry person is doing it.

The police are advising MBG and city services to ban me from most HP facilities and residences.

They must have No contact w my children.

Do these police taking my accident reports have contacts w my children and prohibit a family connection w father MBG?

Are the police (MBG's contacts in the police dept.) trying to **entrap me to confess** to their and other crimes against me (Italians)?

Do the police know of more accidents against me?

Democrats illegal policies result no jobs, entrap accidents to disability to get paid rent.

Choose your battles, leave mother and children alone the city is part of the problem, protecting violence against us.

If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments.

If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited and may be unlawful.   Unauthorized forwarding, printing, copying, distribution, or use of such information is strictly prohibited.

This message and any included attachments are intended only for the addressee. The information contained in this message is confidential and may constitute proprietary or non-public information under international, federal, or state laws. Unauthorized forwarding, printing, copying, distribution, or use of such information is strictly prohibited and may be unlawful.

**From:** horrido15 ◀ ████████████████

**Sent:** Friday, July 8, 2022 11:43 AM

**To:** ljogmen@cityhpil.com

**Subject:** Re Hold the parents accountable, not the police.

*[EXTERNAL EMAIL]*

Dear Chief Jogmen,

A lot of mothers and fathers around the country at this time must be wondering about parental denial in the case of the elder Robert Crimo.

How could any reasonable and thoughtful parent in their right mind, sign-off on an Illinois gun purchase application for their underage minor to purchase a high-powered weapon after reasonably knowing their child was potentially suicidal and after threatening great bodily harm to his own family members? This is, as we all know, well-documented by the Highland Park Police Department.

It is, therefore, no joke that the Crimo family has retained a powerful notable and highly visible lawyer to speak on their behalf.

The Crimo family patriarch (and his appointed lawyer) would insist the general public believe Robert Crimo Senior is not culpable for his son's murderous assault on the community because the necessary background checks were performed by the state authorities to determine if their psycho-killer son was mentally and emotionally fit to purchase a high-powered weapon.

Most reasonable members of the community would believe otherwise.

In this particular case, it appears there was a serious breakdown of parental judgement and subsequent gross negligence in controlling the murderous aspirations of a deranged child, but Crimo and his lawyer are confident in deflecting any parental blame and determined in directing it instead on the authorities, the police in particular.

All indications suggest the Highland Park police did their job.

Robert Crimo Senior failed as a parent, he is in denial, and he should be held fully accountable for his part in this tragedy under the provisions of the law.

It is time to send a strong message and to hold those parents accountable as much as their deranged child.

~ Michael S.

Sent with Proton Mail secure email.

1

| | |
|---|---|
| **From:** | WBonaguidi@cityhpil.com |
| **Sent:** | Friday, July 8, 2022 11:44 AM |
| **To:** | Brian@lsattorneys.com |
| **Subject:** | RE: WORDS OF APPRECIATION |
| **Attachments:** | image002.png; image001.png; image008.png; image009.png; image010.png; image011.jpg |

Thanks Brian

**William Bonaguidi**
Deputy Chief of Police

 City of Highland Park

Highland Park Police Department
1677 Old Deerfield Road
Highland Park, Illinois 60035

847.432.7730 - Main
847.926.1764 - Direct
847.432.2024 - Fax

wbonaguidi@cityhpil.com
cityhpil.com



**From:** Brian Smith <Brian@lsattorneys.com>
**Sent:** Friday, July 8, 2022 11:29 AM
**To:** Jogmen, Lou <ljogmen@cityhpil.com>; Bonaguidi, William <WBonaguidi@cityhpil.com>
**Cc:** Lawrence LaLuzerne <Larry@lsattorneys.com>
**Subject:** FW: WORDS OF APPRECIATION

*[EXTERNAL EMAIL]*

Lou and Bill-

We received these emails last night from an attorney who is a Highland Park resident and business owner and wanted you and your officers to be aware of his sentiments, which we certainly echo.

████████████████████

Brian G. Smith
LaLuzerne & Smith, Ltd.
One North County Street
Waukegan IL 60085-4303
847/775-7700; 847/662-6834 (FAX)
brian@lsattorneys.com



LaLuzerne Smith, ltd.
ATTORNEYS AT LAW

The pages accompanying this e-mail originate from the law firm of LaLuzerne & Smith, Ltd. and may be confidential and/or privileged pursuant to the attorney/client privilege and work-product doctrine. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to disclose, copy, distribute or use the contents of this message if you are not the intended recipient. The contents may not be copied or distributed without this disclaimer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by LaLuzerne & Smith, Ltd for any loss or damage arising in any way from its use.

If you receive this message in error, please delete the message and advise the sender by reply e-mail or notify us immediately at 847/775-7700. All personal messages express views solely of the sender, which are not to be attributed to LaLuzerne & Smith, Ltd.

**From:** Hank Samuels <hsamuels@sambernlaw.com>
**Sent:** Friday, July 08, 2022 8:47 AM
**To:** Brian Smith <Brian@lsattorneys.com>
**Cc:** Lawrence LaLuzerne <Larry@lsattorneys.com>
**Subject:** Re: WORDS OF APPRECIATION

You're very welcome and well deserved! I felt compelled to reach out to you guys and express our collective gratitude. Thanks for passing this along.
Have a great weekend!!!
Hank

Henry B. Samuels, Esq.
Samuels & Bernstein
484 Central Avenue #202
Highland Park, Illinois 60035
(847) 433-1980
Fax: (847) 433-4740

> On Jul 8, 2022, at 8:37 AM, Brian Smith <Brian@lsattorneys.com> wrote:
>
> Henry-
>
> Thank you for the kind words.
>
> We can't take any credit for how the members of the department performed, but we are indeed very proud of how they handled an unimaginably terrible day. I'll be sure to pass your thoughts along to the officers and command staff.
>
> Thanks again.
>
>
> Brian G. Smith
> LaLuzerne & Smith, Ltd.
> One North County Street
> Waukegan IL 60085-4303
> 847/775-7700; 847/662-6834 (FAX)

brian@lsattorneys.com

LaLuzerne ▲▼▲ Smith, ltd.
ATTORNEYS AT LAW

The pages accompanying this e-mail originate from the law firm of LaLuzerne & Smith, Ltd. and may be confidential and/or privileged pursuant to the attorney/client privilege and work-product doctrine. The information is intended for the use of the individual or entity named. It is prohibited for anyone else to disclose, copy, distribute or use the contents of this message if you are not the intended recipient. The contents may not be copied or distributed without this disclaimer.

Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free. No responsibility is accepted by LaLuzerne & Smith, Ltd for any loss or damage arising in any way from its use.

If you receive this message in error, please delete the message and advise the sender by reply e-mail or notify us immediately at 847/775-7700. All personal messages express views solely of the sender, which are not to be attributed to LaLuzerne & Smith, Ltd.

**From:** Henry B. Samuels <hsamuels@sambernlaw.com>
**Sent:** Thursday, July 07, 2022 4:44 PM
**To:** Lawrence LaLuzerne <Larry@lsattorneys.com>; Brian Smith <Brian@lsattorneys.com>
**Subject:** RE: WORDS OF APPRECIATION

Gentleman,
What took place in Highland Park on the 4th of July was an incredible tragedy. I want to let you know how much I appreciate all you and the Highland Park PD's help and assistance regarding the 4th of July shooting in Highland Park. Your courageous efforts have been stellar.
I have had my office in Highland Park for many years. As you know, we have been on opposite sides with you and the HPPD in criminal litigation matters over the years as well.
Nevertheless, despite or differences, we have always handled those matter with utmost professionalism. I want you to know that I don't think words can properly describe how great you, your staff and the HPPD handled that tragedy.
We are all very grateful and fortunate for all that was done by you and everyone involved.
I felt that I needed to reach out to you to let you know my feelings on this. A sincere thank you to is well deserved.
Best regards,
Hank
Henry B. Samuels, Esq.
Samuels & Bernstein
484 Central Avenue Suite #202
Highland Park, Illinois 60035
(847) 433-1980
Fax: (847) 433-4740
Please note: The information contained in this email is attorney privileged and confidential information intended only for the use of the individual or entity above named. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

**From:**        Jenna Siegel <jsiegel@reviewtrackers.com>
**Sent:**        Friday, July 8, 2022 11:44 AM
**To:**          nrotering@cityhpil.com
**Subject:**     Thank You - No Response Required

*[EXTERNAL EMAIL]*

Hi Mayor Rotering -

My name is Jenna Siegel, and I was at the Highland Park parade with my 1 year old and husband the day of the shooting. I know your inbox is likely flooded, but I wanted to send a note thanking you. We really could not have asked for a better mayor and representative for our city.

I continue to be amazed by your response and how you advocate for your community and fight for stricter gun laws. ███████████████████████████ a as a result of the shooting, and one thing giving us continuous hope and helping us heal is knowing that you will continue to fight for us. I have the utmost respect for you as our mayor and as a leader.

Please don't feel that any response is required here - I just wanted to thank you for being our biggest community advocate.

Best,
Jenna

--
**Jenna Siegel**
*Revenue Enablement Manager*
**E:**
jsiegel@reviewtrackers.com
**O:**
1-312-756-8349
**C:** 

reviewtrackers.com


**From:** ████████████████████
**Sent:** Friday, July 8, 2022 11:44 AM
**To:** gneukirch@cityhpil.com; jdotson@cityhpil.com; ehallett@cityhpil.com; nrotering@cityhpil.com
**Subject:** Lake County Police

*[EXTERNAL EMAIL]*

      **Ask the secretary of defense his comments on protecting or punish the police depts. in Lake County, etc.?**
         **Angry attorneys advise?**

-----Original Message-----
From: ████████████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Fri, Jul 8, 2022 10:51 am
Subject: HP Opposite

      **The Goldberg television show is a good role model for mothers.**
      **Why is HP doing the opposite separate children destroy them and mother.**
      **(opposite, mother F__k_rs)**

-----Original Message-----
From: ██████████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Fri, Jul 8, 2022 12:35 am
Subject: Lake County Punish Residents?

      **Beware**: Lake County punish its residents?

      As the violence could and should have been prevented was it to **punish innocent people for the sins of HP residents?**

    1.   The violence to continue as long as other nations enter the country condemning USA citizens,

       stop law enforcement, our movement and expect us to follow, pay, serve them while they destroy people, our property, religion.

    2.   As long as USA is involved in war with Asia, etc.

    3.   Medicine is sick, withholding healthcare cause mental illness, worse...

1

**\*4**.    The largest employer is the military equipped w guns in the Lake County Injustice system pattern of abuse bring retaliation?

What are US soldiers equipped with?
M1911 pistol, M11 pistol, M590 shotgun, M14 enhanced battle rifle, M16A2 rifle, M240L medium machine gun,
M110 semi-automatic sniper system. M107 long-range sniper rifle.

-----Original Message-----
From: ███████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>; ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Thu, Jul 7, 2022 4:02 pm
Subject: Preventable

Ask Mr. Crimo who his employees were and where they live?
They may live and work in HP.
His business began nearly 2 decades ago, were his employees' illegal immigrants at the time?
He wasn't aware those employees reported suspicious behavior and the
police w attorney advise ignored **knowing the problem would get bigger**.

HP signs:
1. **Responsible People Think Ahead, (**opposite do nothing**),**
2. **Citizenship,** (opposite immigration eliminate USA citizens),
3. Good Citizens are good neighbors... (support other nations),
4. Care (opposite do nothing),
5. Respect,
6. Be honest (opposite, arrest people for crimes they don't commit)

Democrats are doing the opposite.

-----Original Message-----
From: ███████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>; ehallett@cityhpil.com <ehallett@cityhpil.com>
Sent: Wed, Jul 6, 2022 11:35 pm
Subject: Premeditated/Retaliation?

## Democrats Not Done Slandering Italians?

-----Original Message-----
From: ███████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>; ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Wed, Jul 6, 2022 11:18 pm
Subject: Premeditated/Retaliation?

2

The lawless (misery loves company) shift blame premeditated:
Slander Columbus (Columbo),
HP tragedy, Crimo to worsen w retaliation?
  The pope to wed.


Subject: HP Incident

HP had full knowledge of the father, his business (money) and son offender.

The tragedy was preventable and should have been.


July 5, 2022 News mentioned Chgo mayor w HP mayor
stand together indicating violence has no boundaries.


Threats? **Schools, Hospitals** in Lake County?  New Series, "Medicine is Sick," withhold
cure blame Columbus?


HP signs:

1. **Responsible People Think Ahead, (**opposite, do nothing**)**
2. **Citizenship,** (opposite, immigration eliminate USA citizens)
3. Good Citizens are good neighbors... (opposite, support other nations)
4. Etc....


Democrats are doing the opposite.  Nothing.


-----Original Message-----
From: ███████████████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Wed, Jul 6, 2022 1:36 pm
Subject: Schools at Risk???

**Privileged and Confidential**

HP, Highwood, Deerfield Schools..... at risk?
    Mr. Crimo convenience store conveniently located near Braeside school and his child gets
charged.
        No coincidence.

    Self-defense, if you see something, say something.

3

-----Original Message-----
From:
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Tue, Jul 5, 2022 11:32 pm
Subject: Premeditated - Retaliation???

HP has many schools and blame the abused children victims for its problems.

This seems to be a democrat pattern **blame children** to surrender to violence.

Highland Park is ignoring the signs displayed in the community,

"responsibility," don't blame others,..." the signs likely were placed in the city due to history of lawlessness

and reports from its friends caring for the victims.

The city is aware of **all** the residents in its area and probably nearby suburbs as well as

HP Chase bank and Fire Dept. serves HP and Highwood, especially the businesses near schools.

Mr. Crimos' convenient store w employees that reside in HP reported to police any unusual behavior in the store.

Mr. Crimo was a mayoral candidate likely to know who his support system the persons voting for him are. **Retaliation**????

Note: I voted for the current mayor.

The "Do Nothing" bench at the veteran's memorial is democrat policy.

Democrats illegal policies, Blame children a pattern of abuse to surrender to violence, worse.

-----Original Message-----
From:
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>
Sent: Tue, Jul 5, 2022 12:26 am
Subject: Incompetent

Italians get lawsuits.

HP was aware of Crimo for 12+ yrs criminal behavior and they arrested me for taking a tennis lesson.

-----Original Message-----
From:
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Mon, Jul 4, 2022 9:52 pm
Subject: Do Nothing

If Crimo? (suspect father) was HP mayor running mate, the city was certainly aware of the problems as

4

Crimos employees certainly knew and reported the suspicious behavior.
The city protected those employees as they live in HP,
The city bench "Do Nothing" is what HP gov't is doing.


-----Original Message-----
From: █████████████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Mon, Jul 4, 2022 1:03 pm
Subject: HP Gatherings

Gatherings in HP:

Due to Lake County hospital**S** and its' Drug stores injury and **withhold cure**, other
problems below

it can only **expect problems** therefore it should **Not** have public gatherings.

"Nov 4, 2018 — An Itasca man **drowned** and an **Elgin** woman remains missing after
being swept away

while swimming with a group at **Park** Avenue Beach Sunday."

The sick victims have more knowledge than the Ivy League attorney's.


-----Original Message-----
From: █████████████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Sun, Jul 3, 2022 12:59 pm
Subject: Beware: Lake County at Risk

Spiderman protecting Medicine is sick (stopped), King of the Road sex offenders, home
wreckers,

opposition and other violence against USA citizens.

The HP City Hall landscaping is full of weeds and bare trees poorly maintained:

"A neglected, poorly maintained landscape isn't just an eyesore. It could be a serious health
hazard!
A landscape that isn't cared for won't just kill your home's curb appeal: It could very well kill
you too."


-----Original Message-----
From: █████████████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>;
ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Sun, Jul 3, 2022 11:38 am
Subject: Change: 911

The system that caused the NY 911 tragedy is likely involved w USA continued violence recruiting others.

-----Original Message-----
From: [redacted]
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>; ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Sun, Jul 3, 2022 11:11 am
Subject: Change: Go to the Dogs

Irresponsible Blame Innocent Children ADHD run away to military Not making their own decisions.

Sex offenders want followers (go to the dogs, etc.) mother raped violated repeatedly

her children misdiagnose w ADHD to run away to military, surrender life to stranger danger to blame others.

Phrase "go to the dogs" "to deteriorate, **SLIP**, to become ruined : **to change** to a much worse condition"

Prisoners have more knowledge than the Ivy League attorneys.
Offenders being released from prisons to work both ways?  Beware.

Immigration to fight w USA citizens and overseas surrender to MEast takes control?

Correct Mistakes, **Stop MBG**, give mother (me) my children.

-----Original Message-----
From: [redacted]
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>; ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Sat, Jul 2, 2022 9:52 pm
Subject: Beware - Offenders Demand Payment

Democrats illegal policies entrap USA citizens to pay violence.

HP organization arresting USA citizens for crimes we don't commit wants a commitment.

Entrap anger (accidents, violate privacy, smash/grab...) to pay the violence.

Police are to protect the violence and USA citizens pay the violent offenders.

Crime and stalking allowed to resident's intent to cause anger crybabies to make false charges of prejudice to pay violence.
"a person or thing that offends, does something wrong, or **causes problems**."
"a person who commits an illegal act."

A pattern of abuse spread to Lake County "**wealthy** North Shore **suburbs** of Chicago"

No Traffic Stops,

No house calls for domestic violence...

-----Original Message-----
From: ████████████████████
To: gneukirch@cityhpil.com <gneukirch@cityhpil.com>; jdotson@cityhpil.com <jdotson@cityhpil.com>; ehallett@cityhpil.com <ehallett@cityhpil.com>; nrotering@cityhpil.com <nrotering@cityhpil.com>
Sent: Sat, Jul 2, 2022 8:11 pm
Subject: Fwd: Accidents, No Accident

Accidents are no accident; police take report and blame me.

Police aid and abet a dangerous crime against mother to entrap the children to stranger danger, bugs, worse.

Religiously observant communities' separate children are physical and mental abuse.

My windshield was smashed, rear bumpers (2) dented, car keys stolen and the HP police take report and blame me.

The car is legally parked and no one is inside why are the police blaming me?

I suspect the police involved w car report incidents blaming me may know who the angry person is doing it.

The police are advising MBG and city services to ban me from most HP facilities and residences.

They must have No contact w my children.

Do these police taking my accident reports have contacts w my children and prohibit a family connection w father MBG?

Are the police (MBG's contacts in the police dept.) trying to **entrap me to confess** to their and other crimes against me (Italians)?

Do the police know of more accidents against me?

Democrats illegal policies result no jobs, entrap accidents to disability to get paid rent.

Choose your battles, leave mother and children alone the city is part of the problem, protecting violence against us.

If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments.

If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited and may be unlawful.   Unauthorized forwarding, printing, copying, distribution, or use of such information is strictly prohibited.

This message and any included attachments are intended only for the addressee. The information contained in this message is confidential and may constitute proprietary or non-public information under international, federal, or state laws. Unauthorized forwarding, printing, copying, distribution, or use of such information is strictly prohibited and may be unlawful.

| | |
|---|---|
| **From:** | Great Lakes Division of the IAFC <il_admin@dailydispatch.com> |
| **Sent:** | Friday, July 8, 2022 11:45 AM |
| **To:** | Bill Brennan |
| **Subject:** | Illinois Daily Dispatch - Friday, July 08, 2022 |

*[EXTERNAL EMAIL]*







**Increase in mental health related calls for Bloomington-Normal Fire Departments** 

In the twin cities, local fire departments are seeing significant increases in mental health related calls. In 2021, Bloomington-Normal firefighters and paramedics responded to an increased volume of behavioral health calls. "We got some data for the last four years, and it shows about a 43% increase overall in mental health transports during that time," said public information officer at the Bloomington Fire Department, Frank Friend. Friend said, at the Bloomington Fire Department, that includes a 13% increase from 2020 to 2021. At the latest city council meeting, Fire Chief Eric West reported 863 behavioral health calls in 2020 and said there were around 890 in 2021. "Surprisingly, June and July were the highest overall averages for those four years, with post-holiday months being a close second," Friend said.

WMBD-TV CBS 31 PEORIA

**Chicago first responders escaped physical injuries during parade shooting, but plenty are hurting** 

No police officers or other first responders suffered physical injuries responding to the horrific tragedy Monday at the Fourth of July parade in Highland Park. But some likely suffered psychological trauma that, if not addressed, can hurt them in the long run, according to a suburban psychologist who specializes in helping first responders. Carrie Steiner, of First Responders Wellness Center, has been working this week with first responders from Vernon Hills and Deerfield who worked the mass shooting. The tragedy may be especially disturbing to police from the Highland Park area, because it is a relatively peaceful community, she said. "It (the shooting) really shakes your view of the world," said Steiner, who worked 13 years as a Chicago police officer before shifting careers. Police officers typically enter the field with a desire to help people, but "Nobody signed up for a mass shooting."

DAILY HERALD - METERED SITE

**Lawmakers pushing to upgrade Peoria dispatch systems** 

Local lawmakers are pushing for funding to improve the River City's police, fire and EMT

communications systems. "When I talk to law enforcement and talked to the chief here about what they need in the city to help make their jobs easier, we heard consistently that their communication system needs to be upgraded," congressman Darin LaHood said. The computer-aided dispatch - or "CAD" - system that Peoria police and fire departments use is nearly 30 years old. LaHood is requesting $2 million to improve dispatch centers and records systems, and leaders with the Peoria Police Department say this will improve response times and communication between dispatchers and first responders.

WHOI-TV ABC 19 PEORIA

**Macomb Fire Department responds to house fire on E. Carroll Street** ⧉

At 9:03 p.m., July 5, 2022, the Macomb Fire Department responded to a reported structure fire in a single-family home located at 1020 E Carroll Street. The initial crew arrived on scene at 9:05 p.m. and found smoke emitting from the attic. Entry was made into the structure where fire was found in the attic. The fire was extinguished and deemed Under Control with a Loss Stopped at 10:39 p.m. No Injuries were reported to residents or fire personnel. The apartment sustained fire damage to the roof area with smoke and water damage throughout with an estimated loss of $20,000. The home was insured. The residence had working smoke detectors but were not sounding at the time of arrival due to the fire being confined to the attic. The residents were notified by another family member who had noticed the smoke while outside and had evacuated the residence upon arrival.

MCDONOUGH COUNTY VOICE

# PREVIOUS STATE NEWS ⧉





**Two boats 'completely destroyed', eight others damaged in Ohio fire** ⧉

The US Coast Guard's Toledo Marine Safety Unit responded to a massive fire at the Son Rise Marina in Sandusky on Thursday. According to the Coast Guard's Great Lakes division, they responded to a pollution threat caused by the fire. Officials said multiple boats went up in flames. The Coast Guard said it is working with port partners to mitigate environmental impacts and to oversee the removal of the boats. It's unclear what sparked the fire.

WTVG-TV ABC/CW 13 TOLEDO

**Related Photos: Boats Burn in Ohio Fire**

**Reports of bomb threats to campuses across U.S. include Kansas schools** ⧉

A report of a bomb threat Thursday afternoon at Dodge City Community College is the latest among similar threats made to campuses across the U.S., investigators confirmed. On the all reporting a bomb in the Arts classroom at Dodge City Community College, no suspicious device was located. The Dodge City Police Department said the call said the bomb was located at the back of a classroom and that it would detonate in a little more than one hour. "Police Fire and EMS responded and coordinated with campus security to evacuate the area and sweep the stated location," the Dodge City PD said. This followed college administration and security requesting the area be swept by a police K-9 specialized in detecting

explosives.

KWCH-DT CBS 12 HUTCHINSON

**Firefighters who saved the historic Whiskey Row are being celebrated 'Kentucky style'** ⬚

VIDEO: What better way to say 'thank you' than with a bottle of bourbon? That's what Old Forester is doing to commemorate the Firefighters who saved Whiskey Row seven years ago. The historic block in Downtown Louisville caught fire on July 7, 2015, and was nearly destroyed. Firefighters managed to safely put out the fire while also preserving the historic façade. As Louisville Fire Chief Gregory Frederick remembers, it was not an easy task. "It was a huge challenge for us," Frederick said. "Not to mention that it was such a large area, it was almost like having two separate fires. One on Washington Street, and one on Main Street." It took several hours for the firefighter to extinguish the blaze. Nearby business the Troll Pub went without damage. "We were extremely lucky," operating partner Ben Barker said.

WLKY-TV CBS 32 LOUISVILLE

**4 types of robots currently used to aid first responders** ⬚

First responders must handle various disaster response situations, ranging from simple fire extinguishing drills or minor accidents to huge disasters such as terrorist attacks. While the job of all first responders, including firefighters, police and medics, is to prepare for often dangerous scenarios, there is always a risk of the first responders getting into the same trouble as those they attempt to rescue every day. This is where the robots come into play. The number of catastrophic global disasters continues to increase. Whenever it comes to emergency aid, it logically follows that more assistance is preferable to less. Fire Detectors. Fire is very dangerous and can cause a building to collapse within minutes if not attended to. Unfortunately, firefighters may not always be able to realize fires that have spread up to the ceiling or inside the walls.

WE ARE THE MIGHTY

**Florida firefighter paddles 80 open ocean miles for cystic fibrosis research** ⬚

PHOTOS: At 25 years old, Destin firefighter and EMT Holly Heidenreich loves the extreme life. Most recently paddling 80 miles from Bimini, Bahamas to mainland Florida with her bare hands. With her teammate, Megan Scully from Lake Worth, Fla., the women made up the only prone board paddling team for the 2022 Crossing For Cystic Fibrosis challenge. The pair completed the 80 miles in 15 hours, 38 minutes and 41 seconds. Prone paddling is different than paddleboard or kayaking. Heidenreich said the paddler is on their stomach or knees using only their arms to propel them forward. "I went on my knees and it's definitely faster, but it will wear yourself out a bit more," said Heidenreich. "I laid on my stomach for most of it just hoping for the best and kept going"

WKRG-TV CBS 5 MOBILE

PREVIOUS NATIONAL NEWS ⬚

**Hiring Now: Retired Fire Officers.**
If you are a retired firefighter and would like to continue serving your local citizens with a National Safety Services company, we would like to meet you! Stay heavily involved with your local Fire Departments and Fire Department Charities. Part-Time, Flex-Time, and Great Pay. Join us and continue serving your community.
www.FireFighterJobs.org

**Utilizing all modes of learning.**
Delivering full compliant Fire Service courses that meet all NFPA standards employing Virtual On-line or Classroom Delivery platforms. Mason County Fire District 6 Pro Board Certification and/or IFSAC Third Party Testing is provided. Learn more at fowlerfire.com

**Rover Alerting Software Provides Instant Notifications and Response Tracking**
Know exactly who is responding in real time. Get turn by turn directions to the incident and see all apparatus, hazards, and hydrants on the Rover map for total situational awareness.
Learn More

## SPONSOR THE DAILY DISPATCH ⬚



**L-O-D-D Tennessee** ⬚ - Roger Elliott Estes, Lieutenant, South Claiborne Volunteer Fire Department, New Tazewell, TN

**RFP For Self-Contained Breathing Apparatus Systems (SCBA)** ⬚ - Bids Due By 5pm, July 15, 2022

**NFPA announces "Fire Won't Wait. Plan Your Escape" as theme for Fire Prevention Week** ⬚ - October 9-15, 2022

**First Responder Wellness** ⬚ - Education & Training

**COVID-19 vaccination and testing mandates for EMS agencies** ⬚

**Fire Camp Reimbursements** ⬚ - IAFC's Volunteer Workforce Solutions offering $5,000 reimbursements to 20 fire departments

**Staffing for Adequate Fire & Emergency Response Grants** ⬚ - Check for Awards

**Assistance to Firefighters Grant Awards** ⬚ - Check for Awards

**The Daily Dispatch Is Now On Facebook** ⬚ Find us on Facebook - www.facebook.com/dailydispatch

## POST ANNOUNCEMENTS ⬚ MORE ANNOUNCEMENTS ⬚

**FireRescue GPO is now part of Sourcewell:** ⬚ - The FireRescue GPO cooperative purchasing program has become part of Sourcewell, the largest government-based cooperative in North America.

**Sourcewell offers over 450 competitively awarded contracts** ⬚ - Sourcewell contracts are created through a government solicitation process designed to satisfy your procurement requirements and are currently used by over 50,000 agencies across the United States and Canada.

**Deccan - Featured Supplier** ⬚ - Turnkey software solutions and services for public safety strategic and real-time deployment planning and analysis.

**Acadis - Featured Supplier** ⬚ - Training management systems for federal, state and local public safety training

organizations across the United States.

**Vaisala - Featured Supplier** □ - Weather and industrial measurement sensors, loggers and other devices.

**Genasys - Featured Supplier** □ - Geo-targeted alerts, notifications, instructions and information before, during and after public safety threats and critical business events.



# ALL FEATURED SUPPLIERS



**Firefighter-Paramedic or EMT & Civilian Paramedic** □ - Picture Rocks Fire & Medical District - Tucson, AZ

**Fire Protection Faculty Position** □ - Portland Community College - Portland, OR

**Battalion Chief (3 positions)** □ - City of Beloit - Beloit, WI

**Fire Chief/Director of Emergency Management** □ - City of Monroe - Monroe, WI

**Fire Inspector** □ - Village of Schaumburg - Schaumburg, IL

**Senior Fire Equipment Mechanic** □ - City of Rochester - Rochester, NY

**Administrative Division Manager** □ - City of Meridian – Meridian, ID

**Assistant Chief of Operations** □ - South King Fire & Rescue - Federal Way, WA

**Entry-level & Lateral Firefighter/Paramedic & Firefighter/EMT** □ - West Pierce Fire & Rescue – University Place, WA

**Deputy State Fire Marshal** □ - Oregon Office of State Fire Marshal – Open Until Filled (Multiple Positions & Locations)

**Single-Role Paramedic** □ - Snohomish County Fire District 17 - Granite Falls, WA

**Fire Chief** □ - Grays Harbor District 2 - Aberdeen, WA

**Firefighter/Paramedic** □ - Naperville Fire Department – Naperville, IL (closes: Jul 08, 2022)

**Fire Program Training Specialists** □ - Oregon Department of Public Safety Standards & Training - Salem, OR (closes: Jul 14, 2022)

**Lateral Firefighters/ Paramedics (preferred) & EMTs** □ - Northern Lakes Fire District - Hayden, ID (closes: Jul 15, 2022)

**Deputy Chief – Fire Marshal** □ - Airway Heights Fire Department - Airway Heights, WA (closes: Jul 15, 2022)

**Entry Level Firefighter** □ - Village of Skokie - Skokie, IL (closes: Jul 15, 2022)

**Fire Chief** □ - Oshtemo Fire and Rescue - Oshtemo Township, MI (closes: Jul 15, 2022)

**Fire Chief** □ - City of Battle Creek - Battle Creek, MI (closes: Jul 15, 2022)

**Fire Chief** □ - City of Alamosa - Alamosa, CO (closes: Jul 25, 2022)

**Firefighter/Paramedic** □ - City of Evanston - Evanston, IL (closes: Jul 29, 2022)

**Accounting Specialist** □ - Frederick-Firestone Fire District - Frederick, CO (closes: Aug 02, 2022)

**Firefighter Paramedics** □ - Mid-Columbia Fire & Rescue - The Dalles, OR (closes: Aug 08, 2022)

**Firefighter/Paramedic** □ - Wilmington Fire Protection District - Wilmington, IL (closes: Aug 12, 2022)

**Entry Level & Lateral Firefighter/Paramedic** ⧉ - Redmond Fire & Rescue - Redmond, OR (closes: Aug 12, 2022)

**Firefighter/Paramedic** ⧉ - Mount Prospect Fire Department - Mount Prospect, IL (closes: Aug 12, 2022)

**Firefighter** ⧉ - Village of Arlington Heights - Arlington Heights, IL (closes: Sep 30, 2022)

POST JOB ⧉    MORE JOBS ⧉



**2011 Rosebauer Rescue w/ Light and Air** ⧉ - $197,000 OBO - Crestwood, MO

POST EQUIPMENT ⧉ MORE EQUIPMENT ⧉



**Fire Officer I** ⧉ - Clallam County Fire District 2 - Port Angeles, WA - July 15-24, 2022

**2022 Firefighter Challenge** ⧉ - Individual or Relay Team of 3 – 5 members! - Grand Rapids, MI - July 29-31, 2022

**Fire Service Inspector 1** ⧉ - Fowler Fire Education & Certification - Online Delivery - September 6-9, 2022

**Hazmat Awareness/Operations** ⧉ - Fowler Fire Education and Certification - Online - September 10-24, 2022

**Fire Inspector I Boot Camp Virtual Class** ⧉ - Washington State Association of Fire Marshals - Online - September 12-15, 2022

**NFPA Fire and Emergency Services Instructor 1** ⧉ - Fowler Fire Education & Certification - Online Delivery - September 12-15, 2022

**Fire Service Instructor 1** ⧉ - Fowler Fire Education and Certification - Online - September 12-15, 2022

**Hazmat Awareness/Operation** ⧉ - Fowler Fire Education & Certification - Online Delivery - September 16-18, 2022

**Vision 2022 - FirstNet Users Summit** ⧉ - Public Safety Broadband Technology Association - Las Vegas, NV - September 19-22, 2022

**Fire Officer II** ⧉ - Fowler Fire Education and Certification - Online - September 19-23, 2022

**First Responder Wellness** ⧉ - Introduction to Basic Peer Support Training - Webinar - September 22, 2022

**Fire Service Inspector 1** ⧉ - Fowler Fire Education and Certification - Online - September 26-30, 2022

**Firefighter 2** ⧉ - Fowler Fire Education and Certification - Online - October 1-15, 2022

**Fire Officer I** ⧉ - Fowler Fire Education and Certification - Online - October 3-7, 2022

**Fire Service Instructor II** ⧉ - Fowler Fire Education and Certification - Online - October 3-7, 2022

**Incident Safety Officer** ⧉ - Bend Fire & Rescue - Bend, OR - October 7-9, 2022

**Fire Service Instructor 1** ⧉ - Spokane Valley Fire Department - Online Delivery - October 10-13, 2022

**Fire Service Instructor 1** ⧉ - Spokane Valley Fire Department - On-Line Delivery - October 10-14, 2022

**American Fire Sprinkler Association 41 Convention** ⧉ - Register Now! - Las Vegas, NV - October 16-19, 2022

**2022 Fire Prevention Institute** ⧉ - Washington State Association of Fire Marshals - Lake Chelan, WA - October 17-21, 2022

**Fire Officer 3** ⧉ - Hosted by Duvall Fire King County Fire District 45, WA - Duvall, WA - October 17-25, 2022

**NFPA Fire Officer 1** ▯ - Fowler Fire Education & Certification - Online Delivery - October 24-28, 2022

**NFPA Fire and Emergency Services Instructor 2** ▯ - Fowler Fire Education & Certification - Online Delivery - October 31 - November 4, 2022

**Hazmat Incident Commander - Academy** ▯ - Mason County Fire District 6 - Union, WA - October 31 - November 4, 2022

**Fire Officer I** ▯ - Spokane Valley Fire Department - Online Delivery - November 7-11, 2022

**Fire Inspector II Boot Camp Virtual Class** ▯ - Washington State Association of Fire Marshals - Online - November 14-17, 2022

**Fire Officer 4** ▯ - Hosted by Duvall Fire King County Fire District 45, WA - Duvall, WA - November 14-21, 2022

**NFPA Fire Officer II** ▯ - Fowler Fire Education & Certification - Online Delivery - November 14-18, 2022

**Fire Officer I** ▯ - Fowler Fire Education and Certification - Online - November 28 - December 2, 2022

**Fire Officer II** ▯ - Fowler Fire Education and Certification - Online - December 5-9, 2022

POST EVENT ▯     MORE EVENTS ▯

**National Fire Academy** ▯ - Training & Professional Development

**United States Fire Administration** ▯ - Working for a fire-safe America

**WFCA's Economic Outlook** ▯ - Now Streaming on our Homepage

**AP Triton** ▯ - Innovative Solutions for Public Safety

**All Things FirstNet.com** ▯ - Information about Nationwide Public Safety Broadband Network

**Illinois Fire Safety Alliance** ▯ - Dedicated to fire safety and burn prevention through public education

**The Compliance Engine powered by Brycer** ▯ - Third party inspection reporting

**Illinois Fire Services Institute** ▯ - Illinois' State Fire Academy

**Firewise USA ®** ▯ - NFPA

**Home Fire Sprinkler Coalition** ▯ - Free educational material and resources

MORE WEBSITES ▯

support@dailydispatch.com▯
25030 SW Parkway Ave
Suite 330
Wilsonville, OR 97070
(503) 419 6423

Subscribe to the Newsletter

Find us on Facebook

Follow us on Twitter

Subscribe to National News RSS

This email was sent to wbrennan@cityhpil.com by il_admin@dailydispatch.com.

Unsubscribe from this list



International Association of Fire Chiefs □
Great Lakes Division □
Illinois Fire Chiefs Association □

| | |
|---|---|
| **From:** | Great Lakes Division of the IAFC <il_admin@dailydispatch.com> |
| **Sent:** | Friday, July 8, 2022 11:46 AM |
| **To:** | Larry Amidei |
| **Subject:** | Illinois Daily Dispatch - Friday, July 08, 2022 |

*[EXTERNAL EMAIL]*







**Increase in mental health related calls for Bloomington-Normal Fire Departments** ▯

In the twin cities, local fire departments are seeing significant increases in mental health related calls. In 2021, Bloomington-Normal firefighters and paramedics responded to an increased volume of behavioral health calls. "We got some data for the last four years, and it shows about a 43% increase overall in mental health transports during that time," said public information officer at the Bloomington Fire Department, Frank Friend. Friend said, at the Bloomington Fire Department, that includes a 13% increase from 2020 to 2021. At the latest city council meeting, Fire Chief Eric West reported 863 behavioral health calls in 2020 and said there were around 890 in 2021. "Surprisingly, June and July were the highest overall averages for those four years, with post-holiday months being a close second," Friend said.

WMBD-TV CBS 31 PEORIA

**Chicago first responders escaped physical injuries during parade shooting, but plenty are hurting** ▯

No police officers or other first responders suffered physical injuries responding to the horrific tragedy Monday at the Fourth of July parade in Highland Park. But some likely suffered psychological trauma that, if not addressed, can hurt them in the long run, according to a suburban psychologist who specializes in helping first responders. Carrie Steiner, of First Responders Wellness Center, has been working this week with first responders from Vernon Hills and Deerfield who worked the mass shooting. The tragedy may be especially disturbing to police from the Highland Park area, because it is a relatively peaceful community, she said. "It (the shooting) really shakes your view of the world," said Steiner, who worked 13 years as a Chicago police officer before shifting careers. Police officers typically enter the field with a desire to help people, but "Nobody signed up for a mass shooting."

DAILY HERALD - METERED SITE

**Lawmakers pushing to upgrade Peoria dispatch systems** ▯

Local lawmakers are pushing for funding to improve the River City's police, fire and EMT

communications systems. "When I talk to law enforcement and talked to the chief here about what they need in the city to help make their jobs easier, we heard consistently that their communication system needs to be upgraded," congressman Darin LaHood said. The computer-aided dispatch - or "CAD" - system that Peoria police and fire departments use is nearly 30 years old. LaHood is requesting $2 million to improve dispatch centers and records systems, and leaders with the Peoria Police Department say this will improve response times and communication between dispatchers and first responders.

WHOI-TV ABC 19 PEORIA

**Macomb Fire Department responds to house fire on E. Carroll Street** 🔗

At 9:03 p.m., July 5, 2022, the Macomb Fire Department responded to a reported structure fire in a single-family home located at 1020 E Carroll Street. The initial crew arrived on scene at 9:05 p.m. and found smoke emitting from the attic. Entry was made into the structure where fire was found in the attic. The fire was extinguished and deemed Under Control with a Loss Stopped at 10:39 p.m. No Injuries were reported to residents or fire personnel. The apartment sustained fire damage to the roof area with smoke and water damage throughout with an estimated loss of $20,000. The home was insured. The residence had working smoke detectors but were not sounding at the time of arrival due to the fire being confined to the attic. The residents were notified by another family member who had noticed the smoke while outside and had evacuated the residence upon arrival.

MCDONOUGH COUNTY VOICE

# PREVIOUS STATE NEWS 🔗





**Two boats 'completely destroyed', eight others damaged in Ohio fire** 🔗

The US Coast Guard's Toledo Marine Safety Unit responded to a massive fire at the Son Rise Marina in Sandusky on Thursday. According to the Coast Guard's Great Lakes division, they responded to a pollution threat caused by the fire. Officials said multiple boats went up in flames. The Coast Guard said it is working with port partners to mitigate environmental impacts and to oversee the removal of the boats. It's unclear what sparked the fire.

WTVG-TV ABC/CW 13 TOLEDO

**Related Photos: Boats Burn in Ohio Fire**

**Reports of bomb threats to campuses across U.S. include Kansas schools** 🔗

A report of a bomb threat Thursday afternoon at Dodge City Community College is the latest among similar threats made to campuses across the U.S., investigators confirmed. On the all reporting a bomb in the Arts classroom at Dodge City Community College, no suspicious device was located. The Dodge City Police Department said the call said the bomb was located at the back of a classroom and that it would detonate in a little more than one hour. "Police Fire and EMS responded and coordinated with campus security to evacuate the area and sweep the stated location," the Dodge City PD said. This followed college administration and security requesting the area be swept by a police K-9 specialized in detecting

explosives.

KWCH-DT CBS 12 HUTCHINSON

**Firefighters who saved the historic Whiskey Row are being celebrated 'Kentucky style'** 🗎

VIDEO: What better way to say 'thank you' than with a bottle of bourbon? That's what Old Forester is doing to commemorate the Firefighters who saved Whiskey Row seven years ago. The historic block in Downtown Louisville caught fire on July 7, 2015, and was nearly destroyed. Firefighters managed to safely put out the fire while also preserving the historic façade. As Louisville Fire Chief Gregory Frederick remembers, it was not an easy task. "It was a huge challenge for us," Frederick said. "Not to mention that it was such a large area, it was almost like having two separate fires. One on Washington Street, and one on Main Street." It took several hours for the firefighter to extinguish the blaze. Nearby business the Troll Pub went without damage. "We were extremely lucky," operating partner Ben Barker said.

WLKY-TV CBS 32 LOUISVILLE

**4 types of robots currently used to aid first responders** 🗎

First responders must handle various disaster response situations, ranging from simple fire extinguishing drills or minor accidents to huge disasters such as terrorist attacks. While the job of all first responders, including firefighters, police and medics, is to prepare for often dangerous scenarios, there is always a risk of the first responders getting into the same trouble as those they attempt to rescue every day. This is where the robots come into play. The number of catastrophic global disasters continues to increase. Whenever it comes to emergency aid, it logically follows that more assistance is preferable to less. Fire Detectors. Fire is very dangerous and can cause a building to collapse within minutes if not attended to. Unfortunately, firefighters may not always be able to realize fires that have spread up to the ceiling or inside the walls.

WE ARE THE MIGHTY

**Florida firefighter paddles 80 open ocean miles for cystic fibrosis research** 🗎

PHOTOS: At 25 years old, Destin firefighter and EMT Holly Heidenreich loves the extreme life. Most recently paddling 80 miles from Bimini, Bahamas to mainland Florida with her bare hands. With her teammate, Megan Scully from Lake Worth, Fla., the women made up the only prone board paddling team for the 2022 Crossing For Cystic Fibrosis challenge. The pair completed the 80 miles in 15 hours, 38 minutes and 41 seconds. Prone paddling is different than paddleboard or kayaking. Heidenreich said the paddler is on their stomach or knees using only their arms to propel them forward. "I went on my knees and it's definitely faster, but it will wear yourself out a bit more," said Heidenreich. "I laid on my stomach for most of it just hoping for the best and kept going"

WKRG-TV CBS 5 MOBILE

**PREVIOUS NATIONAL NEWS** 🗎

**Hiring Now: Retired Fire Officers.**
If you are a retired firefighter and would like to continue serving your local citizens with a National Safety Services company, we would like to meet you! Stay heavily involved with your local Fire Departments and Fire Department Charities. Part-Time, Flex-Time, and Great Pay. Join us and continue serving your community.
www.FireFighterJobs.org

**Utilizing all modes of learning.**
Delivering full compliant Fire Service courses that meet all NFPA standards employing Virtual On-line or Classroom Delivery platforms. Mason County Fire District 6 Pro Board Certification and/or IFSAC Third Party Testing is provided. Learn more at fowlerfire.com

**Rover Alerting Software Provides Instant Notifications and Response Tracking**
Know exactly who is responding in real time. Get turn by turn directions to the incident and see all apparatus, hazards, and hydrants on the Rover map for total situational awareness.
Learn More

## SPONSOR THE DAILY DISPATCH 🔗

**L-O-D-D Tennessee** 🔗 - Roger Elliott Estes, Lieutenant, South Claiborne Volunteer Fire Department, New Tazewell, TN

**RFP For Self-Contained Breathing Apparatus Systems (SCBA)** 🔗 - Bids Due By 5pm, July 15, 2022

**NFPA announces "Fire Won't Wait. Plan Your Escape" as theme for Fire Prevention Week** 🔗 - October 9-15, 2022

**First Responder Wellness** 🔗 - Education & Training

**COVID-19 vaccination and testing mandates for EMS agencies** 🔗

**Fire Camp Reimbursements** 🔗 - IAFC's Volunteer Workforce Solutions offering $5,000 reimbursements to 20 fire departments

**Staffing for Adequate Fire & Emergency Response Grants** 🔗 - Check for Awards

**Assistance to Firefighters Grant Awards** 🔗 - Check for Awards

**The Daily Dispatch Is Now On Facebook** 🔗 Find us on Facebook - www.facebook.com/dailydispatch

## POST ANNOUNCEMENTS 🔗 MORE ANNOUNCEMENTS 🔗

**FireRescue GPO is now part of Sourcewell:** 🔗 - The FireRescue GPO cooperative purchasing program has become part of Sourcewell, the largest government-based cooperative in North America.

**Sourcewell offers over 450 competitively awarded contracts** 🔗 - Sourcewell contracts are created through a government solicitation process designed to satisfy your procurement requirements and are currently used by over 50,000 agencies across the United States and Canada.

**Deccan - Featured Supplier** 🔗 - Turnkey software solutions and services for public safety strategic and real-time deployment planning and analysis.

**Acadis - Featured Supplier** 🔗 - Training management systems for federal, state and local public safety training

organizations across the United States.

**Vaisala - Featured Supplier** ▯ - Weather and industrial measurement sensors, loggers and other devices.

**Genasys - Featured Supplier** ▯ - Geo-targeted alerts, notifications, instructions and information before, during and after public safety threats and critical business events.



# ALL FEATURED SUPPLIERS



**Firefighter-Paramedic or EMT & Civilian Paramedic** ▯ - Picture Rocks Fire & Medical District - Tucson, AZ

**Fire Protection Faculty Position** ▯ - Portland Community College - Portland, OR

**Battalion Chief (3 positions)** ▯ - City of Beloit - Beloit, WI

**Fire Chief/Director of Emergency Management** ▯ - City of Monroe - Monroe, WI

**Fire Inspector** ▯ - Village of Schaumburg - Schaumburg, IL

**Senior Fire Equipment Mechanic** ▯ - City of Rochester – Rochester, NY

**Administrative Division Manager** ▯ - City of Meridian – Meridian, ID

**Assistant Chief of Operations** ▯ - South King Fire & Rescue - Federal Way, WA

**Entry-level & Lateral Firefighter/Paramedic & Firefighter/EMT** ▯ - West Pierce Fire & Rescue - University Place, WA

**Deputy State Fire Marshal** ▯ - Oregon Office of State Fire Marshal - Open Until Filled (Multiple Positions & Locations)

**Single-Role Paramedic** ▯ - Snohomish County Fire District 17 - Granite Falls, WA

**Fire Chief** ▯ - Grays Harbor Fire District 2 - Aberdeen, WA

**Firefighter/Paramedic** ▯ - Naperville Fire Department – Naperville, IL (closes: Jul 08, 2022)

**Fire Program Training Specialists** ▯ - Oregon Department of Public Safety Standards & Training - Salem, OR (closes: Jul 14, 2022)

**Lateral Firefighters/ Paramedics (preferred) & EMTs** ▯ - Northern Lakes Fire District - Hayden, ID (closes: Jul 15, 2022)

**Deputy Chief – Fire Marshal** ▯ - Airway Heights Fire Department - Airway Heights, WA (closes: Jul 15, 2022)

**Entry Level Firefighter** ▯ - Village of Skokie - Skokie, IL (closes: Jul 15, 2022)

**Fire Chief** ▯ - Oshtemo Fire and Rescue - Oshtemo Township, MI (closes: Jul 15, 2022)

**Fire Chief** ▯ - City of Battle Creek - Battle Creek, MI (closes: Jul 15, 2022)

**Fire Chief** ▯ - City of Alamosa - Alamosa, CO (closes: Jul 25, 2022)

**Firefighter/Paramedic** ▯ - City of Evanston - Evanston, IL (closes: Jul 29, 2022)

**Accounting Specialist** ▯ - Frederick-Firestone Fire District - Frederick, CO (closes: Aug 02, 2022)

**Firefighter Paramedics** ▯ - Mid-Columbia Fire & Rescue - The Dalles, OR (closes: Aug 08, 2022)

**Firefighter/Paramedic** ▯ - Wilmington Fire Protection District - Wilmington, IL (closes: Aug 12, 2022)

**Entry Level & Lateral Firefighter/Paramedic** ⧉ - Redmond Fire & Rescue - Redmond, OR (closes: Aug 12, 2022)

**Firefighter/Paramedic** ⧉ - Mount Prospect Fire Department - Mount Prospect, IL (closes: Aug 12, 2022)

**Firefighter** ⧉ - Village of Arlington Heights - Arlington Heights, IL (closes: Sep 30, 2022)

### POST JOB ⧉    MORE JOBS ⧉

[x] Tagazalska here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Internet.

**2011 Rosebauer Rescue w/ Light and Air** ⧉ - $197,000 OBO - Crestwood, MO

### POST EQUIPMENT ⧉ MORE EQUIPMENT ⧉

[x] Tagazalska here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Internet.

**Fire Officer I** ⧉ - Clallam County Fire District 2 - Port Angeles, WA - July 15-24, 2022

**2022 Firefighter Challenge** ⧉ - Individual or Relay Team of 3 – 5 members! - Grand Rapids, MI - July 29-31, 2022

**Fire Service Inspector 1** ⧉ - Fowler Fire Education & Certification - Online Delivery - September 6-9, 2022

**Hazmat Awareness/Operations** ⧉ - Fowler Fire Education and Certification - Online - September 10-24, 2022

**Fire Inspector I Boot Camp Virtual Class** ⧉ - Washington State Association of Fire Marshals - Online - September 12-15, 2022

**NFPA Fire and Emergency Services Instructor 1** ⧉ - Fowler Fire Education & Certification - Online Delivery - September 12-15, 2022

**Fire Service Instructor 1** ⧉ - Fowler Fire Education and Certification - Online - September 12-15, 2022

**Hazmat Awareness/Operation** ⧉ - Fowler Fire Education & Certification - Online Delivery - September 16-18, 2022

**Vision 2022 - FirstNet Users Summit** ⧉ - Public Safety Broadband Technology Association - Las Vegas, NV - September 19-22, 2022

**Fire Officer II** ⧉ - Fowler Fire Education and Certification - Online - September 19-23, 2022

**First Responder Wellness** ⧉ - Introduction to Basic Peer Support Training - Webinar - September 22, 2022

**Fire Service Inspector 1** ⧉ - Fowler Fire Education and Certification - Online - September 26-30, 2022

**Firefighter 2** ⧉ - Fowler Fire Education and Certification - Online - October 1-15, 2022

**Fire Officer I** ⧉ - Fowler Fire Education and Certification - Online - October 3-7, 2022

**Fire Service Instructor II** ⧉ - Fowler Fire Education and Certification - Online - October 3-7, 2022

**Incident Safety Officer** ⧉ - Bend Fire & Rescue - Bend, OR - October 7-9, 2022

**Fire Service Instructor 1** ⧉ - Spokane Valley Fire Department - Online Delivery - October 10-13, 2022

**Fire Service Instructor 1** ⧉ - Spokane Valley Fire Department - On-Line Delivery - October 10-14, 2022

**American Fire Sprinkler Association 41 Convention** ⧉ - Register Now! - Las Vegas, NV - October 16-19, 2022

**2022 Fire Prevention Institute** ⧉ - Washington State Association of Fire Marshals - Lake Chelan, WA - October 17-21, 2022

**Fire Officer 3** ⧉ - Hosted by Duvall Fire King County Fire District 45, WA - Duvall, WA - October 17-25, 2022

**NFPA Fire Officer 1** ▯ - Fowler Fire Education & Certification - Online Delivery - October 24-28, 2022

**NFPA Fire and Emergency Services Instructor 2** ▯ - Fowler Fire Education & Certification - Online Delivery - October 31 - November 4, 2022

**Hazmat Incident Commander - Academy** ▯ - Mason County Fire District 6 - Union, WA - October 31 - November 4, 2022

**Fire Officer I** ▯ - Spokane Valley Fire Department - Online Delivery - November 7-11, 2022

**Fire Inspector II Boot Camp Virtual Class** ▯ - Washington State Association of Fire Marshals - Online - November 14-17, 2022

**Fire Officer 4** ▯ - Hosted by Duvall Fire King County Fire District 45, WA - Duvall, WA - November 14-21, 2022

**NFPA Fire Officer II** ▯ - Fowler Fire Education & Certification - Online Delivery - November 14-18, 2022

**Fire Officer I** ▯ - Fowler Fire Education and Certification - Online - November 28 - December 2, 2022

**Fire Officer II** ▯ - Fowler Fire Education and Certification - Online - December 5-9, 2022

## POST EVENT ▯     MORE EVENTS ▯

▯

**National Fire Academy** ▯ - Training & Professional Development

**United States Fire Administration** ▯ - Working for a fire-safe America

**WFCA's Economic Outlook** ▯ - Now Streaming on our Homepage

**AP Triton** ▯ - Innovative Solutions for Public Safety

**All Things FirstNet.com** ▯ - Information about Nationwide Public Safety Broadband Network

**Illinois Fire Safety Alliance** ▯ - Dedicated to fire safety and burn prevention through public education

**The Compliance Engine powered by Brycer** ▯ - Third party inspection reporting

**Illinois Fire Services Institute** ▯ - Illinois' State Fire Academy

**Firewise USA ®** ▯ - NFPA

**Home Fire Sprinkler Coalition** ▯ - Free educational material and resources

## MORE WEBSITES ▯

▯ Subscribe to the Newsletter

▯ Find us on Facebook

▯ Follow us on Twitter

▯ Subscribe to National News RSS

support@dailydispatch.com▯
25030 SW Parkway Ave
Suite 330
Wilsonville, OR 97070
(503) 419 6423

This email was sent to LAMIDEI@CITYHPIL.COM by il admin@dailydispatch.com.

Unsubscribe from this list



International Association of Fire Chiefs □
Great Lakes Division □
Illinois Fire Chiefs Association □

| | |
|---|---|
| **From:** | Siobhan Johnson <sjohnson@fbi.gov> |
| **Sent:** | Friday, July 8, 2022 11:49 AM |
| **To:** | Neukirch, Ghida; Media.Chicago@fbi.gov |
| **Cc:** | Civitello, Amanda; Jason, Erin |
| **Subject:** | Re: Update - FBI Media Advisory - Highland Park |
| **Attachments:** | image002.png; image003.png; image004.png; image005.png; image006.png |

*[EXTERNAL EMAIL]*

Hi Ghida,

It looks as though the plan is still to close the FAC at 5 p.m. tomorrow, so we are working on putting together a one pager on how to continue accessing all available resources. Once we have it together, can your team post it to the HP website? We can ask the same of Dist. 113. We'd then plan to post a link to your site from ours.

Sincerely,
Siobhan

---

**From:** Neukirch, Ghida <gneukirch@cityhpil.com>
**Sent:** Thursday, July 7, 2022, 5:05 PM
**To:** Media.Chicago <Media.Chicago@fbi.gov>
**Cc:** Civitello, Amanda <acivitello@cityhpil.com>; Jason, Erin <ejason@cityhpil.com>
**Subject:** [EXTERNAL EMAIL] - RE: Update - FBI Media Advisory - Highland Park

Thank you! We'll add to our comms. Any chance it will be extended into next week? I understand there is a great need.


**Ghida S. Neukirch, CM**
City Manager

 City of Highland Park

1707 St Johns Avenue
Highland Park, Illinois 60035

Direct: 847.926.1003
gneukirch@cityhpil.com



**From:** Media.Chicago@fbi.gov <Media.Chicago@fbi.gov>
**Sent:** Thursday, July 7, 2022 4:55 PM
**To:** Poorna Randall <prandall@fbi.gov>; Steven Amato <SLAmato@fbi.gov>; Jamie Friedman <jfriedman2@fbi.gov>; kwarner@dist113.org; Civitello, Amanda <acivitello@cityhpil.com>; Neukirch, Ghida <gneukirch@cityhpil.com>; Media.Chicago@fbi.gov; Amanda Allen <ALALLEN2@fbi.gov>; Patrice Heelan <pmheelan@fbi.gov>; Amanda Zarobsky <ABZAROBSKY@FBI.GOV>; Colleen Ross <caross@fbi.gov>
**Subject:** Fw: Update - FBI Media Advisory - Highland Park

*[EXTERNAL EMAIL]*

Hi all,

We have pushed out the below. The press release online has been amended with the new hours (and the switch from June to July).

Sincerely,
Sio.

The FBI Chicago Public Affairs Team
Federal Bureau of Investigation-Chicago
2111 W. Roosevelt Rd.
Chicago, Illinois 60608

**From:** Media.Chicago
**Sent:** Thursday, July 7, 2022 9:48 PM
**To:** Johnson, Siobhan (CG) (FBI) <sjohnson@fbi.gov>
**Subject:** Update - FBI Media Advisory - Highland Park

Good afternoon,

Thank you for your kind and considerate coverage of the Family Assistance Center (FAC) this week. As promised updated information is ready for release is available:

- The FAC has announced that it will extend operations until at least Saturday. Saturday hours will be 10 a.m. until 5 p.m.
- Members of the public hoping to volunteer at the FAC or donate supplies for victim families can reach out to HPStrong@dist113.org offering goods or services.
- Victims seeking services do not need to provide proof of citizenship to obtain assistance.

Tomorrow morning we will provide an update on additional items from the scene of the incident that are available for pick-up.

Respectfully,
Siobhan

The FBI Chicago Public Affairs Team
Federal Bureau of Investigation-Chicago
2111 W. Roosevelt Rd.
Chicago, Illinois 60608

2

**From:** IPBC <smikel@ipbchealth.org>
**Sent:** Friday, July 8, 2022 11:50 AM
**To:** etaub@cityhpil.com
**Subject:** IPBC – July 2022 Updates

*[EXTERNAL EMAIL]*



## Our Deepest Condolences to the City of Highland Park

IPBC wishes to send our deepest sympathy to the City of Highland Park. The first responders and other City staff demonstrated their professionalism in this horrific incident, and we greatly appreciate everything they did to serve their community. We offer our support as they begin the monumental task of trying to heal and recover.

If you are looking for ways to support the Highland Park Community, a list of approved donation sites can be found here.

For IPBC Members that utilize the LifeWorks EAP Program, on the **LifeWorks Monthly Update** you will find some information about dealing with traumatic events. For IPBC members that utilize the embedded EAP through the Standard, you can find similar information on the **Standard's Monthly Update**. Please share with your employees.

### January 1st Annual Enrollment

Preparations have begun for January 1st Annual Enrollment. If your entity has a January 1st Annual Enrollment date, please see the **attached list** of related deadlines.

### Wellness Program - Year End

The IPBC Plan Year ended on June 30th. If your entity has not yet completed all the required items for the Wellness Package you are aiming for, please submit to your Benefit Consultant ASAP. Find additional information **here**.

### Dependent Audit

Please remember that new IPBC members have two (2) years from their date of entry to complete a Dependent Audit. Please find additional information here. Reach out to your Benefit Consultant with questions.

## Businessolver Info

Review August 2022 Trial Invoices in Businessolver - Available Jul 20th.

When you have a question about a transaction or need assistance with the Businessolver system, you should send an e-mail to **ipbc@businessolver.com** and not directly to any member of the Businessolver staff. That e-mail address is monitored by Businessolver staff that is trained on the IPBC, and it allows for the quickest response.

Additional Businessolver Information is available **here**.

---

## Vendor Updates

Medical: BCBS
Medical: UHC
EAP: **LifeWorks**
Vision: VSP
Pharmacy: ESI
Life Insurance: **the Standard**
Dental: Delta Dental

---

## Vendor Partner Spotlight Video

Check out this month's vendor partner **Spotlight Video** from our new Underwriting partner, Milliman.

## Other Updates & Reminders

Additional Links:

- **PSEBA Recipient Reporting Form**
- **No Surprises Act Model Notice**
- **IPBC Forms**
- **IPBC Monthly Financial Reports**
- **Contact Lists**

---

**Friendly Reminder** - Please do not include employees or retirees in e-mail communications, or provide any direct contact information for IPBC Staff, IPBC Benefit Consultant (RPA Staff), carrier, or vendor staff. These contacts are for IPBC Member administration staff. If employees and retirees have escalated issues, they are to work directly with IPBC Member HR/Administration staff. HR/Administration staff can then work with the appropriate contact to resolve the issue.

**www.ipbchealth.org**

IPBC | 19482 W Grand Av, Lake Villa, IL 60046

Unsubscribe etaub@cityhpil.com

Update Profile | Constant Contact Data Notice

Sent by smikel@ipbchealth.org in collaboration with

Right click here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Internet. Trusted Email from Constant Contact - Try it FREE below.

Try email marketing for free today!

**From:**     IPBC <smikel@ipbchealth.org>
**Sent:**     Friday, July 8, 2022 11:50 AM
**To:**     asmith@cityhpil.com
**Subject:**     IPBC - July 2022 Updates

*[EXTERNAL EMAIL]*



## Our Deepest Condolences to the City of Highland Park

IPBC wishes to send our deepest sympathy to the City of Highland Park. The first responders and other City staff demonstrated their professionalism in this horrific incident, and we greatly appreciate everything they did to serve their community. We offer our support as they begin the monumental task of trying to heal and recover.

If you are looking for ways to support the Highland Park Community, a list of approved donation sites can be found here.

For IPBC Members that utilize the LifeWorks EAP Program, on the **LifeWorks Monthly Update** you will find some information about dealing with traumatic events. For IPBC members that utilize the embedded EAP through the Standard, you can find similar information on the **Standard's Monthly Update**. Please share with your employees.

---

### January 1st Annual Enrollment

Preparations have begun for January 1st Annual Enrollment. If your entity has a January 1st Annual Enrollment date, please see the **attached list** of related deadlines.

---

### Wellness Program - Year End

The IPBC Plan Year ended on June 30th. If your entity has not yet completed all the required items for the Wellness Package you are aiming for, please submit to your Benefit Consultant ASAP. Find additional information **here**.

### Dependent Audit

Please remember that new IPBC members have two (2) years from their date of entry to complete a Dependent Audit. Please find additional information here. Reach out to your Benefit Consultant with questions.

1

## Businessolver Info

Review August 2022 Trial Invoices in Businessolver - Available Jul 20th.

When you have a question about a transaction or need assistance with the Businessolver system, you should send an e-mail to **ipbc@businessolver.com** and not directly to any member of the Businessolver staff. That e-mail address is monitored by Businessolver staff that is trained on the IPBC, and it allows for the quickest response.

Additional Businessolver Information is available **here**.

---

## Vendor Updates

Medical: BCBS
Medical: UHC
EAP: **LifeWorks**
Vision: VSP
Pharmacy: ESI
Life Insurance: **the Standard**
Dental: Delta Dental

---

## Vendor Partner Spotlight Video

Check out this month's vendor partner **Spotlight Video** from our new Underwriting partner, Milliman.

## Other Updates & Reminders

Additional Links:

- **PSEBA Recipient Reporting Form**
- **No Surprises Act Model Notice**
- **IPBC Forms**
- **IPBC Monthly Financial Reports**
- **Contact Lists**

---

**Friendly Reminder** - Please do not include employees or retirees in e-mail communications, or provide any direct contact information for IPBC Staff, IPBC Benefit Consultant (RPA Staff), carrier, or vendor staff. These contacts are for IPBC Member administration staff. If employees and retirees have escalated issues, they are to work directly with IPBC Member HR/Administration staff. HR/Administration staff can then work with the appropriate contact to resolve the issue.

**www.ipbchealth.org**

Right click here to download picture. To help protect your privacy, Outlook prevented automatic download of this picture from the Internet.
Trusted Email from Constant Contact - Try it FREE below.

Try email marketing for free today!

**From:** IPBC <smikel@ipbchealth.org>
**Sent:** Friday, July 8, 2022 11:50 AM
**To:** nbarnes@cityhpil.com
**Subject:** IPBC - July 2022 Updates

*[EXTERNAL EMAIL]*

# Our Deepest Condolences to the City of Highland Park

IPBC wishes to send our deepest sympathy to the City of Highland Park. The first responders and other City staff demonstrated their professionalism in this horrific incident, and we greatly appreciate everything they did to serve their community. We offer our support as they begin the monumental task of trying to heal and recover.

If you are looking for ways to support the Highland Park Community, a list of approved donation sites can be found here.

For IPBC Members that utilize the LifeWorks EAP Program, on the **LifeWorks Monthly Update** you will find some information about dealing with traumatic events. For IPBC members that utilize the embedded EAP through the Standard, you can find similar information on the **Standard's Monthly Update**. Please share with your employees.

## January 1st Annual Enrollment

Preparations have begun for January 1st Annual Enrollment. If your entity has a January 1st Annual Enrollment date, please see the **attached list** of related deadlines.

## Wellness Program - Year End

The IPBC Plan Year ended on June 30th. If your entity has not yet completed all the required items for the Wellness Package you are aiming for, please submit to your Benefit Consultant ASAP. Find additional information **here.**

## Dependent Audit

Please remember that new IPBC members have two (2) years from their date of entry to complete a Dependent Audit. Please find additional information here. Reach out to your Benefit Consultant with questions.

1

## Businessolver Info

Review August 2022 Trial Invoices in Businessolver - Available Jul 20th.

When you have a question about a transaction or need assistance with the Businessolver system, you should send an e-mail to **ipbc@businessolver.com** and not directly to any member of the Businessolver staff. That e-mail address is monitored by Businessolver staff that is trained on the IPBC, and it allows for the quickest response.

Additional Businessolver Information is available **here**.

---

## Vendor Updates

Medical: BCBS
Medical: UHC
EAP: **LifeWorks**
Vision: VSP
Pharmacy: ESI
Life Insurance: **the Standard**
Dental: Delta Dental

---

## Vendor Partner Spotlight Video

Check out this month's vendor partner **Spotlight Video** from our new Underwriting partner, Milliman.

## Other Updates & Reminders

Additional Links:

- **PSEBA Recipient Reporting Form**
- **No Surprises Act Model Notice**
- **IPBC Forms**
- **IPBC Monthly Financial Reports**
- **Contact Lists**

---

**Friendly Reminder** - Please do not include employees or retirees in e-mail communications, or provide any direct contact information for IPBC Staff, IPBC Benefit Consultant (RPA Staff), carrier, or vendor staff. These contacts are for IPBC Member administration staff. If employees and retirees have escalated issues, they are to work directly with IPBC Member HR/Administration staff. HR/Administration staff can then work with the appropriate contact to resolve the issue.

**www.ipbchealth.org**

IPBC | 19482 W Grand Av, Lake Villa, IL 60046

Unsubscribe nbarnes@cityhpil.com

Update Profile | Constant Contact Data Notice

Sent by smikel@ipbchealth.org in collaboration with

Try email marketing for free today!

**From:**         cplazas@cityhpil.com
**Sent:**         Friday, July 8, 2022 11:55 AM
**To:**           ljogmen@cityhpil.com
**Subject:**      Email needs correction- Re: Northern Illinois Critical Incident Stress Management
                  Team (NICISM)
**Attachments:**  image001.png; image002.png; image003.png; image004.png; image005.png;
                  image001.png; image002.png; image003.png; image004.png; image005.png

Correction chief. The group is police personnel. They offer EMS , medical , fire, dispatch  and police to create individualized debriefing groups as needed. This group is only police peers- no mental health . This may change the outcome of attendance if they feel mental health and other non -police group is in debriefing .


Cynthia Plazas, Ph.D., CCTP-II
Police Social Services Worker


Highland Park Police Department
1677 Old Deerfield Road
Highland Park, IL 60035
Direct: (847) 926-1754



On Jul 8, 2022, at 10:52 AM, Jogmen, Lou <ljogmen@cityhpil.com> wrote:

Good morning all,

Just wanted to make sure you all have the chance to stop by and visit with a representative from the NICISM today or tomorrow.

**Northern Illinois Critical Incident Stress Management** (NI-CISM) will be *on site* Friday and Saturday from 2:00 PM – 10:00 PM for drop-ins. They will be located in the first floor Police Training Room. We encourage everyone to check in and meet with a peer resource as time allows. No advanced appointment is necessary.

It is a good opportunity to start working towards our new normal.

The team is an all-volunteer nonprofit organization made up of trained members from the mental health and emergency professions. Peers from law enforcement, fire service, dispatch, emergency medical services and hospital emergency room staff are all represented on the team.

Please make an effort to stop by sometime. I know I will.

HPPD Proud.

**Lou Jogmen**
Chief of Police

 City of Highland Park

1677 Old Deerfield Road
Highland Park, Illinois 60035

847.926.1082

ljogmen@cityhpil.com
cityhpil.com

  

| | |
|---|---|
| **From:** | noreply=revize.com@turbo-smtp.info on behalf of noreply@revize.com |
| **Sent:** | Friday, July 8, 2022 11:55 AM |
| **To:** | apalbitska@cityhpil.com |
| **Cc:** | cityhp@cityhpil.com |
| **Subject:** | FOIA |

*[EXTERNAL EMAIL]*


Copy_1 = true
Records Requests = Police records between 2010 and 2014 of domestic disputes documented by officials responding to allegations of verbal or physical altercations between Robert Crimo Jr. and Denise Pesina.
Fee Waiver =
use the records or information for sale, resale, solicitation or advertisement for sales or sertvices = false
Represent news media or a non-profit, scientific or academic organization = true
Disseminate information concerning news and current or passing events = true
articles of opinion or features of interest to the public = false
Academic, scientific, public research or education = False
Mail Request =
I do not request mail delivery = true
Name of Requestor = Luis Giraldo
Name of person for whom =
Address = ██████████████████████
Day Phone = 2394647546
evening phone =
Email = giraldol@cbsnews.com
signature = Luis Giraldo
Date = 07/08/2022
Client IP = 76.100.187.45

**From:**          noreply=revize.com@turbo-smtp.info on behalf of noreply@revize.com
**Sent:**          Friday, July 8, 2022 11:55 AM
**To:**            apalbitska@cityhpil.com
**Cc:**            cityhp@cityhpil.com
**Subject:**       FOIA

*[EXTERNAL EMAIL]*

Copy_1 = true
Records Requests = Police records between 2010 and 2014 of domestic disputes documented by officials
responding to allegations of verbal or physical altercations between Robert Crimo Jr. and Denise Pesina.
Fee Waiver =
use the records or information for sale, resale, solicitation or advertisement for sales or sertvices = false
Represent news media or a non-profit, scientific or academic organization = true
Disseminate information concerning news and current or passing events = true
articles of opinion or features of interest to the public = false
Academic, scientific, public research or education = False
Mail Request =
I do not request mail delivery = true
Name of Requestor = Luis Giraldo
Name of person for whom =
Address = ████████████████████████
Day Phone = 2394647546
evening phone =
Email = giraldol@cbsnews.com
signature = Luis Giraldo
Date = 07/08/2022
Client IP = 76.100.187.45

| | |
|---|---|
| **From:** | ljogmen@cityhpil.com |
| **Sent:** | Friday, July 8, 2022 11:58 AM |
| **To:** | ljogmen@cityhpil.com; jmorris@cityhpil.com; cplazas@cityhpil.com; ischennum@cityhpil.com; mshaughnessy@cityhpil.com; tstadler@cityhpil.com; CONeill@cityhpil.com; scurran@cityhpil.com; rmoritz@cityhpil.com; JKarecki@cityhpil.com; fgomezcruz@cityhpil.com; llapaglia@cityhpil.com; jolson@cityhpil.com; jjohann@cityhpil.com; purbina@cityhpil.com; tspanos@cityhpil.com; bsoldano@cityhpil.com; rerjavac@cityhpil.com; mbruno@cityhpil.com; akamischke@cityhpil.com; amix@cityhpil.com; CFisher@cityhpil.com; jeldridge@cityhpil.com; agalati@cityhpil.com; GStokes@cityhpil.com; TDragicevich@cityhpil.com; bverber@cityhpil.com; bmerkel@cityhpil.com; dneidenbach@cityhpil.com; ldelaney@cityhpil.com; gcameron@cityhpil.com; rwagner@cityhpil.com; jwhite@cityhpil.com; sgallagher@cityhpil.com; mlodesky@cityhpil.com; aduchak@cityhpil.com; kroberts@cityhpil.com; emadsen@cityhpil.com; sneuman@cityhpil.com; thansen@cityhpil.com; aprete@cityhpil.com; acumba@cityhpil.com; EGirona@cityhpil.com; breif@cityhpil.com; ahyndman@cityhpil.com; cfoley@cityhpil.com; ddibasilio@cityhpil.com; gmendoza@cityhpil.com; dgraff@cityhpil.com; bbonev@cityhpil.com; shopson@cityhpil.com; mbobek@cityhpil.com; rmontemayor@cityhpil.com; ddayboll@cityhpil.com; jlanahan@cityhpil.com; wevans@cityhpil.com; nstyx@cityhpil.com; dnorton@cityhpil.com; WBonaguidi@cityhpil.com; RRash@cityhpil.com; bbodden@cityhpil.com; pgeneja@cityhpil.com; edecristofaro@cityhpil.com; anelson@cityhpil.com; jcorrea@cityhpil.com; dbekov@cityhpil.com |
| **Cc:** | jschrage@cityhpil.com; breynolds@glenview.il.us |
| **Subject:** | Re: Northern Illinois Critical Incident Stress Management Team (NICISM) |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image001.png; image002.png; image003.png; image004.png; image005.png |

Correction

 The group this weekend is ONLY police personnel. While they offer EMS , medical , fire, dispatch  and police to create individualized debriefing groups as needed,  this group is only police peers- no mental health .

Apologies for any misunderstanding.

Highland Park Police Dept.

On Jul 8, 2022, at 10:52 AM, Jogmen, Lou <ljogmen@cityhpil.com> wrote:

> Good morning all,
>
> Just wanted to make sure you all have the chance to stop by and visit with a representative from the NICISM today or tomorrow.
>
> **Northern Illinois Critical Incident Stress Management** (NI-CISM) will be *on site* Friday and Saturday from 2:00 PM – 10:00 PM for drop-ins. They will be located in the first floor Police Training Room. We encourage everyone to check in and meet with a peer resource as time allows. No advanced appointment is necessary.

It is a good opportunity to start working towards our new normal.

The team is an all-volunteer nonprofit organization made up of trained members from the mental health and emergency professions. Peers from law enforcement, fire service, dispatch, emergency medical services and hospital emergency room staff are all represented on the team.

Please make an effort to stop by sometime. I know I will.

HPPD Proud.


**Lou Jogmen**
Chief of Police

 City of Highland Park

1677 Old Deerfield Road
Highland Park, Illinois 60035

847.926.1082

ljogmen@cityhpil.com
cityhpil.com

  

| | |
|---|---|
| **From:** | Jogmen, Lou <ljogmen@cityhpil.com> |
| **Sent:** | Friday, July 8, 2022 11:58 AM |
| **To:** | Jogmen, Lou; Morris, Jay; Plazas, Cynthia; Schennum,Isaac; Shaughnessy, Matthew; Stadler, Teresa; O'Neill, Chris; Curran, Sean; Moritz, Richard; Karecki,John; Gomez Cruz, Fernando; LaPaglia, Lindsay; Olson, Jennifer; Johann, Jessica; Urbina, Pedro; Spanos,Thomas; Soldano, Brian; Erjavac, Ryan; Bruno, Mike; Kamischke, Amber; Mix, Andrew; Fisher, Christopher; Eldridge,James; Galati, Anton; Stokes, Ginger; Dragicevich, Travis; Verber, Brian; Merkel,Brian; Neidenbach, Dominique; Delaney, Leigh; Cameron, Gerald; Wagner, Robert; White, Jacqueline; Gallagher, Sean; Lodesky, Michael; Duchak, Amanda; Roberts,Kevin; Madsen, Erik; Neuman, Steven; Hansen, Trevor; Prete, April; Cumba, Andrew; Girona, Elvin; Reif, Brian; Hyndman, Amy; Foley, Casey; DiBasilio, Douglas; Mendoza, Gregory; Graff, Darren; Bonev, Brian; Hopson, Sean; Bobek, Matthew; Montemayor,Reyes; Dayboll, Debbie; Lanahan, Jacob; Evans, William; Styx, Nate; Norton, Daniel; Bonaguidi, William; Rash, Richard; Bodden, Brian; Geneja, Pawel; DeCristofaro, Enzo; Nelson, Alexander; Correa, Jacquelyn; Bekov, David |
| **Cc:** | Schrage, Joe; Brent Reynolds |
| **Subject:** | Re: Northern Illinois Critical Incident Stress Management Team (NICISM) |
| **Attachments:** | winmail.dat |

**From:**      Adolfo Garcia ▮▮▮▮▮▮▮▮▮▮▮
**Sent:**      Friday, July 8, 2022 12:00 PM
**To:**        Rosen, Melissa
**Cc:**        Shiming Chen
**Subject:**   Re: Diver cantina re opening

*[EXTERNAL EMAIL]*


Thank you very much for the information , let's stay strong. Hate will never win
Thank you for getting back to us

Best
Adolfo G


On Jul 8, 2022, at 10:31 AM, Rosen, Melissa <mrosen@cityhpil.com> wrote:

> Good morning Adolfo. Thank you for checking in and I hope you and your staff are doing ok.
> Hopefully you received the Q&A that was sent out yesterday that had some information about
> reopening. I am going to forward that you just in case.
> Kind regards.
> Melissa
> ─────────────────────────────────────────
> **From:** Adolfo Garcia ▮▮▮▮▮▮▮▮▮▮
> **Sent:** Thursday, July 7, 2022 2:12:16 PM
> **To:** Rosen, Melissa
> **Cc:** Shiming Chen
> **Subject:** Diver cantina re opening
>
> [EXTERNAL EMAIL]
>
> Good afternoon Melissa , I am sorry I haven't reached out to you, we have being truly devastated by this horrible
> tragedy. And busy trying to support abs understand this horrible situation.
> I can't get my head around this, and saying that I am sad is an understatement. Must of our staff lives in our
> community and they ware at the parade , as we ware peeping to opten our doors for a birthday lunch event.
> We are all sad , scare and  mainly praying Daly for the victims.
>
> I have faith in our community and I have faith that love and unity will win.
>
> All my staff are from Higland park and Highwood, as you can imagine they are worried about there jobs , must of
> them have families and they depend on this as there only job.
> I am reaching out to you guys and hoping that you can give us a plan as to what are the next steps to get back to our
> new normal.
> Thank you , you guys stay strong , please let us know if we can help , make food for the law and enforcement team
> or anything please let us know.

Best
Adolfo G
Diver Cantina
1850 2nd street
Higland park Illinois
312.877.3209

**From:** gneukirch@cityhpil.com
**Sent:** Friday, July 8, 2022 11:03 AM
**To:** alidawer@cityhpil.com
**Cc:** nrotering@cityhpil.com
**Subject:** RE: Manager's Briefing
**Attachments:** image003.png; image004.png; image005.png; image006.png; image001.png; image008.png

Hi Annette,
I would suggest that this be a temporary logo

**Ghida S. Neukirch, CM**
City Manager

 City of Highland Park

1707 St Johns Avenue
Highland Park, Illinois 60035

Direct: 847.926.1003
gneukirch@cityhpil.com

  

**From:** Lidawer, Annette <alidawer@cityhpil.com>
**Sent:** Friday, July 8, 2022 8:45 AM
**To:** Neukirch, Ghida <gneukirch@cityhpil.com>
**Cc:** Rotering, Nancy <nrotering@cityhpil.com>
**Subject:** Re: Manager's Briefing

Frankly, I think the signs of HP STRONG simple and plain are much better. Obviously, I defer to you all, but the simplicity . The heart looks cutesy happy. Do we really feel that way today? Will we feel that way or want to be known that way in 3 or 5 years. I truly think the heart is a mistake.

**From:** Neukirch, Ghida
**Sent:** Thursday, July 7, 2022 5:42:06 PM
**To:** Mayor and City Council
**Cc:** Elrod, Steve
**Subject:** Manager's Briefing

Mayor & Council,

A few updates:

Thanks for the feedback on the logo.  We removed the arms; kept Highland Park so it's clear we aren't Hanover Park or Harry Potter; we have our HP blue and included Spanish and English to reinforce our inclusivity.   Pls let me know if you have a concern. We would like to move forward right away.

Deerfield is flying our flag in solidarity with our community (see attached).   #StrongerTogether

The FBI reported the Family Assistance Center FAC will extend operations until at least Saturday. Saturday hours will be 10 a.m. until 5 p.m.

- ?   Members of the public hoping to volunteer at the FAC or donate supplies for victim families can reach out to HPStrong@dist113.org offering goods or services.
- ?   Victims seeking services do not need to provide proof of citizenship to obtain assistance.
- ?   Tomorrow morning we will provide an update on additional items from the scene of the incident that are available for pick-up.

**Ghida S. Neukirch, CM**
City Manager

 City of Highland Park

1707 St Johns Avenue
Highland Park, Illinois 60035

Direct: 847.926.1003
gneukirch@cityhpil.com

  

(847) 562-6332

**From:** Katie Friedman
**Sent:** Thursday, July 7, 2022 9:46 AM
**To:** 'Claudia E. Ayala' <CAyala@ci.berwyn.il.us>; 'Michelle Nelson' ███████████████'Nathaniel Booker'
<nbooker@maywood-il.org>; 'Gutierrez, Liza' <LGutierrez@hpil.org>; 'Webb, David' <dwebb@hpil.org>;
'bkurcz@hpil.org' <bkurcz@hpil.org>; 'dfieldman@downers.us' <dfieldman@downers.us>; 'mmiles@downers.us'
<mmiles@downers.us>; 'arteagaa@wilmette.com' <arteagaa@wilmette.com>; 'Jennifer Djordjevic'
<jennifer.djordjevic@hoffmanestates.org>; 'rrecklaus@vah.com' <rrecklaus@vah.com>; 'Williams, Geneace'
<WilliamsG@naperville.il.us>; 'bwachtel@flossmoor.org' <bwachtel@flossmoor.org>; 'amatson@flossmoor.org'
<amatson@flossmoor.org>; 'cburns@oswegoil.org' <cburns@oswegoil.org>; 'patrick.seger@hoffmanestates.org'
<patrick.seger@hoffmanestates.org>; Murray, Tessa <Tessa.Murray@northbrook.il.us>;
'cdaigle@mchenrycountycog.org' <cdaigle@mchenrycountycog.org>; 'Bonaguidi, William' <WBonaguidi@cityhpil.com>;
'McCready, Benjamin' <bmccready@geneva.il.us>; Johnson, Mera <mjohnson@geneva.il.us>; Ann L. Everhart
<aeverhart@schaumburg.com>; 'Allison Albrecht' <aalbrecht@schaumburg.com>; Storm, Rachel
<rlstorm@urbanaillinois.us>; 'jbogue@flossmoor.org' <jbogue@flossmoor.org>; Mark Fowler <mfowler@nwmc-
cog.org>; lscheiner@vrf.us; 'Joseph Mengoni' <MayorMengoni@northriverside-il.org>; 'Evan C. Michel'
<EMichel@vbg.org>; Rosalind H. Mustafa <rmustafa@flossmoor.org>; Elijah Bebora <ebebora@vrf.org>;
'erika@erikabachner.com' <erika@erikabachner.com>; 'Dawn Davis' <DDavis@richtonpark.org>
**Cc:** Kyle Smith (ksmith@mayorscaucus.org) <ksmith@mayorscaucus.org>; ████████████████████
tbosack@villageofhinsdale.org; ███████████████; Brad Winnick ███████████; Williams,
Michele <WilliamsM@aurora.il.us> ██████████████████ Bachner, Erika <ebachner@adler.edu>; Joseph T. Carey
<jcarey@carolstream.org>; Jude Knabe <jknabe@villageofmonee.org>; Janelle Terrance <JTerrance@bartlettil.gov>;
Laura Newman <lnewman@cityofbatavia.net>; Boyd, Carla <cmboyd@urbanaillinois.us>; Respicio Vazquez
██████████████ Paula Schumacher <PSchumacher@bartlettil.gov>; Toni Ashmore
<tashmore@villageofhazelcrest.com>; Sawyer, Dante <dsawyer@villageofhazelcrest.com>
**Subject:** DEI Working Group Agenda - Assessing Social Service Gaps

Dear DEI Working Group,

I'd like to first express my deep sadness for the events that took place in Highland Park this week. As a former staff
person at HP and a resident of a neighboring suburb, I was absolutely devastated by the news and have been thinking of
our colleagues, friends, and families in the community all week. I know that this is a week of mourning for many of us.

I am sending this email to share the agenda for tomorrow's meeting on Assessing Social Service Gaps. I hope to see
some of you there!

Best,

**Katie Friedman** *(she/her)*
Project Manager
Metropolitan Mayors Caucus
433 W. Van Buren Street, Suite 450
Chicago, IL 60607

(847) 562-6332

kfriedman@mayorscaucus.org

www.mayorscaucus.org

| | |
|---|---|
| **From:** | Microsoft Outlook |
| | <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@CITYHPIL.COM> |
| **Sent:** | Friday, July 8, 2022 11:58 AM |
| **To:** | ljogmen@cityhpil.com |
| **Subject:** | Undeliverable: Re: Northern Illinois Critical Incident Stress Management Team (NICISM) |
| **Attachments:** | Re: Northern Illinois Critical Incident Stress Management Team (NICISM) |

## Delivery has failed to these recipients or groups:

Madsen, Erik (emadsen@cityhpil.com)
The email address you entered couldn't be found. Please check the recipient's email address and try to resend the message. If the problem continues, please contact your email admin.

## Diagnostic information for administrators:

Generating server: EX19MBX1.CITYHPIL.COM

emadsen@cityhpil.com
Remote Server returned '550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup'

Original message headers:

```
Received: from EX19MBX2.CITYHPIL.COM (10.10.10.16) by EX19MBX1.CITYHPIL.COM
 (10.10.10.15) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.2.1118.7; Fri, 8 Jul 2022
 11:58:29 -0500
Received: from EX19MBX2.CITYHPIL.COM ([fe80::6592:d863:4b7:c9a5]) by
 EX19MBX2.CITYHPIL.COM ([fe80::6592:d863:4b7:c9a5%6]) with mapi id
 15.02.1118.007; Fri, 8 Jul 2022 11:58:29 -0500
Content-Type: application/ms-tnef; name="winmail.dat"
Content-Transfer-Encoding: binary
From: "Jogmen, Lou" <ljogmen@cityhpil.com>
To: "Jogmen, Lou" <ljogmen@cityhpil.com>, "Morris, Jay"
        <jmorris@cityhpil.com>, "Plazas, Cynthia" <cplazas@cityhpil.com>, "Schennum,
 Isaac" <ischennum@cityhpil.com>, "Shaughnessy, Matthew"
        <mshaughnessy@cityhpil.com>, "Stadler, Teresa" <tstadler@cityhpil.com>,
        "O'Neill, Chris" <CONeill@cityhpil.com>, "Curran, Sean"
        <scurran@cityhpil.com>, "Moritz, Richard" <rmoritz@cityhpil.com>, "Karecki,
 John" <JKarecki@cityhpil.com>, "Gomez Cruz, Fernando"
        <fgomezcruz@cityhpil.com>, "LaPaglia, Lindsay" <llapaglia@cityhpil.com>,
        "Olson, Jennifer" <jolson@cityhpil.com>, "Johann, Jessica"
        <jjohann@cityhpil.com>, "Urbina, Pedro" <purbina@cityhpil.com>, "Spanos,
 Thomas" <tspanos@cityhpil.com>, "Soldano, Brian" <bsoldano@cityhpil.com>,
        "Erjavac, Ryan" <rerjavac@cityhpil.com>, "Bruno, Mike" <mbruno@cityhpil.com>,
        "Kamischke, Amber" <akamischke@cityhpil.com>, "Mix, Andrew"
```

<amix@cityhpil.com>, "Fisher, Christopher" <CFisher@cityhpil.com>, "Eldridge, James" <jeldridge@cityhpil.com>, "Galati, Anton" <agalati@cityhpil.com>, "Stokes, Ginger" <GStokes@cityhpil.com>, "Dragicevich, Travis" <TDragicevich@cityhpil.com>, "Verber, Brian" <bverber@cityhpil.com>, "Merkel, Brian" <bmerkel@cityhpil.com>, "Neidenbach, Dominique" <dneidenbach@cityhpil.com>, "Delaney, Leigh" <ldelaney@cityhpil.com>, "Cameron, Gerald" <gcameron@cityhpil.com>, "Wagner, Robert" <rwagner@cityhpil.com>, "White, Jacqueline" <jwhite@cityhpil.com>, "Gallagher, Sean" <sgallagher@cityhpil.com>, "Lodesky, Michael" <mlodesky@cityhpil.com>, "Duchak, Amanda" <aduchak@cityhpil.com>, "Roberts, Kevin" <kroberts@cityhpil.com>, "Madsen, Erik" <emadsen@cityhpil.com>, "Neuman, Steven" <sneuman@cityhpil.com>, "Hansen, Trevor" <thansen@cityhpil.com>, "Prete, April" <aprete@cityhpil.com>, "Cumba, Andrew" <acumba@cityhpil.com>, "Girona, Elvin" <EGirona@cityhpil.com>, "Reif, Brian" <breif@cityhpil.com>, "Hyndman, Amy" <ahyndman@cityhpil.com>, "Foley, Casey" <cfoley@cityhpil.com>, "DiBasilio, Douglas" <ddibasilio@cityhpil.com>, "Mendoza, Gregory" <gmendoza@cityhpil.com>, "Graff, Darren" <dgraff@cityhpil.com>, "Bonev, Brian" <bbonev@cityhpil.com>, "Hopson, Sean" <shopson@cityhpil.com>, "Bobek, Matthew" <mbobek@cityhpil.com>, "Montemayor, Reyes" <rmontemayor@cityhpil.com>, "Dayboll, Debbie" <ddayboll@cityhpil.com>, "Lanahan, Jacob" <jlanahan@cityhpil.com>, "Evans, William" <wevans@cityhpil.com>, "Styx, Nate" <nstyx@cityhpil.com>, "Norton, Daniel" <dnorton@cityhpil.com>, "Bonaguidi, William" <WBonaguidi@cityhpil.com>, "Rash, Richard" <RRash@cityhpil.com>, "Bodden, Brian" <bbodden@cityhpil.com>, "Geneja, Pawel" <pgeneja@cityhpil.com>, "DeCristofaro, Enzo" <edecristofaro@cityhpil.com>, "Nelson, Alexander" <anelson@cityhpil.com>, "Correa, Jacquelyn" <jcorrea@cityhpil.com>, "Bekov, David" <dbekov@cityhpil.com>
CC: "Schrage, Joe" <jschrage@cityhpil.com>, Brent Reynolds <breynolds@glenview.il.us>
Subject: Re: Northern Illinois Critical Incident Stress Management Team (NICTSM)
Thread-Topic: Northern Illinois Critical Incident Stress Management Team (NICISM)
Thread-Index: AdiS4UTXdRhTKha0S++p+RLtLZW/BQACq1aX
Date: Fri, 8 Jul 2022 11:58:28 -0500
Message-ID: <497E298F-F7DC-4CEF-8D23-50AC45F5993C@cityhpil.com>
References: <7fecb0d9e7e8456c957a370715ab35b4@cityhpil.com>
In-Reply-To: <7fecb0d9e7e8456c957a370715ab35b4@cityhpil.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator: <497E298F-F7DC-4CEF-8D23-50AC45F5993C@cityhpil.com>
MIME-Version: 1.0
Return-Path: ljogmen@cityhpil.com

Reporting-MTA: dns;EX19MBX1.CITYHPIL.COM
Received-From-MTA: dns;EX19MBX2.CITYHPIL.COM
Arrival-Date: Fri, 8 Jul 2022 16:58:29 +0000

Final-Recipient: rfc822;emadsen@cityhpil.com
Action: failed
Status: 5.1.10
Diagnostic-Code: smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found
by SMTP address lookup
X-Display-Name: Madsen, Erik