# In the United States Court of Federal Claims

```
                                    )
_____     )
                                    )          24-391 C
_____     )
                Plaintiff(s),       )     Case No. _____
                                    )
v.                                  )
                                    )     Judge _____
THE UNITED STATES,                  )
                                    )
                Defendant.          )
_____     )
```

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**2. PARTIES**

Plaintiff, Robert E Crimo III, inmate L17, resides at Lake County Adult Corrections, 25 S. ML
(Street Address)

Waukegan, IL 60085, no known phone number
(City, State, ZIP Code) (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

Denise M Pesina, 1566 McDaniels, IL 60035

**3. PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims? ☐ Yes ☑ No

If yes, please list cases: Associated Case IL Nineteenth District Court of Lake County ILLINOIS v. Robert E Crimo III , case no. 22CF1130

**4. STATEMENT OF THE CLAIM**. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Facts in this case are that my son, Robert E Crimo III, is being tortured, deprived of food, clothing, water, toilet, light, shower, any form of hygiene opportunity, supplies, or resources. He is isolated and assaulted by correctional officers, staff, by Sheriff Idleburg who runs the jail, guards are being directed by U.S. States Attorney Eric Rinehart, Lake County States Attorneys Office, the Illinois Attorney General and staff, Judge Victoria Rossetti, Kwame Raoul, the Lake County Public Defenders Office and staff to physically assault him, deprive him of all rights, fundamental, constitutional, and legal. The Nineteenth District Court of Lake County acts with these individuals to ensure the complete isolation and torture of my son. The City of Highland Park, Governor Pritzker, Mayor Lightfoot, Brad Schneider, Tammy Duckworth, along with numerous partners led by HP Mayor Nancy Rotering, HP Police and Fire Dept., Constant Contact Employment Workforce and its leaders, Highland Park Strong Unidos, NIPAS led by Barrington Police Dept, Lake County Sheriffs Office, U.S. Immigration, and many more agencies and individuals, are guilty of the Foreign Corrupt Practices Act, money laundering, conspiracy to deny rights, and the mass murder event. The U.S. Government has failed to act and provide relief to these victims, most notably Robert E Crimo III. The U.S. Government has provided funds, interagency operations, federal grants, benefits, and resources to these individuals and agencies which further this criminal conspiracy and abuse of this innocent person. The U.S. Government is accountable for the criminal negligence of its agencies, and also accountable for its federal officers. Robert E Crimo III is seen in official FBI uniform with other FBI agents on July 4, 2022. He is then abused, assaulted, abducted, restrained with visible markings as evidence. He was then denied his constitutional, legal, and federal officer rights of protection and immunity by the U.S. Government for which he was employed that day. IMMEDIATE dismissal of all charges, public apology, compensation to be determined, and immediate orders of

**5.   RELIEF.**  Briefly state exactly what you want the court to do for you.

_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, _____.
                 (day)                      (month)             (year)

_____
Signature of Plaintiff(s)

A-7

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

### 24-391 C

Names: _____

Location of Plaintiff(s)/Petitioner(s) (city/state): _____

_____

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____
    Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:         _____
Street Address:         _____
City-State-ZIP:         _____
Telephone Number:       _____
E-mail Address:         _____

Is the attorney of record admitted to the Court of Federal Claims Bar?     Yes     No

---

Nature of Suit Code: _____      Agency Identification Code: _____
Select only one (three digit) nature-of-suit code from the attached sheet.      Number of Claims Involved: _____

Amount Claimed: $_____
        Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?               Yes     No
    Was this action proceeded by the filing of a   Yes     No     Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered?   Yes     No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed     Yes     No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

189