# In the United States Court of Federal Claims

**No. 24-391 C**

**Filed: April 15, 2024**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **DENISE M. PESINA, *et. al.*,** | \* |
| **Plaintiffs,** | \* |
| | \* |
| **v.** | \* |
| | \* |
| | \* |
| **THE UNITED STATES,** | \* |
| **Defendant.** | \* |

**JUDGMENT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to the court's Opinion and Order, filed April 15, 2024,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed, without prejudice, for lack of jurisdiction.

Lisa L. Reyes
Clerk of Court

By: *Ashley Reams*

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.