# United States Court of Federal Claims
717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

VIA US MAIL

April 22, 2024

Business Office
Re: Robert E. Crimo, III, ID No. L173080
Lake County Sheriff's Office
25 S. MLK Jr. Ave.
Waukegan, IL 60085

        Re:  <u>Denise M. Pesina, et al., v. United States</u>
              Case No. 24-391

To Whom It May Concern:

      Plaintiff Denise M. Pesina filed a complaint in our court on March 11, 2024, naming Robert E. Crimo, III, ID No. L173080, as a co-plaintiff in the case. Each plaintiff applied to proceed without the prepayment of filing fees, or *in forma pauperis* (IFP). If granted leave to proceed IFP, a prisoner is required to pay the court's $350.00 filing fee—or in this case, as a co-plaintiff, one half of the filing fee—over time through the payment of an initial partial filing fee assessed by the court under 28 U.S.C. § 1915(b)(1), followed by monthly payments from the prisoner's account forwarded by the prison as authorized by 28 U.S.C. § 1915(b)(2).

      On April 15, 2024, Judge Carolyn N. Lerner granted Mr. Crimo, leave to proceed IFP in the above-captioned case. Copies of the court's April 15, 2024, order and docket sheet are enclosed, along with plaintiff's written account withdrawal authorization.

      In accordance with 28 U.S.C. § 1915(b)(1), please remit at this time an initial payment of 20 percent of either (1) the average monthly deposits into the inmate's account, or (2) the average monthly account balance for the 6-month period immediately preceding the filing of the inmate's complaint (March 11, 2024), whichever is greater. If the inmate's trust fund account does not contain the full amount assessed, please remit from the account any portion of the filing fee that is available.

      After payment of the initial partial filing fee and in accordance with 28 U.S.C. § 1915(b)(2), please remit each month an amount equal to 20 percent of the money credited to the inmate's account during the preceding month. Your facility is required to remit these monthly payments each time the account balance exceeds $10.00 until Mr. Crimo has paid his portion of the $350.00 filing fee—$175.00—in full.

      Please forward all payments to Clerk, U.S. Court of Federal Claims at the above address with a notation of both the inmate's name and the case number provided above.

If you require any additional information, please contact the Clerk's Office at (202) 357-6406.

Sincerely,

Joan W. Goldfrank
Director of Operations

Enclosures (3)

cc: Judge Carolyn N. Lerner
    Mariana T. Acevedo
    Denise M. Pesina
    Robert E. Crimo, III